32219/11874/JDH/JLH

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICTOR G. PEREZ, individually and as Assignee of PINATA GRAPHICS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMCO INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, and ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
RECEIVED : JULY 31, 2008     LI
08CV4364
JUDGE   DOW, JR
MAGISTRATE   JUDGE DENLOW
        No.
```

### PETITION FOR REMOVAL

Petitioners, AMCO Insurance Company ("AMCO"), Nationwide Property & Casualty Insurance Company ("Nationwide"), and Allied Property & Casualty Insurance Company ("Allied"), by their attorneys, John D. Hackett and Jamie L. Hull of Cassiday Schade LLP, petition this Court for removal of the above-captioned lawsuit pursuant to 28 U.S.C. §1441, and in support thereof state as follows:

1.      Petitioners are defendants in a civil action commenced on June 30, 2008 in the Circuit Court of Cook County, Illinois, Case No. 2008 L 007105, entitled *Victor G. Perez, individually and as Assignee of Pinata Graphics, Inc. v. AMCO Insurance Company, Nationwide Property & Casualty Insurance Company and Allied Property & Casualty Insurance Company.* (A copy of the Perez complaint and summons are attached hereto and made a part hereof as Exhibit

"A"). Service of summons of the <u>Perez</u> complaint was made on AMCO, Nationwide and Allied on July 1, 2008.

2.    The <u>Perez</u> lawsuit is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332, and it is one which the defendants are entitled to remove to this Court pursuant to 28 U.S.C. §1441(b) because the controversy involves a dispute among parties with complete diversity of citizenship and, according to plaintiffs' complaint, the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3.    At the time of the commencement of the <u>Perez</u> lawsuit and at all times since, the defendant, AMCO, has been incorporated in the State of Iowa and has had its principal place of business in the State of Iowa.

4.    At the time of the commencement of the <u>Perez</u> lawsuit and at all times since, the defendant, Nationwide, has been incorporated in the State of Ohio and has had its principal place of business in the State of Ohio.

5.    At the time of the commencement of the <u>Perez</u> lawsuit and at all times since, the defendant, Allied, has been incorporated in the State of Iowa and has had its principal place of business in the State of Iowa.

6.    In their complaint, the plaintiffs allege that Pinata Graphics, Inc. was an Illinois corporation organized and existing pursuant to the laws of the State of Illinois, and Victor G. Perez is a resident of Cook County, Illinois.

7.    Plaintiffs' cause of action was commenced between citizens of different states rendering diversity jurisdiction appropriate.

- 2 -

Wherefore, the Petitioners, AMCO Insurance Company, Nationwide Property & Casualty Insurance Company and Allied Property & Casualty Insurance Company, pray that the above-captioned action now pending in the Circuit Court of Cook County, Illinois, as Case No. 2008 L 007105, be removed from that court to this Court.

Dated this 31st day of July, 2008.

By:   _Jamie L. Hull_____

John D. Hackett
Jamie L. Hull
Attorneys for Defendants
CASSIDAY SCHADE LLP
20 N. Wacker Dr., Suite 1040
Chicago, Illinois 60606
(312) 641-3100

7144533

- 3 -

P. 006

JUL 0 8 2008

# Illinois Department of Financial and Professional Regulation
## Division of Insurance

ROD R. BLAGOJEVICH
Governor

08CV4364     LI
JUDGE   DOW, JR
MAGISTRATE   JUDGE DENLOW

DEAN MARTINEZ
Secretary

MICHAEL T. McRAITH
Director
Division of Insurance

July 2, 2008

Nationwide Property and Casualty Insurance Company
One Nationwide Plaza
Columbus, OH 43216

    Re:   Case #2008L007105

Gentlemen:

Enclosed please find copy of Summons and Complaint received by me as your agent for service of process at 2:00 p.m. on July 1, 2008, in my Chicago office in the case of Victor G. Perez, individually and as assignee of Pinata Graphics, Inc. vs. your company, et al.

                Sincerely,

Michael T. McRaith
Director of Insurance

MTM:EMC:alt
Enclosure

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

320 W. Washington
Springfield, Illinois 62767-0001
www.idfpr.com

**EXHIBIT**

A

2120 - Served                    2121 - Served
2220 - Not Served                2221 - Not Served
2320 - Served By Mail            2321 - Served By Mail
2420 - Served By Publication     2421 - Served By Publication
SUMMONS              ALIAS - SUMMONS          CCG N001-10M-1-07-05 (               )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, __LAW_____ DIVISION

(Name all parties)
VICTOR G. PEREZ, Individually and
as Assignee of PINATA GRAPHICS, INC.,

v.

NATIONWIDE PROPERTY & CASUALTY INSURANCE
COMPANY, c/o Division of Insurance, 100 W. Randolph,
Ste. 9-301, Chicago, IL 60601

No. _____

**RECEIVED**
STATE OF ILLINOIS

JUL 0 1 2008  H H 2:00 pm

DEPT. OF INSURANCE
CHICAGO, ILLINOIS

SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑   Richard J. Daley Center, 50 W. Washington, Room __801_____, Chicago, Illinois 60602

☐  District 2 - Skokie          ☐  District 3 - Rolling Meadows     ☐  District 4 - Maywood
    5600 Old Orchard Rd.            2121 Euclid                         1500 Maybrook Ave.
    Skokie, IL 60077                Rolling Meadows, IL 60008           Maywood, IL 60153

☐  District 5 - Bridgeview      ☐  District 6 - Markham             ☐  Child Support
    10220 S. 76th Ave.             16501 S. Kedzie Pkwy.               28 North Clark St., Room 200
    Bridgeview, IL 60455           Markham, IL 60426                   Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: __42258_____

Name: __John J. Piegore__

Atty. for: __Plaintiff__

Address: __333 W. Wacker Dr., Suite 500__

City/State/Zip: __Chicago, IL 60606__

Telephone: __(312) 641-1555__

WITNESS, JUN 3 0 2008

_____
Clerk of Court

Date of service: _____,
(To be inserted by officer on copy left with defendant
or other person)

Service by Facsimile Transmission will be accepted at: _____

_____
(Area Code)   (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SD 88548 (JJP)

Firm I.D. 42258

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT LAW DIVISION

| | | |
|---|---|---|
| VICTOR G. PEREZ, individually and<br>as Assignee of PINATA GRAPHICS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | No. |
| -vs- | ) ) ) | |
| AMCO INSURANCE COMPANY,<br>NATIONWIDE PROPERTY & CASUALTY<br>INSURANCE COMPANY and<br>ALLIED PROPERTY & CASUALTY<br>INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendant | ) ) | |

## COMPLAINT

Now comes VICTOR G. PEREZ, individually and as Assignee of PINATA GRAPHICS, INC., and state the following claims.

## PARTIES

1.      At all times relevant, PINATA GRAPHICS, INC. ("Pinata") was an Illinois corporation, organized and existing pursuant to the laws of the state of Illinois.

2.      VICTOR G. PEREZ ("Perez") is a natural person who resides and does business in Cook County. Perez was, at all times relevant, the president and sole shareholder of Pinata.

3.      At all times relevant, Pinata was in the business of commercial printing, and operated a commercial printing press from its business located at 3604 - 3612 S. Iron Street, Chicago, Illinois.

4.      AMCO INSURANCE COMPANY ("AMCO") is an insurance company which issued a policy or policies of commercial property insurance which covered property owned by Pinata and located at 3604 - 3612 S. Iron Street, Chicago, Illinois.

5.     NATIONWIDE  PROPERTY  &  CASUALTY  INSURANCE  COMPANY ("Nationwide") is an insurance company which does business in Cook County, Illinois.  Nationwide and AMCO are affiliated companies.  Nationwide provides claims adjustment services for claims brought by policyholders of AMCO.

6.     ALLIED  PROPERTY  &  CASUALTY  INSURANCE  CO. ("Allied")   is an insurance company which does business in Cook County, Illinois.   Allied is affiliated with Nationwide and AMCO.  Allied provides claims adjustment services for claims brought by policyholders of AMCO.

## INSURANCE POLICIES

7.     AMCO issued policy number ACP-BPS-7101686319 effective December 20, 2004 to December 20, 2005 (the "AMCO  policy").  A certified copy of the AMCO policy is attached as exhibit "1."

8.     The Named Insured shown on the AMCO policy's Common Declarations is:

PINATA  GRAPHICS,  INC.
PEREZ, VICTOR - INDIVIDUAL

9.     The AMCO policy was renewed under policy number ACP-BPS-7111686319 effective December 20, 2005 to December 20, 2006 (the "AMCO renewal policy").  A certified copy of the AMCO renewal policy is attached as exhibit "2."

10.     The Named Insured shown on the AMCO renewal policy is:

PINATA  GRAPHICS,  INC.
PEREZ, VICTOR - INDIVIDUAL

11.     Subject to their terms and conditions, the AMCO policy and the AMCO renewal policy covered property described in the policy Declarations.

12.     The property described in the Declarations of the AMCO policy and the AMCO renewal policy is 3604 - 3612 S. Iron Street, Chicago, Illinois.

13.     Policy limits under the AMCO policy, as shown in the policy Declarations, are:

**COVERAGES**

| | |
|---|---|
| Building - Replacement cost | $1,150,100.00 |
| Business Personal Property - Replacement cost | $2,107,800.00 |

**ADDITIONAL COVERAGES ...**

| | |
|---|---|
| Business Income ... | INCLUDED |
| Extra Expense ... | INCLUDED |
| Equipment Breakdown | INCLUDED |

14.     Policy limits under the AMCO renewal policy, as shown in the policy Declarations, are:

**COVERAGES**

| | |
|---|---|
| Building - Replacement cost | $1,196,200.00 |
| Business Personal Property - Replacement cost | $2,169,000.00 |

**ADDITIONAL COVERAGES ...**

| | |
|---|---|
| Business Income ... | INCLUDED |
| Extra Expense ... | INCLUDED |
| Equipment Breakdown | INCLUDED |

15.     The insuring agreement of the AMCO policy and AMCO renewal policy states, in relevant part, as follows:

3

**A.    COVERAGES**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1.    COVERED PROPERTY**

Covered Property, as used in this policy, means Buildings and Business Personal Property as described in paragraphs a. and b. in this Section A.1., if a Limit of Insurance is shown in the Declarations for that type of property.

* * *

a.    **Buildings**, meaning the buildings and structures at the premises described in the Declarations, including: * * *

2)    Fixtures, ...

3)    Permanently installed:

a)    Machinery;

b)    Equipment; and  * * *

b.    **Business Personal Property** located in or on the buildings at the described premises ..., consisting of the following:

1)    Personal property you own that is used in your business, including but not limited to furniture, fixtures, machinery, equipment and "stock";

*    *    *

**3.    COVERED CAUSES OF LOSS**

This Coverage Form insures against Risks of Direct Physical Loss unless the loss is:

a.    Excluded ... [or]

b.    Limited, ...

*    *    *

4

5.    **ADDITIONAL COVERAGES**
      * * *

   g.    **Business Income**

      1)    **Business Income with Ordinary Payroll Limitation**

         a.    We will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. * * *

         c.    We will only pay for loss of "business income" that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for "ordinary payroll expenses" for 60 days following the date of direct physical loss or damage.

      2)    **Extended Business Income**

         a)    If the necessary suspension of your "operations" produces a "business income" loss payable under this policy, we will pay for the actual loss of "business income" you incur during the period that:

            i)    Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

            ii)    Ends on the earlier of:

               i.    The date you could restore your "operations" with reasonable speed, to the level which would generate the

"business income" amount that would have existed if no direct physical loss or damage had occurred; or

    ii.    Sixty (60) consecutive days after the date determined in 2)a)i) above.

    * * *

    b)    Loss of "business income" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

    3)    This Business Income Additional Coverage is not subject to the Limits of Insurance

    **h.**    **Extra Expense**

    1)    We will pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. * * *

    3)    We will only pay for "extra expense" that occurs within 12 consecutive months after the date of direct physical loss or damage.

    4)    This Extra Expense Additional Coverage is not subject to the Limits of Insurance.

    * * *

    **o.**    **Equipment Breakdown**

    1)    We will pay for loss caused by or resulting from an "accident" to covered equipment. * * *

16.    The policy defines certain terms, including:

    1.    **"Accident"** means direct physical loss as follows: a. Mechanical breakdown,
    ...

## PINATA'S RYOBI PRINTING PRESS

17.     In 2001, Pinata acquired a Ryobi Five Stage Printing Press, more specifically described as a Ryobi 685 XL S/N 1084 with Aqueous / U.V. Coater System ("Ryobi Press"). The purchase price was $1,599,429.00.

18.     In 2001, the Ryobi Press was installed at Pinata's place of business at 3604 S. Iron Street, Chicago, Illinois, and at all times relevant was operated by Pinata at that location.

19.     The Ryobi Press that Pinata acquired in 2001 was state of the art equipment, which gave Pinata a competitive advantage in the commercial printing industry.

20.     Pinata operated the Ryobi Press successfully from 2001 until the Ryobi Press sustained a cracked frame in 2005. Pinata's business income grew and continued to grow from 2001 until an accident which occurred in 2005.

## THE CRACKED FRAME PROPERTY LOSS

21.     In 2005, the Ryobi Press sustained a cracked frame as the result of an "accident" as defined in the AMCO policy and AMCO renewal policy ("cracked frame property loss").

22.     On or about November 24, 2005, Perez discovered that the Ryobi Press had sustained a cracked frame. On or about that date notice of the cracked frame property loss was given to AMCO.

23.     AMCO gave notice of the cracked frame property loss to Nationwide and Allied. AMCO and/or Nationwide and/or Allied retained adjusters, investigators and accountants to investigate the damage to the Ryobi Press and the loss of business income sustained as a result of the cracked frame property loss.

24.     AMCO and/or Nationwide and/or Allied gave notice of the cracked frame property loss to Hartford Steam Boiler Inspection and Insurance Company ("Hartford").

7

25.    On information and belief, plaintiffs allege that AMCO reinsured through Hartford the risk of loss caused by accidental equipment breakdown.

26.    Neither Pinata nor Perez had any contractual relationship with Hartford.

27.    Hartford retained adjusters, investigators and accountants to investigate the damage to the Ryobi Press and the loss of business income sustained as a result of the cracked frame property loss.

28.    Hartford provided claims adjustment services for the cracked frame property loss pursuant to the terms and conditions of the AMCO policy. At all times relevant, Hartford acted as agent of AMCO and/or Nationwide and/or Allied with respect to the claim adjustment of the cracked frame property loss.

29.    Hartford retained Louis A. Benbow to investigate and supervise repair of the Ryobi Press. At all times relevant, Mr. Benbow served as agent of Hartford with respect to the investigation and supervision of repair of the Ryobi Press.

30.    At all times relevant, Mr. Benbow served as sub-agent of AMCO and/or Nationwide and/or Allied with respect to the investigation and supervision of repair of the Ryobi Press.

31.    Mr. Benbow presented himself to Pinata and Perez as a Printing Machinery Consultant, with special expertise in the field of printing press equipment breakdown and property losses with the authority of Pinata's insurers to investigate and supervise repair of the Ryobi Press.

32.    On or about December 27, 2005, Pinata obtained repair proposals from the Ryobi Press manufacturer ("Ryobi") and manufacturer's representative ("American Pro Tec") for temporary and permanent repair of the Ryobi Press. Ryobi and American Pro Tec recommended temporary repairs at a cost of $10,800.00 to place the Ryobi Press back into service temporarily, and permanent

8

repairs at a cost of $249,980.00 to repair the cracked frame.

33.    On or about December 27, 2005, AMCO and/or Nationwide and/or Allied by and through their sub-agent, Louis A. Benbow, assumed control over the repair of the Ryobi Press. Specifically, and without limitation, AMCO and/or Nationwide and/or Allied by their sub-agent Mr. Benbow assumed control over the repair operations in one or more of the following respects:

    a.    AMCO and/or Nationwide and/or Allied required Mr. Benbow's approval for repair proposals submitted by Ryobi and American Pro Tec.

    b.    On one or more occasions, AMCO and/or Nationwide and/or Allied, by and through their sub-agent Mr. Benbow, refused consent to permanent repair procedures recommended by Ryobi and American Pro Tec.

    c.    On or about December 27, 2005, AMCO and/or Nationwide and/or Allied by and through their sub-agent Mr. Benbow, authorized the temporary repairs recommended by Ryobi and American Pro Tec

    d.    On or about December 27, 2005, AMCO and/or Nationwide and/or Allied, by and through their sub-agent Mr. Benbow, refused authorization for the permanent repairs recommended by Ryobi and American Pro Tec.

    e.    After temporary repairs were performed in January, 2006, AMCO and/or Nationwide and/or Allied by and through their sub-agent Mr. Benbow, required continuing adjustments and testing of the Ryobi Press, contrary to the recommendations of Ryobi and American Pro Tec.

34.    The temporary repairs recommended by Ryobi and American Pro Tec were performed in January, 2006, and the Ryobi Press was placed back into temporary service at that time.

9

35.    After the temporary repairs were completed, use and operation of the Ryobi Press was subject to periodic interruptions and slowdowns, due to the fact that the cracked frame had not been repaired, which caused a further loss of Pinata's business income.

36.    Throughout the months of January through July, 2006, American Pro Tec continued to recommend performance of the permanent repairs originally recommended by Ryobi and American Pro Tec, to fix the cracked frame and stop the periodic interruptions and slowdowns in operation of the Ryobi Press.

37.    Pursuant to the recommendations of Ryobi and American Pro Tec, Pinata and Perez requested that AMCO and/or Nationwide and/or Allied authorize the permanent repairs to the Ryobi Press recommended by Ryobi and American Pro Tec, and AMCO and/or Nationwide and/or Allied, on the recommendation of Mr. Benbow, refused to authorize the permanent repairs.

38.    In an attempt to stop the periodic interruptions and slowdowns, Mr. Benbow authorized adjustments to the Ryobi Press, and required further testing of the Ryobi Press to determine the extent of the damage.

39.    On or about June 19, 2006, American Pro Tec recommended against further use of the Ryobi Press with only the temporary repairs in place, because those repairs were not intended as a permanent fix, and were not reliable for permanent operation of the Ryobi Press.

40.    On or about June 19, 2006, Pinata and Perez again asked AMCO and/or Nationwide and/or Allied to authorize permanent repairs to the Ryobi Press recommended by Ryobi and American Pro Tec, and AMCO and/or Nationwide and/or Allied, on the recommendation of Mr. Benbow, again refused.

41.　　On or about June 19, 2006, AMCO and/or Nationwide and/or Allied, by Mr. Benbow authorized only further adjustments, further testing, and continued use and operation of the Ryobi Press. AMCO and/or Nationwide and/or Allied, through their agent Hartford, informed Pinata and Perez that if American Pro Tec was unwilling to perform the adjustments and testing specified by Mr. Benbow, then Mr. Benbow would refer Pinata and Perez to other contractors willing to perform the adjustments and testing specified by Mr. Benbow.

42.　　On or about June 19, 2006, the adjustments and further testing of the Ryobi Press authorized by AMCO and/or Nationwide and/or Allied by and through their sub-agent Mr. Benbow were performed by American Pro Tec.

43.　　Further use and operation of the Ryobi Press authorized by AMCO and/or Nationwide and/or Allied, by and through their sub-agent Mr. Benbow resulted in further interruptions and slowdowns, including interruptions and slowdowns caused by sheets of paper pulled into the drying / curing system of the Ryobi Press.

## THE FIRE LOSS

44.　　On or about July 22, 2006, a fire occurred inside the Ryobi Press, as a result of paper which had become trapped in the drying / curing system of the machine during use and operation authorized by AMCO and/or Nationwide and/or Allied by and through their sub-agent Mr. Benbow ("the fire loss").

45.　　On or about July 22, 2006, notice of the fire loss was given to AMCO which in turn gave notice to Nationwide and Allied.

46.　　On information and belief, AMCO did not reinsure the risk of loss caused by fire to property insured under the AMCO policy and AMCO renewal policy.

11

47.     Hartford did not participate in the adjustment of the fire loss claim.

48.     AMCO and/or Nationwide and/or Allied retained adjusters, investigators and accountants to investigate the damage to the Ryobi Press and the loss of business income sustained as a result of the fire loss.

## REPAIR OF THE CRACKED FRAME

49.     On or about October 16, 2006, AMCO and/or Nationwide and/or Allied, by and through their agent Hartford, authorized the permanent repairs to the Ryobi Press that had been recommended by Ryobi and American Pro Tec on December 27, 2005.

50.     Permanent repair of the cracked frame was performed by American Pro Tec, at a cost of approximately $249,980.00, which was paid by AMCO, subject to a deductible of $1,000.

## REPAIR OF THE FIRE DAMAGE

51.     On or about November 14, 2006, American Pro Tec recommended repair of the fire damage sustained by the Ryobi Press in the amount of $65,457.09.

52.     AMCO and/or Nationwide and/or Allied authorized repair of the fire damage in the amount of $65,457.09.

53.     On or about January 21, 2007, AMCO paid the sum of $65,457.09, less the $1,000 deductible, for repair of the fire damage caused by the fire which occurred on July 22, 2006.

54.     American Pro Tec performed the repair work recommended, which was completed on or about April 30, 2007.

## PINATA'S LOSS OF BUSINESS INCOME CLAIM

55.     On or about September 13, 2006, AMCO and/or Nationwide and/or Allied retained accountants Meaden & Moore to examine Pinata's claim for loss of business income and extra expense.

56.    After September 13, 2006, Pinata produced documents requested by Meaden & Moore, including financial statements, profit and loss statements, tax returns and other financial records detailing the loss of business income caused by the cracked frame property loss and fire loss.

57.    On or about December 22, 2006, Pinata submitted a claim for loss of business income and extra expense caused by the cracked frame property loss and the fire loss.

58.    With respect to the cracked frame property loss, Pinata submitted a claim for $2,336,535.75 which included: (1) $271,410.55 in extra expense; (2) $982,735.68 in necessary continuing normal operating expenses incurred while operations were suspended; and (3) $1,082,389.52 in net income that would have been earned if no physical loss or damage had occurred.

59.    With respect to the fire loss, Pinata submitted a claim on December 22, 2006 for loss of business income sustained through November 30, 2006, and extra expense in the amount of $832,323.78 which included: (1) $51,259.68 in extra expense; (2) $240,532.34 in necessary continuing normal operating expenses incurred while operations were suspended; and (3) $540,531.76 in net income that would have been earned if no physical loss or damage had occurred.

60.    On or about January 25, 2007, AMCO and/or Nationwide and/or Allied made an advance payment to Pinata of $25,000.00 for extra expense caused by the fire loss.

61.    On or about February 8, 2007, AMCO and/or Nationwide and/or Allied made an advance payment to Pinata of $77,500.00 for loss of business income caused by the fire.

62.    On or about February 16, 2007, AMCO and/or Nationwide and/or Allied made an additional advance payment to Pinata of $25,000.00 for loss of business income caused by the fire.

63.    On or about June 8, 2007, Meaden & Moore produced a document entitled: *Pinata Graphics - Incidents of 11/24/05 and 7/22/06 - Claimed v. Calculated by Category and Incident - Preliminary & Tentative - For Analysis Purposes Only.*

64.    It was Meaden & Moore's preliminary and tentative opinion that Pinata had $130,451.00 more net income as a result of the cracked frame property loss than Pinata would have earned if no cracked frame property loss had occurred. It was Meaden & Moore's preliminary and tentative opinion that Pinata had a loss of business income in the amount of $18,220.00 as a result of the fire loss.

65.    On or about October 2, 2007, Pinata submitted its revised claim for loss of business income and extra expense caused by the fire loss, calculated through April 30, 2007, when the fire damage was finally repaired. Pinata submitted a claim for loss of business income and extra expense in the total amount of $1,546,503 caused by the fire loss.

66.    On or about October 24, 2007, Meaden & Moore produced its analysis of Pinata's revised claim entitled: *Pinata Graphics - Incidents of 11/24/05 and 7/22/06 - Claimed v. Calculated by Category and Incident.*

67.    It was Meaden & Moore's written opinion that Pinata earned $130,451 more in net business income because of the cracked frame property loss, than Pinata would have earned if no cracked frame property loss had occurred.

68.    It was Meaden & Moore's written opinion that Pinata earned $195,166 more in net business income because of the fire loss, than Pinata would have earned if no fire loss had occurred.

69.    The parties continued to negotiate a resolution of Pinata's claim for loss of business income and extra expense. On or about November 26, 2007, the parties negotiated a settlement of

14

Pinata's claim for loss of business income and extra expense caused by the cracked frame property loss. In consideration of the payment of certain sums, Pinata and Perez released Hartford, AMCO, Nationwide and Allied from any and all claims resulting from the cracked frame property loss, while reserving any and all claims for damages caused by the fire loss.

70.    On or about November 26, 2007, AMCO and/or Nationwide and/or Allied agreed to retain a second accounting firm to examine Pinata's claim for loss of business income and extra expense caused by the fire loss.

71.    On or about December 21, 2007, AMCO and/or Nationwide and/or Allied wrote a letter to counsel for Pinata, informing Pinata that the second accounting firm had calculated Pinata's loss of business income and extra expense caused by the fire loss in the amount of $139,125.00.

72.    On or about December 21, 2007, AMCO and/or Nationwide and/or Allied tendered a check to Pinata in the amount of $12,125.00, which together with sums previously advanced, brought to $139,125.00 the total amount paid by AMCO and/or Nationwide and/or Allied for Pinata's loss of business income and extra expense caused by the fire.

73.    By correspondence dated December 21, 2007, AMCO and/or Nationwide and/or Allied refused further payment to Pinata for loss of business income and extra expense, on the basis of the claim documents submitted.

## PINATA GRAPHICS DISSOLVES

74.    On or about April 26, 2007, Pinata Graphics, Inc. assigned to Victor Perez all of its right, title and interest in and to its claims against AMCO, Nationwide, Allied and others. A true copy of the assignment is attached as exhibit "3."

75.    Following execution of the written assignment, Pinata Graphics, Inc. voluntarily dissolved as a corporation.

## COUNT I
## BREACH OF CONTRACT

1.-75.  Plaintiffs repeat and reallege paragraphs 1. through 75.

76.    Plaintiffs have performed all conditions precedent to recovery under the AMCO policy and AMCO renewal policy, or such conditions have been waived.

77.    AMCO is in breach of the contract of insurance, by its failure to pay the full amount of the loss of business income and extra expense incurred by Pinata as a result of the fire which occurred on July 22, 2006.

78.    Pinata's actual loss of business income and extra expense incurred as a result of the fire loss of July 22, 2006, is in excess of $1,500,000.00.

79.    AMCO and/or Nationwide and/or Allied has paid only $139,125.00 for loss of business income and extra expense caused by the fire which occurred on or about July 22, 2006.

WHEREFORE, Plaintiffs pray judgment against AMCO in excess of $50,000.00, in the amount of its actual loss of business income and extra expense sustained, in excess of $139,125, as shown by the proofs, plus costs of bringing this action.

## COUNT II
## NEGLIGENCE

80. - 154.  Plaintiffs repeat and reallege paragraphs 1. through 75. as paragraphs 80. to 154.

155.    When AMCO and/or Nationwide and/or Allied assumed supervision and control over the repair of the Ryobi Press, they owed a duty to Pinata and Perez to exercise that control with reasonable care.

156.    In breach of that duty, AMCO and/or Nationwide and/or Allied, acting by and through their sub-agent Louis A. Benbow, were guilty of one or more of the following negligent acts or

16

omissions:

    a.    Failure to follow the recommendations of Ryobi and American Pro Tec for permanent repairs to the Ryobi Press;

    b.    Requiring further adjustments, testing, use and operation of the Ryobi Press for several months following temporary repairs, contrary to the advice and recommendations of Ryobi and American Pro Tec;

    c.    Disregarding the danger presented by the presence of paper becoming trapped in the Ryobi Press during testing and/or use and operation of the Ryobi Press;

    d.    Disregarding warnings from Ryobi and American Pro Tec that the temporary repairs were not intended to keep the Ryobi Press in use and operation for several months, and that further use and operation of the Ryobi Press without the permanent repairs subjected the machine to further damage;

157.    As a direct and proximate result of one or more of the foregoing negligent acts or omissions, the fire loss occurred on or about July 22, 2006.

158.    As a result of the fire loss, Pinata sustained a loss of profits in an amount in excess of $1,500,000.00

159.    As a further direct and proximate result of the fire loss, and the long delay in repairing the Ryobi Press caused by AMCO and/or Nationwide and/or Allied, Pinata lost many of its key operating personnel, and lost many of its customers.

160.    As a result of the fire loss and the long delay in repairing the Ryobi Press caused by AMCO and/or Nationwide and/or Allied, Pinata lost millions of dollars which led to its dissolution.

WHEREFORE, Plaintiffs pray judgment against AMCO, Nationwide and Allied in excess of $50,000.00, in the amount of its actual loss of profits sustained and other damages caused by the loss of key operating personnel and customers, which led to the dissolution of Pinata, plus costs of bringing this action.

## COUNT III
## VEXATIOUS AND UNREASONABLE DELAY

1.-160.        Plaintiffs repeat and reallege paragraphs 1. to 160.

161.    There was at all times relevant herein a certain statute entitled **Attorney Fees** found at 215 ILCS 5/155 which provides in relevant part as follows:

> In any action by or against a company wherein there is in issue the liability of a company on a policy or policies of insurance or the amount of the loss payable thereunder, or for an unreasonable delay in settling a claim, and it appears to the court that such action or delay is vexatious and unreasonable, the court may allow as part of the taxable costs in the action reasonable attorney fees, other costs, plus an amount not to exceed any one of the following amounts:

> (a)    60% of the amount which the court or jury finds such party is entitled to recover against the company, exclusive of all costs;

> (b)    $60,000;

> (c)    the excess of the amount which the court or jury finds such party is entitled to recover, exclusive of costs, over the amount, if any, which the company offered to pay in settlement of the claim prior to the action.

162.    AMCO, Nationwide and Allied were guilty of vexatious and unreasonable delay in one or more of the following respects:

> a.    Failure to follow the recommendations of Ryobi and American Pro Tec for permanent repairs to the Ryobi Press;

b.    Requiring further adjustments, testing, use and operation of the Ryobi Press for several months following temporary repairs, contrary to the advice and recommendations of Ryobi and American Pro Tec;

c.    Disregarding the danger presented by the presence of paper becoming trapped in the Ryobi Press during testing and/or use and operation of the Ryobi Press;

d.    Disregarding warnings from Ryobi and American Pro Tec that the temporary repairs were not intended to keep the Ryobi Press in use and operation for several months, and that further use and operation of the Ryobi Press without the permanent repairs subjected the machine to further damage;

e.    Disregarding the true amount of the claim submitted by Pinata for loss of business income;

f.    For many months, relying on the written opinion of Meaden & Moore that Pinata had an increase in net income as a result of the fire loss, when that opinion was patently false and not made in good faith or with reasonable basis to believe it was true.

g.    Failing to adjust Pinata's claim for loss of business income and extra expense in a fair and expeditious manner.

WHEREFORE, Plaintiffs pray judgment against AMCO, Nationwide and Allied in excess of $50,000.00, in the amount of its actual loss sustained, plus costs, attorneys fees and penalty as provided by statute.

19

Respectfully submitted,

_Hugo Chaviano_

Hugo Chaviano
John J. Piegore
Sanchez Daniels & Hoffman, LLP
Attorneys for plaintiffs
333 West Wacker Drive, Suite 500
Chicago, IL 60606
(312) 641-1555


State of Illinois    )
                   )    ss
County of Cook    )

## RULE 222 AFFIDAVIT

Hugo Chaviano, being duly sworn, states as follows:

1.      Your affiant is an attorney at law and licensed to practice before this court.

2.      Your affiant has investigated the facts of this case.

3.      The damages sought in good faith exceed the sum of $50,000.00.

Further your affiant saith not.

_Hugo Chaviano_

Hugo Chaviano

Signed and sworn to before me
this 30th day of June , 2008

_April D. Burrell_
Notary Public

OFFICIAL SEAL
**APRIL D. BURRELL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-28-2011

20

State of Iowa    )
                 ) ss.
County of Polk )

    I, Patrick Johnson, Commercial Lines Underwriting Manager for AMCO Insurance Company, upon my oath depose and state that the attached policy forms and endorsement are true, accurate and certified copies of policy  ACP BPS 7101686319.  I further state that this same policy was in effect on  12/22/04 to 12/22/05.



Patrick Johnson
Commercial Lines Underwriting Manager
AMCO Insurance Company

Subscribed and sworn before me, a notary public in and for the State of Iowa, this 13th day of October 2006

_____
Notary Public

Enclosure

**MARY GRASS
COMMISSION NO. 166345
MY COMMISSION EXPIRES
8-31-87**



**EXHIBIT
1**

★★★★★★★★     **IMPORTANT INSURANCE INFORMATION**     ★★★★★★★★

**IMPORTANT NOTICE - ILLINOIS MINE SUBSIDENCE**

Dear Policyholder:

The Illinois Insurance Code requires that we include Mine Subsidence Insurance Coverage on your policy. **This coverage applies to those structures for which a premium charge is shown and coverage is indicated in the Declarations for Mine Subsidence coverage.**

**You have the right to elect not to purchase this coverage.** If you do not wish to have the Subsidence Coverage, you must sign and date the Mine Subsidence Waiver below and return one copy to us.

Nationwide Mutual Insurance Co.
AMCO Insurance Co.

---

**MINE SUBSIDENCE WAIVER**

I (we) do not desire mine subsidence insurance coverage and hereby waive any right to such coverage, under this policy or any future policy covering my (our) interest in the property identified above, unless I (we) request mine subsidence in writing, at some future date.

_____

_____
Signature

Signed _____, 20____.
       (date)

IN 7058 (04-98)

**Allied**
Insurance
a Nationwide® company
On Your Side℠

AMCO INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

12   22664
NEW BUSINESS

# PREMIER BUSINESSOWNERS POLICY

### PREMIER PROCESS/SERVICE
### COMMON DECLARATIONS

Policy Number: ACP   BPS   7101686319

Named Insured: PINATA GRAPHICS INC;
PEREZ, VICTOR - INDIVIDUAL
Mailing Address: 3604-3612 S IRON ST
CHICAGO, IL   60609
Agency: WALDER-RHODES INS AGCY LLC
Address: DIXON IL   61021-0566
Agency Phone Number: (815)284-7737

Policy Period: Effective From 12-20-04     To 12-20-05
12:01 AM Standard Time at your principal place of business.

Form of your business entity: CORPORATION

Description of your business: PRINTING AND DUPLICATING

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

**CONTINUATION PROVISION:** If we offer to continue your coverage and you or your representative do not accept,
this policy will automatically terminate on the expiration date of the current policy period stated above. Failure to
pay the required premium when due shall mean that you have not accepted our offer to continue your coverage.
This policy will terminate sooner if any portion of the current policy period premium is not paid when due.

PREMIUM FOR CERTIFIED ACTS OF TERRORISM             $          0.00

TOTAL POLICY PREMIUM $     26,559.00

| Previous Policy Number | | | | |
|---|---|---|---|---|
| NONE | ENTRY DATE | 12-30-04 | Countersignature | Date |

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations,
Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.

PB 81 00 (01-01)

DIRECT BILL   74MI          ME          INSURED COPY          UID   87   REPRINT   74   00179

**AMCO INSURANCE COMPANY**

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY                                   PRESIDENT

SP0002 (11-03)

# PREMIER BUSINESSOWNERS POLICY

### PREMIER PROCESS/SERVICE
### PROPERTY DECLARATIONS

Policy Number:  **ACP BPS 7101686319**

Policy Period:
From **12-20-04** To **12-20-05**

Description of Premises Number: **001**    Building Number: **001**    Construction: **NON-COMBUSTIBLE**
Premises Address  **3604-3612 S IRON ST**                    **CHICAGO**        **IL**
Occupancy  **OO**    Classification: **PRINTING AND DUPLICATING**
              Described as:  **PRINTING OPERATIONS**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a  **$ 1,000** Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Replacement cost | **$1,150,100** |
| Business Personal Property - Replacement cost | **$2,107,800** |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - Actual Loss Sustained - 12 Months - No Deductible - 60 Day Ordinary Payroll Limit | **INCLUDED** |
| Extra Expense - Actual Loss Sustained - 12 Months - No Deductible | **INCLUDED** |
| Equipment Breakdown | **INCLUDED** |
| Automatic Increase in Insurance - Building | **4%** |
| Automatic Increase in Insurance - Business Personal Property | **2.9%** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | **INCLUDED** |
| Increased Cost of Construction | **$10,000** |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit |
|---|---|---|
| Account Receivable | **$10,000** | **$10,000** |
| Valuable Papers and Records (At the Described Premises) | **$10,000** | **$10,000** |
| Forgery and Alteration | **$2,500** | **$2,500** |
| Money and Securities - Inside the Premises | **$10,000** | **$10,000** |
| Outside the Premises (Limited) | **$10,000** | **$10,000** |
| Outdoor Signs | **$2,500** | **$2,500** |
| Outdoor Trees, Shrubs, Trees and Lawns | **$10,000** | **$10,000** |
| Equipment Breakdown - sub limit for Computers | **$50,000** | **$50,000** |
| Tenant Glass - The deductible for this coverage is $250 | **$1,000** | **$1,000** |
| Business Personal Property Away From Premises | **$15,000** | **$15,000** |
| Business Personal Property Away From Premises - Transit | **$15,000** | **$15,000** |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty | **NOT PROVIDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | **NOT PROVIDED** |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | **NOT PROVIDED** |

**PROTECTIVE SAFEGUARDS**
This premise has one or more PROTECTIVE SAFEGUARDS identified by symbols herein. Insurance at this premise will be suspended if you do not notify us immediately if any of these safeguards are impaired. See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS:  **P-1;**

**PB 81 01 (01-01)**

# PREMIER BUSINESSOWNERS POLICY

### PREMIER PROCESS/SERVICE
### LIABILITY DECLARATIONS

| | | |
|---|---|---|
| Policy Number: ACP  BPS  7101686319 | From **12-20-04** | Policy Period<br>To **12-20-05** |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

## COVERAGES

| | | LIMITS OF INSURANCE |
|---|---|---|
| Liability and Medical Payments | Per Occurrence | **$1,000,000** |
| Medical Payments Coverage Sub Limit | Per Person | **$5,000** |
| Tenants Property Damage Legal Liability Sub Limit | Per Covered Loss | **$300,000** |
| Personal and Advertising Injury | Per Person Or Organization | **$1,000,000** |
| Products - Completed Operations Aggregate | All Occurrences | **$2,000,000** |
| General Aggregate<br>(Other than Products - Completed Operations) | All Occurrences | **$2,000,000** |

## AUTOMATIC ADDITIONAL INSUREDS STATUS

The following persons or organizations are automatically insureds when you and they have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy.

| | |
|---|---|
| Co-Owners of Insured Premises | Included in Liability & Medical Payments Limit |
| Controlling Interest | Included in Liability & Medical Payments Limit |
| Grantor of Franchise or License | Included in Liability & Medical Payments Limit |
| Lessors of Leased Equipment | Included in Liability & Medical Payments Limit |
| Managers or Lessors of Leased Premises | Included in Liability & Medical Payments Limit |
| Mortgagee, Assignee or Receiver | Included in Liability & Medical Payments Limit |
| Owners or Other Interest from Whom Land has been Leased | Included in Liability & Medical Payments Limit |
| State or Political Subdivisions - Permits Relating to Premises | Included in Liability & Medical Payments Limit |

## PROPERTY DAMAGE DEDUCTIBLE

NONE

## OPTIONAL COVERAGES

| | | |
|---|---|---|
| Printers Errors and Omissions Liability | Per Occurrence | **$1,000,000** |
| | Aggregate | **$3,000,000** |

PB 81 03 (01-01)

# PREMIER BUSINESSOWNERS POLICY

## PREMIER PROCESS/SERVICE
### SCHEDULE OF MORTGAGEES AND LOSS PAYEES

Policy Number:  ACP BPS 7101686319

Policy Period
From **12-20-04** To **12-20-05**

FIRSTAR CORPORATION
10 HIGHWOOD AVE
HIGHWOOD, IL   60040

MORTGAGEE

INTEREST    :   LOC. 1-1

DIRECT BILL    74MI  06283                    INSURED COPY                    REPRINT    74   00185

# PREMIER BUSINESSOWNERS POLICY

PREMIER PROCESS/SERVICE

## SCHEDULE OF NAMED INSUREDS

| Policy Number: ACP    BPS    7101686319 | From 12-20-04 | Policy Period: To 12-20-05 |
|---|---|---|

Named Insured:

**PINATA GRAPHICS INC;**
**PEREZ, VICTOR - INDIVIDUAL**

INSURED COPY

74    00180

# PREMIER BUSINESSOWNERS POLICY

## PREMIER PROCESS/SERVICE
### FORMS AND ENDORSEMENTS SUMMARY

| | | Policy Period: |
|---|---|---|
| Policy Number: ACP  BPS  7101686319 | From 12-20-04 | To 12-20-05 |

| FORM NUMBER | | TITLE |
|---|---|---|
| PB0804 | 1203 | PRINTERS ERRORS AND OMISSIONS LIABILITY |
| PB0002 | 0101 | PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM |
| PB0006 | 0101 | PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM |
| PB9012 | 1103 | ILLINOIS AMENDATORY ENDORSEMENT |
| PB0009 | 0101 | PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS |
| LI0021 | 0101 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| PB0430 | 0101 | PROTECTIVE SAFEGUARDS |
| PB0534 | 0603 | EXCLUSION - WAR AND ACTS OF TERRORISM |
| PB2999 | 0102 | EXCLUSION - FUNGI OR BACTERIA |

PB 81 03 (01-01)

INSURED COPY

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNERS
PB 00 02 (01-01)

# PREMIER BUSINESSOWNERS
# PROPERTY COVERAGE FORM

## TABLE OF CONTENTS

A.  COVERAGES................................................................................ 2
    1.  COVERED PROPERTY........................................................ 2
    2.  PROPERTY NOT COVERED................................................ 3
    3.  COVERED CAUSES OF LOSS.............................................. 3
    4.  LIMITATIONS.................................................................... 3
    5.  ADDITIONAL COVERAGES.................................................. 4
        a.  Debris Removal.......................................................... 4
        b.  Preservation of Property.............................................. 5
        c.  Fire Department Service Charge.................................... 5
        d.  Fire Extinguisher Recharge.......................................... 5
        e.  Collapse.................................................................... 5
        f.  Water Damage, Other Liquids, Powder or Molten Material Damage........ 6
        g.  Business Income........................................................ 7
        h.  Extra Expense........................................................... 8
        i.  Pollutant Clean Up and Removal.................................... 8
        j.  Civil Authority........................................................... 8
        k.  Money Orders and Counterfeit Paper Currency................ 9
        l.  Forgery and Alteration................................................ 9
        m.  Increased Cost of Construction..................................... 9
        n.  Exterior Building Glass................................................ 10
        o.  Equipment Breakdown................................................. 11
        p.  Arson Reward for Conviction........................................ 13
        q.  Money and Securities.................................................. 14
        r.  Appurtenant Structures............................................... 14
        s.  Back Up of Sewer or Drain Water Damage...................... 15
        t.  Dependent Properties – Business Income....................... 15
    6.  COVERAGE EXTENSIONS.................................................... 15
        a.  Newly Acquired Or Constructed Property........................ 15
        b.  Newly Acquired Locations – Business Income.................. 16
        c.  Personal Property Off Premises..................................... 16
        d.  Outdoor Trees, Shrubs, Plants, and Lawns.................... 16
        e.  Outdoor Signs........................................................... 17
        f.  Personal Effects........................................................ 17
        g.  Valuable Papers and Records....................................... 17
        h.  Accounts Receivable................................................... 18
        i.  Salespersons Samples................................................ 18
        j.  Business Income and Extra Expense – Increased Period of Restoration
            Due to Ordinance or Law............................................ 18
        k.  Removal Permit......................................................... 19
B.  EXCLUSIONS............................................................................. 19
C.  LIMIT OF INSURANCE................................................................. 23
D.  DEDUCTIBLES............................................................................ 24
E.  PROPERTY LOSS CONDITIONS..................................................... 24
F.  PROPERTY GENERAL CONDITIONS................................................ 29
G.  OPTIONAL COVERAGES.............................................................. 30
    1.  Employee Dishonesty Optional Coverage............................ 30
    2.  Ordinance or Law Optional Coverage................................. 31
    3.  Optional Amendment of Coverage - Exclude Theft............... 33
H.  PROPERTY DEFINITIONS.............................................................. 34

ACP BPS 7101686319                          INSURED COPY                    74    00186

PB 00 02 (01-01)

# PREMIER BUSINESSOWNERS
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section H. PROPERTY DEFINITIONS.

## A. COVERAGES

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. COVERED PROPERTY

Covered Property, as used in this policy, means Buildings and Business Personal Property as described in paragraphs a. and b. in this section A.1., if a Limit of Insurance is shown in the Declarations for that type of property.

HOWEVER, there is no coverage for property described under A.2. PROPERTY NOT COVERED, unless an exception is stated for that property.

a. **Buildings,** meaning the buildings and structures at the premises described in the Declarations, including:

1) Completed additions;

2) Fixtures, including outdoor fixtures;

3) Permanently installed:

   a) Machinery;

   b) Equipment; and

   c) Tanks, including pumps;

4) Your personal property in apartments or rooms furnished by you as landlord;

5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

   a) Fire extinguishing equipment;

   b) Outdoor furniture;

   c) Floor coverings;

   d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering; and

   e) Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast and towers;

6) If not covered by other insurance:

   a) Additions under construction, alterations and repairs to the buildings or structures;

   b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures; and

7) Garages, storage buildings, spas, swimming pools, fences, retaining walls or other appurtenant structures usual to your business, but only if:

   a) Coverage is not provided for such structures under the Appurtenant Structures Additional Coverage; and

   b) Such structures are then described in the Declarations.

b. **Business Personal Property** located in or on the buildings at the described premises or in the open (or in a vehicle) within 1,000 feet of the described premises, consisting of the following:

1) Personal property you own that is used in your business, including but not limited to furniture, fixtures, machinery, equipment and "stock";

ICP BPS 7101686319                    INSURED COPY

74    00187

2) Personal property of others that is in your care, custody or control, except as otherwise provided in Condition 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS.

3) Tenant improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

   a) Made a part of the building or structure you occupy but do not own; and

   b) You acquired or made at your expense but cannot legally remove; and

4) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under paragraph 2) personal property of others above.

2. **PROPERTY NOT COVERED**

Covered Property does not include:

a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

b. "Money" or "securities" except as provided in:

   1) Money and Securities Additional Coverage; or

   2) Employee Dishonesty under Section G. OPTIONAL COVERAGES;

c. Contraband, or property in the course of illegal transportation or trade;

d. Land (including land on which the property is located), water, growing crops;

e. Outdoor signs (other than signs attached to the buildings), trees, shrubs, plants or lawns (other than "stock" of trees, shrubs or plants), all except as provided in the:

   1) Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension; or

   2) Outdoor Signs Coverage Extension;

f. Watercraft (including motors, equipment and accessories) while afloat;

g. Gasoline or diesel fuel contained in above ground or underground storage tanks;

h. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect it or not) from that other insurance;

i. The cost to research, replace or restore the information on "valuable papers and records", including those which exist on "electronic media or records", except as provided in the Valuable Papers Coverage Extension;

j. Grain, hay, straw or other crops while outside of buildings; or

k. Exterior building glass, except as provided in the Exterior Building Glass Additional Coverage.

3. **COVERED CAUSES OF LOSS**

This Coverage Form insures against Risks Of Direct Physical Loss unless the loss is:

a. Excluded in Section B. EXCLUSIONS;

b. Limited in Paragraph A.4. LIMITATIONS in this section; or

c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section G. PROPERTY GENERAL CONDITIONS;

that follow.

4. **LIMITATIONS**

a. We will not pay for loss of or damage to:

   1) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to Money and Securities Additional Coverage.

   2) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   3) Fences, spas, outdoor swimming pools and related equipment, re-

ACP BPS 7101686319                    INSURED COPY                    74    0018B

taining walls, pavements, bulkheads, pillars, wharves or docks caused by freezing or thawing, impact of watercraft, or by the pressure or weight of ice or water whether driven by wind or not.

4) The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

   a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

b. We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by one of the "specified causes of loss" or building glass breakage. This limitation does not apply to:

   1) Glass that is part of the interior of a building or structure;

   2) Containers of property held for sale; or

   3) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown:

   1) $2,500 for furs, fur garments and garments trimmed with fur.

   2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $250 or less per item.

   3) $2,500 for patterns, dies, molds and forms.

5. ADDITIONAL COVERAGES

   a. Debris Removal

      1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

      2) The most we will pay under this Debris Removal Additional Coverage is:

         a) 25% of the amount we pay for the direct physical loss of or damage to Covered Property; plus

         b) The deductible in this policy applicable to that loss or damage.

         This Debris Removal Additional Coverage will not increase the Limits of Insurance provided by this policy.

         HOWEVER, this limitation does not apply to any additional debris removal limit provided in paragraph 4) below.

      3) This Debris Removal Additional Coverage does not apply to costs to:

         a) Extract "pollutants" from land or water;

         b) Remove, restore or replace polluted land or water; or

         c) Extract "pollutants" from Covered Property.

      4) If:

         a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

         b) The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph 2) above;

we will pay up to an additional $25,000 for each premises in any one occurrence under this Debris Removal Additional Coverage.

b. **Preservation of Property**

1) If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

   a) While it is being moved or while temporarily stored at another premises; and

   b) Only if the loss or damage occurs within 45 days after the property is first moved.

2) This Preservation of Property Additional Coverage will not increase the Limits of Insurance provided by this policy.

c. **Fire Department Service Charge**

1) When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500 for your liability for fire department service charges:

   a) Assumed by contract or agreement prior to loss; or

   b) Required by local ordinance.

2) The limit for this Fire Department Service Charge Additional Coverage is in addition to the Limits of Insurance.

3) No deductible applies to this Fire Department Service Charge Additional Coverage.

d. **Fire Extinguisher Recharge**

1) We will pay the expense you incur to recharge portable fire extinguishers when used to combat a covered fire.

2) This Fire Extinguisher Recharge Additional Coverage is not subject to the Limits of Insurance.

3) No deductible applies to this Fire Extinguisher Recharge Additional Coverage.

e. **Collapse**

1) With respect to buildings:

   a) Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of a building cannot be occupied for its intended purpose;

   b) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

   c) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of a building; and

   d) A building that is standing, or any part of a building that is standing, is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2) We will pay for direct physical loss of or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if the collapse is caused by one or more of the following:

   a) The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

   b) Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   c) Insect or vermin damage that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

d) Weight of people or personal property;

e) Weight of rain, ice, hail or snow that collects on a roof;

f) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

HOWEVER, if the collapse occurs after construction, remodeling, or renovation is complete and is caused at least in part by a cause of loss listed in 2)a) through 2)e) above, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling, or renovation, contributes to the collapse.

3) With respect to the following property:

a) Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast or towers;

b) Awnings, gutters and downspouts;

c) Yard fixtures;

d) Outdoor swimming pools;

e) Fences;

f) Bulkheads, pilings, piers, wharves and docks;

g) Beach or diving platforms or appurtenances;

h) Retaining walls; and

i) Walks, roadways and other paved surfaces;

If the collapse is caused by a cause of loss listed in 2)b) through 2)f) above, we will pay for loss or damage to that property in a) through I) above only if:

i) Such loss or damage is a direct result of the collapse of a building insured under this policy; and

ii) The property is Covered Property under this policy.

4) If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building or any part of a building, we will pay for loss of or damage to Covered Property caused by such collapse of personal property only if:

a) The collapse was caused by a Cause of Loss listed in 2)a) through 2)f) above;

b) The personal property which collapses is inside a building; and

c) The property which collapses is not of a kind listed in 3) above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this paragraph 4) does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5) This Collapse Additional Coverage will not increase the Limits of Insurance provided in this policy.

f. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

1) If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

2) We will not pay the cost to repair any defect that caused the loss or damage except as provided in the Equipment Breakdown Additional Coverage; but we will pay the cost

ACP BPS 7101686319

INSURED COPY

to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a) Results in discharge of any substance from an automatic fire protection system; or

   b) Is directly caused by freezing.

3) This Water Damage Additional Coverage will not increase the Limits of Insurance provided in this policy.

g. **Business Income**

   1) **Business Income with Ordinary Payroll Limitation**

      a) We will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

      b) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

         i) The portion of the building which you rent, leases or occupy; and

         ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to the described premises.

      c) We will only pay for loss of "business income" that you

sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for "ordinary payroll expenses" for 60 days following the date of direct physical loss or damage.

2) **Extended Business Income**

   a) If the necessary suspension of your "operations" produces a "business income" loss payable under this policy, we will pay for the actual loss of "business income" you incur during the period that:

      i) Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

      ii) Ends on the earlier of:

         i. The date you could restore your "operations" with reasonable speed, to the level which would generate the "business income" amount that would have existed if no direct physical loss or damage had occurred; or

         ii. Sixty (60) consecutive days after the date determined in 2)a)i) above.

      HOWEVER, Extended Business Income does not apply to loss of "business income" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

   b) Loss of "business income" must be caused by direct physical loss or damage at the described premises

ACP BPS 7101686319          INSURED COPY          74   00192

caused by or resulting from any Covered Cause of Loss.

3) This Business Income Additional Coverage is not subject to the Limits of Insurance.

h. **Extra Expense**

1) We will pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

2) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

a) The portion of the building which you rent, lease or occupy; and

b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

3) We will only pay for "extra expense" that occurs within 12 consecutive months after the date of direct physical loss or damage.

4) This Extra Expense Additional Coverage is not subject to the Limits of Insurance.

i. **Pollutant Clean Up And Removal**

1) We will pay your expense to extract "pollutants" from land, water or Covered Property at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

2) This Pollutant Clean Up And Removal Additional Coverage does not apply to:

a) Costs to test for, monitor or assess the existence, concentration or effects of "pollutants"; or

b) Any penalties or assessments that may be charged against you due to any statute, regulation or ordinance.

But we will pay for testing which is performed in the course of extracting the "pollutants" from land or water.

3) The most we will pay for each location under this Pollutant Clean Up And Removal Additional Coverage is $25,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

4) The limit for this Pollutant Clean Up And Removal Additional Coverage is in addition to the Limits of Insurance.

j. **Civil Authority**

1) We will pay for the actual loss of "business income" you sustain and necessary "extra expense" caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

2) The coverage for "business income" will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

3) The coverage for necessary "extra expense" will begin immediately after the time of that action and ends:

CP BPS 7101686319                        INSURED COPY                        74    00193

a) 3 consecutive weeks after the time of that action; or

b) When your "business income" coverage ends;

whichever is later.

4) This Civil Authority Additional Coverage is not subject to the Limits of Insurance.

k. **Money Orders And Counterfeit Paper Currency**

1) We will pay for loss due to the good faith acceptance of:

a) Any U.S. or Canadian post office, express company, or national or state (or Canadian) chartered bank money order that is not paid upon presentation to the issuer; or

b) Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

2) The most we will pay for any loss under this Money Orders And Counterfeit Paper Currency Additional Coverage is $1,000.

3) The limit for this Money Orders And Counterfeit Paper Currency Additional Coverage is in addition to the Limits of Insurance.

l. **Forgery And Alteration**

1) We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

3) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

4) The limit for this Forgery And Alteration Additional Coverage is in addition to the Limits of Insurance.

m. **Increased Cost Of Construction**

1) This Additional Coverage applies only to buildings insured on a replacement cost basis.

2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement or damaged parts of that property, subject to the limitations stated in paragraphs 3) through 9) of this Increased Cost Of Construction Additional Coverage.

3) The ordinance or law referred to in paragraph 2) of this Increased Cost Of Construction Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

4) Under this Increased Cost Of Construction Additional Coverage, we will not pay any costs due to an ordinance or law that:

a) You were required to comply with before the loss, even when the building was undamaged; and

b) You failed to comply with.

5) Under this Increased Cost Of Construction Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

ACP BPS 7101686319                    INSURED COPY                    74    00194

6) The most we will pay under this Increased Cost Of Construction Additional Coverage, for each described building insured under this Coverage Form, is $10,000.

The limit for this Increased Cost Of Construction Additional Coverage is in addition to the Limits of Insurance.

7) With respect to this Increased Cost Of Construction Additional Coverage:

a) We will not pay any costs:

i) Until the property is actually repaired or replaced, at the same or another premises; and

ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

b) If the building is repaired or replaced at the same premises, of if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises for a building of like, kind and quality and of the same size and use.

8) This Increased Cost Of Construction Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Increased Cost Of Construction Additional Coverage.

9) The costs addressed in Condition 5. Loss Payment of Section E. PROPERTY LOSS CONDITIONS do

not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Increased Cost Of Construction Additional Coverage, as stated in paragraph 6) above, is not subject to such limitation.

n. **Exterior Building Glass**

1) We will pay for direct physical loss of or damage to glass, including lettering or ornamentation, that is part of the exterior of a covered building or structure at the described premises. The glass must be owned by you, or owned by others but in your care, custody or control. We will also pay for necessary:

a) Expenses incurred to put up temporary plates or board up openings;

b) Repair or replacement of encasing frames; and

c) Expenses incurred to remove or replace obstructions.

2) Paragraph A.3., COVERED CAUSES OF LOSS and Section B., EXCLUSIONS do not apply to this Exterior Building Glass Additional Coverage, except for:

a) Paragraph B.1.b., Earth Movement;

b) Paragraph B.1.c., Governmental Action;

c) Paragraph B.1.d., Nuclear Hazard;

d) Paragraph B.1.f., War And Military Action; and

e) Paragraph B.1.g., Water.

3) Exclusions. We will not pay for loss or damage caused by or resulting from:

a) Wear and tear;

b) Hidden or latent defect;

c) Corrosion; or

d) Rust.

4)   The most we pay under this Exterior Building Glass Additional Coverage is the Building Limit of Insurance shown in the Declarations.

HOWEVER, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property, the most we will pay under this Exterior Building Glass Additional Coverage is the Tenant's Exterior Building Glass Limit of Insurance shown in the Declarations.

o.   **Equipment Breakdown**

1)   We will pay for loss caused by or resulting from an "accident" to "covered equipment".

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

2)   The following coverages also apply to loss caused by or resulting from an "accident" to "covered equipment". These coverages do not provide additional amounts of insurance.

a)   **Expediting Expenses**

With respect to your damaged Covered Property, we will pay, up to $50,000, the reasonable extra cost to:

i)   Make temporary repairs; and

ii)   Expedite permanent repairs or replacement.

b)   **Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

Additional costs mean those beyond what would have been

required had no "hazardous substance" been involved.

The most we will pay for loss or damage under this coverage, including actual loss of "business income" you sustain, necessary "extra expense" you incur and loss under Perishable Goods coverage, is $50,000.

c)   **Perishable Goods**

i)   We will pay for your loss of "perishable goods" due to spoilage.

ii)   We will also pay for your loss of "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

iii)   We will also pay necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

iv)   If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with Condition 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS.

The most we will pay for loss or damage under this coverage is $50,000.

PB 00 02 (01-01)

d) **Computer Equipment**

We will pay for loss or damage caused by or resulting from an "accident" to "computer equipment".

"Computer equipment" used primarily to control or operate "covered equipment" is not subject to the following provision.

The most we will pay for loss or damage under this coverage is $50,000, including actual loss of "business income" you sustain and necessary "extra expense" you incur, unless a higher Limit of Insurance for "computer equipment" breakdown is shown in the Declarations.

e) **CFC Refrigerants**

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances. This means the additional expense to do the least expensive of the following:

i) Repair the damaged property and replace any lost CFC refrigerant;

ii) Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

iii) Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

The most we will pay for loss or damage under this coverage, including actual loss of "business income" you sus-

tain, necessary "extra expense" you incur and loss under Perishable Goods coverage, is $50,000.

f) **Service Interruption**

The insurance provided under the Business Income Additional Coverage, the Extra Expense Additional Coverage and for c) Perishable Goods in this Equipment Breakdown Additional Coverage, is extended to apply to loss caused by or resulting from an "accident" to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

g) **Data Restoration**

We will pay for your cost to research, replace and restore data, including programs and operating systems, that is lost or corrupted due to an "accident" to "computer equipment".

The most we will pay for such costs under this data restoration coverage, including actual loss of "business income" you sustain and necessary "extra expenses" you incur, is $50,000.

h) **Environmental, Safety and Efficiency Improvements**

The following provision does not apply to property insured on an "actual cash value" basis.

If "covered equipment" requires replacement due to loss or damage caused by or resulting from an "accident", we will pay your additional cost to replace with equipment that is better for the environment, more efficient or

CP BPS 7101686319 INSURED COPY 74 00197

safer than the equipment be-
ing replaced.

HOWEVER, we will not pay
more under this additional
coverage than 125% of what
it would have cost to repair or
replace damaged "covered
equipment" with like kind and
quality.

3) **Additional Exclusions**

a) We will not pay under this
Equipment Breakdown Addi-
tional Coverage for loss or
damage caused by or result-
ing from:

i) Your failure to use all
reasonable means to
protect the "perishable
goods" from damage fol-
lowing an "accident";

ii) Any defect, virus, loss of
data or other situation
within "electronic media
and records". But if loss
or damage from an "acci-
dent" results, we will pay
for that resulting loss or
damage; or

iii) Any of the following tests:

i. A hydrostatic, pneu-
matic or gas pres-
sure test of any
boiler or pressure
vessel; or

ii. An insulation break-
down test of any type
of electrical equip-
ment.

b) With respect to c) Perishable
Goods coverage and f) Ser-
vice Interruption coverage, we
will not pay for loss or dam-
age caused by or resulting
from: fire; lightning;
windstorm or hail; explosion
(except for steam or
centrifugal explosion); smoke;
aircraft or vehicles; riot or
civil commotion; vandalism;
sprinkler leakage; falling ob-
jects; weight of snow, ice or
sleet; freezing or collapse.

4) **Additional Conditions**

a) **Suspension**

When any "covered equip-
ment" is found to be in, or ex-
posed to a dangerous
condition, any of our repre-
sentatives may immediately
suspend the insurance
against loss from an "acci-
dent" to that "covered equip-
ment". We can do this by
mailing or delivering a written
notice of suspension to your
address as shown in the Dec-
larations, or at the address
where the equipment is lo-
cated. Once suspended in
this way, your insurance can
be reinstated only by written
notice from us.

b) **Jurisdictional Inspections**

If any property that is "cov-
ered equipment" under this
Equipment Breakdown Addi-
tional Coverage requires in-
spection to comply with state
or municipal boiler and pres-
sure vessel regulations, we
agree to perform such in-
spection on your behalf.

5) The most we will pay for loss or
damage under this Equipment
Breakdown Additional Coverage is
the applicable Limit of Insurance
shown in the Declarations.

This Equipment Breakdown Addi-
tional Coverage will not increase
the Limits of Insurance provided
by this policy.

p. **Arson Reward for Conviction**

1) In the event that a covered fire
loss was the result of an act of
arson, we will pay a reward to
anyone, other than paid investi-
gators, who gives legal authorities
information that leads to the con-
viction of anyone who committed
such arson.

2) We will pay up to 10 percent of the
amount of the insured fire loss or
$10,000, whichever is less. This
payment is the most we will pay in
any one occurrence, regardless of

the number of persons providing information or convicted of arson.

3) The limit for this Arson Reward for Conviction Additional Coverage is in addition to the Limits of Insurance.

4) No deductible applies to this Arson Reward for Conviction Additional Coverage.

q. **Money and Securities**

1) We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit by direct route between any of these places, resulting directly from:

a) Theft, meaning any act of stealing;

b) Disappearance; or

c) Destruction.

2) In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

a) Resulting from accounting or arithmetical errors or omissions;

b) Due to the giving or surrendering of property in any exchange or purchase;

c) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device; or

d) From an unattended motor vehicle.

3) The most we will pay under this Money and Securities Additional Coverage for loss in any one occurrence is:

a) **Inside the Premises**, $10,000 for "money" and "securities" while:

i) In or on the described premises; or

ii) Within a bank or savings institution;

unless a higher Limit of Insurance for "money" and "securities" inside the premises is shown in the Declarations; and

b) **Outside the Premises** (Limited - loss from an unattended motor vehicle is excluded), $10,000 for "money" and "securities" while anywhere else, unless a higher Limit of Insurance for "money" and "securities" outside the premises is shown in the Declarations.

4) All loss:

a) Caused by one or more persons; or

b) Involving a single act or series of related acts;

is considered one occurrence.

5) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

6) The limit for this Money and Securities Additional Coverage is in addition to the Limits of Insurance.

r. **Appurtenant Structures**

1) We will pay for direct physical loss of or damage to any separate garages, storage buildings, swimming pools, spas, fences, retaining walls and other appurtenant structures usual to your business at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

2) The most we will pay for loss or damage under this Appurtenant Structures Additional Coverage in any one occurrence is 10% of the Building Limit of Insurance shown in the Declarations for that described premises.

HOWEVER, if the value of any one garage, storage building, swim-

i.   Similar use as the building described in the Declarations; or

ii.   Use as a warehouse.

b)   The most we will pay for loss or damage under this Coverage Extension for buildings is $500,000 for each building.

2)   You may extend the insurance that applies to Business Personal Property to apply to that property at any location you acquire, other than at fairs or exhibitions.

The most we will pay for loss or damage under this Coverage Extension for Business Personal Property is $250,000 at each premises.

3)   Insurance under this Newly Acquired or Constructed Property Coverage Extension for each newly acquired or constructed premises will end when any of the following first occurs:

a)   This Policy expires;

b)   90 days after you acquire or begin to construct the property; or

c)   You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b.   **Newly Acquired Locations - Business Income**

1)   You may extend the insurance that applies to Business Income Additional Coverages to apply to property at any location you newly acquire, other than temporary locations such as fairs or exhibitions, whether attended regularly or not.

2)   The most we will pay for loss under this Newly Acquired Locations - Business Income Coverage Extension is the lesser of:

a)   The actual loss of "business income" you sustain, as provided for and described under

the Business Income Additional Coverage; or

b)   $100,000.

3)   This insurance will end the earlier of:

a)   The policy expiration date;

b)   90 days after you acquire the property; or

c)   You report the property to us.

We will charge you any additional premium from the date you acquire the property.

c.   **Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money", "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate.

The most we will pay for loss or damage under this Personal Property Off Premises Coverage Extension is $15,000.

d.   **Outdoor Trees, Shrubs, Plants, and Lawns**

1)   You may extend the insurance provided by this policy to apply to your outdoor trees, shrubs, plants, and lawns (other than "stock"), including debris removal expense, caused by or resulting from any of the following Causes of Loss:

Fire; Lightning; Explosion; Aircraft or vehicles; Riot or civil commotion; Vandalism; or Theft.

2)   The most we will pay for loss or damage under this Outdoor Trees, Shrubs, Plants, and Lawns Coverage Extension is $10,000 in any one occurrence, unless a higher limit for outdoor trees, shrubs, plants, and lawns is shown in the Declarations.

3)   The Debris Removal Additional Coverage does not apply to this

Outdoor Trees, Shrubs, Plants, and Lawns Coverage Extension.

e. **Outdoor Signs**

1) You may extend the insurance provided by this policy to apply to your outdoor signs, including debris removal expense, caused by or resulting from risks of direct physical loss or damage.

   HOWEVER, we will not pay for loss or damage caused by or resulting from any of the following causes of loss:

   a) Wear and tear;

   b) Hidden or latent defect;

   c) Rust; or

   d) Corrosion.

2) The most we will pay for loss or damage under this Outdoor Signs Coverage Extension is $2,500 in any one occurrence, unless a higher limit for outdoor signs is shown in the Declarations.

3) The Debris Removal Additional Coverage does not apply to this Outdoor Signs Coverage Extension.

f. **Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or your employees.

HOWEVER, personal effects does not include:

1) Tools or equipment used in your business; or

2) "Money", "securities" or jewelry.

The most we will pay for loss or damage under this Personal Effects Coverage Extension is $10,000 in any one occurrence, but not more than $500 for the personal effects of any one individual.

g. **Valuable Papers and Records**

1) You may extend the insurance that applies to Business Personal

Property to apply to direct physical loss or damage to "valuable papers and records" that you own or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Valuable Papers And Records Coverage Extension includes the cost to research lost information on "valuable papers and records", including those which exist on "electronic media and records", for which duplicates do not exist.

2) This Valuable Papers And Records Coverage Extension does not apply to:

   a) Property held as samples or for delivery after sale;

   b) Property in storage away from the premises shown in the Declarations.

3) The most we will pay under this Valuable Papers And Records Coverage Extension for loss of or damage to "valuable papers and records", including those which exist on "electronic media and records", in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

   HOWEVER, for "valuable papers and records", including those which exist on "electronic media and records", not at the described premises, the most we will pay is:

   a) $2,500; or

   b) 25% of the "valuable papers and records" limit;

   whichever is higher.

4) Section B. EXCLUSIONS of this Coverage Form does not apply to this Valuable Papers And Records Coverage Extension except for:

   a) Paragraph B.1.c., Governmental Action;

   b) Paragraph B.1.d., Nuclear Hazard;

   c) Paragraph B.1.f., War And Military Action;

ACP BPS 7101686319                    INSURED COPY                    74      00202

d)  Paragraph B.2.e., Dishonesty;

e)  Paragraph B.2.f., False Pretense;

f)  Paragraph B.3.; and

g)  The Accounts Receivable and "Valuable Papers And Records" Exclusions.

h.  **Accounts Receivable**

1)  You may extend the insurance that applies to Business Personal Property (or that applies to your Buildings, if Business Personal Property is not covered) to apply to your records of accounts receivable. We will pay:

a)  All amounts due from your customers that your are unable to collect;

b)  Interest charges on any loan required to offset amounts you unable to collect pending our payment of these amounts;

c)  Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

d)  Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause or Loss to your records of accounts receivable.

2)  The most we will pay under this Accounts Receivable Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For records of accounts receivable not at the described premises, the most we will pay is $2,500.

3)  Section B. EXCLUSIONS of this Coverage Form does not apply to this Accounts Receivable Coverage Extension except for:

a)  Paragraph B.1.c., Governmental Action;

b)  Paragraph B.1.d., Nuclear Hazard;

c)  Paragraph B.1.f., War And Military Action;

d)  Paragraph B.2.f., Dishonesty;

e)  Paragraph B.2.g., False Pretense;

f)  Paragraph B.3.; and

g)  The Accounts Receivable and "Valuable Papers And Records" Exclusions.

i.  **Salespersons Samples**

1)  You may extend the insurance that applies to Business Personal Property to apply to salespersons samples while away from the described premises.

2)  The most we will pay under this Salespersons Samples Coverage Extension for loss or damage in any one occurrence is $2,000.

j.  **Business Income and Extra Expense - Increased Period of Restoration Due to Ordinance or Law**

If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the amount of actual and necessary loss you sustain during the "period of restoration" of "operations" caused by or resulting from the enforcement of any ordinance or law that:

1)  Regulates the construction or repair of any property;

2)  Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

3)  Is in force at the time of loss.

k.  **Removal Permit**

If Covered Personal Property is removed to a new premise that is described in the Declarations, you may extend this insurance to include that Covered Personal Property at each premises during the removal. Cover-

age at each premises will apply in the proportion that the value at each premises bears to the value of all Covered Personal Property being removed. This permit applies up to 30 days after the date Covered Personal Property is first removed at the previous premises; after that, this Removal Permit Coverage Extension does not apply at the previous premises.

B. **EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other causes or event that contributes concurrently or in any sequence to the loss.

   a. **Ordinance Or Law**

      The enforcement of any ordinance or law:

      1) Regulating the construction, use or repair of any property; or

      2) Requiring the tearing down of any property, including the cost of removing its debris; or

      3) Requiring the removal or disposal of "pollutants".

      This Ordinance Or Law exclusion applies whether the loss results from:

      1) An ordinance or law that is enforced even if the property has not been damaged; or

      2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

   b. **Earth Movement**

      1) Earthquake, including any earth sinking, rising or shifting related to such event;

      2) Landslide, including any earth sinking, rising or shifting related to such event;

      3) Mine subsidence, meaning subsidence of a man-made mine,

whether or not mining activity has ceased.

      4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

      HOWEVER, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

      But if Earth Movement, as described in 1) through 4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

      5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

      Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

      a) Airborne volcanic blast or airborne shock waves;

      b) Ash, dust, or particulate matter; or

      c) Lava flow.

      All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

      Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

ACP BPS 7101686319          INSURED COPY          74    00204

c. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, including but not limited to radon gas, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. **Off-Premises Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

f. **War And Military Action**

1) War, including undeclared or civil war;

2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

2) Mudslide or mudflow;

3) Water that backs up or overflows from a sewer, drain or sump, except as provided under the Back Up Of Sewer Or Drain Water Damage Additional Coverage; or

4) Water under the ground surface pressing on, or flowing or seeping through:

   a) Foundations, walls, floors or paved surfaces;

   b) Basements, whether paved or not; or

   c) Doors, windows or other openings.

But if Water, as described in B.1.g.1) through B.1.g.4), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. **Consequential Losses**

Delay, loss of use or loss of market.

b. **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

c. **Leakage or Seepage**

Constant or repeated seepage or leakage of water or steam, whether continuous or intermittent from any:

1) Heating, air conditioning or refrigerating system;

2) Domestic appliance; or

3) Plumbing system, including from or around any shower stall or other shower bath installation, bathtub or other plumbing fixture.

d. **Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

B 00 02 (01-01)

**Page 20 of 38**

1) You do your best to maintain heat in the building or structure; or

2) You drain the equipment and shut off the supply if the heat is not maintained.

e. **Dishonesty**

1) Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose.

2) This exclusion applies whether of not:

a) Such persons are acting alone or in collusion with others; or

b) Such acts occur during the hours of employment.

3) This exclusion does not apply to:

a) Acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered; or

b) Covered Property, including records of accounts receivable and "valuable papers and records", that is entrusted to others who are carriers for hire.

f. **False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. **Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

h. **Collapse**

Collapse, except as provided in the Collapse Additional Coverage. But if collapse results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

i. **Pollutants**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified cause of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

j. **Other Types Of Loss**

1) Wear and tear;

2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

3) Smog;

4) Settling, cracking, shrinking, bulging or expansion;

5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

6) Soil Conditions including, but not limited to:

a) Corrosive action;

b) Chemicals, compounds, elements, suspensions or gels in the soil; or

c) The formation of crystals in the soil;

7) The following causes of loss to personal property:

a) Dampness or dryness of atmosphere;

b) Changes in or extremes of temperature; or

c) Marring or scratching; or

But if an excluded cause of loss that is listed in paragraphs 1) through 7) above results in a "specified cause of loss", "accident" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.d. But if an excluded cause of loss that is listed in B.3.a. through B.3.d. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. **Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. **Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. **Negligent Work**

Faulty, inadequate or defective:

1) Planning, zoning, development, surveying, siting;

2) Design, specifications, workmanship, work methods, repair, construction, renovation, remodeling, grading, compaction, failure to protect the property;

3) Materials used in repair, construction, renovation or remodeling; or

4) Maintenance;

of part or all of any property on or off the described premises.

d. **Errors in Data Processing:** Human errors or omissions in installing, testing, processing, recording or storing information on "electronic media and records" and electronic data processing equipment, including programming errors or faulty machine instructions.

4. **Business Income And Extra Expense Exclusions**

We will not pay for:

a. Any "extra expense", or increase of "business income" loss, caused by or resulting from:

1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

b. Any other consequential loss.

5. **Accounts Receivable And "Valuable Papers And Records" Exclusions**

The following additional exclusions apply to the Accounts Receivable and "Valuable Papers And Records" Coverage Extensions:

a. We will not pay for loss or damage caused by or resulting from electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

1) Programming errors or faulty machine instructions;

2) Faulty installation or maintenance of data processing equipment or component parts;

But we will pay for direct loss or damage caused by lightning.

b. Applicable to "Valuable Papers and Records" only:

We will not pay for loss or damage caused by or resulting from any errors

or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion.

c. Applicable to Accounts Receivable only:

We will not pay for:

1) Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

2) Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

3) Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

## C.  LIMITS OF INSURANCE

1. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, except as otherwise provided in this Section.

2. The limits applicable to Additional Coverages are in addition to the Limit of Insurance only if so indicated in that Section of this Coverage Form.

3. The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance.

4. **Inflation Guard - Building**

a. The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

1) The Building limit that applied on the most recent of the policy in-

ception date, the policy anniversary date, or any other policy change amending the Building limit, times

2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If: The applicable Building limit is $100,000 The annual percentage increase is 8% The number of days since the beginning of the policy year (or last Policy change) is 146.

The amount of increase is

$100,000 x .08 x (146 / 365)  = $3,200.

c. The Inflation Guard percentage for Buildings will be the percentage selected by you at the inception date or the most recent renewal date of this policy.

5. **Inflation Guard - Business Personal Property**

a. The Limit of Insurance for Business Personal Property will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy renewal date, or any other policy change amending the Limit of Insurance, times

2) The percentage of increase shown in the Declarations, expressed as a decimal (example: 2% is .02), times

3) The number of days since the beginning of the current policy year, or since the effective date of the most recent policy change amending the Business Personal Property limit, divided by 365.

PB 00 02 (01-01)

Example:

If: The applicable limit is $150,000; and

The annual percentage increase is 3%; and

The number of days since the beginning of the policy year (or last policy change) is 146;

Then the amount of increase is $150,000 x .03 x (146 / 365) = $1,800.

c.  The Inflation Guard percentage for Business Personal Property will be the average annual Index shown in the Declarations. This percentage may change at each renewal date.

In no event will the Limit of Insurance be reduced unless you specifically request us to do so.

6.  **Business Personal Property Limit - Seasonal Increase**

a.  The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

b.  This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

1)  The 12 months immediately preceding the date the loss or damage occurs; or

2)  The period of time you have been in business as of the date the loss or damage occurs.

D.  **DEDUCTIBLES**

1.  We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2.  Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under the Exterior Building Glass Additional Coverage in any one occurrence is $250.

But this $250 Deductible will not increase the Deductible shown in the Declarations. This $250 Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

3.  No deductible applies to the following Additional Coverages:

a.  Fire Department Service Charge;

b.  Fire Extinguisher Recharge;

c.  Business Income;

d.  Extra Expense;

e.  Civil Authority; and

f.  Arson Reward for Conviction.

E.  **PROPERTY LOSS CONDITIONS**

1.  **Abandonment**

There can be no abandonment of any property to us.

2.  **Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser after receiving a written request from the other, and will advise the other party of the name of such appraiser within 20 days. The two appraisers will select an umpire. If appraisers cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of property and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.  Pay its chosen appraiser; and

b.  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3.  **Duties In The Event Of Loss Or Damage**

a.  You must see that the following are done in the event of loss of or damage to Covered Property:

1)  Notify the police if a law may have been broken.

2)  Give us prompt notice of the loss or damage. Include a description of the property involved.

3)  As soon as possible, give us a description of how, when and where the loss or damage occurred.

4)  Take all reasonable steps to protect the Covered Property from further damage. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

    HOWEVER, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss.

5)  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values, amount of loss claimed and a detailed description of each item.

6)  As often as may be reasonably required, permit us to inspect the damaged property and examine your books and records, including financial records and tax returns.

    Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7)  Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

8)  Cooperate with us in the investigation or settlement of the claim.

9)  Resume all or part of your "operations" as quickly as possible.

b.  We may examine any insured or their employee under oath, while not in the presence of any other insured or employee, at such times as may be rea-

sonably required, about any matter relating to this insurance or the claim, including an insured's books and records. At our option and expense, any examination under oath may be video or audio taped as well as being recorded by stenographic record. If a written transcript is prepared of the testimony, then at our request your answers under oath must be signed under penalty of perjury.

4.  **Legal Action Against Us**

    No one may bring a legal action against us under this insurance unless:

    a.  There has been full compliance with all of the terms of this insurance; and

    b.  The action is brought within 1 year after the date on which the direct physical loss or damage occurred.

5.  **Loss Payment**

    In the event of loss or damage covered by this policy:

    a.  At our option, we will either:

        1)  Pay the value of lost or damaged property as described in e. below;

        2)  Pay the cost of repairing or replacing the lost or damaged property;

        3)  Take all or any part of the property at an agreed or appraised value; or

        4)  Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

    b.  The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

    c.  We will give notice of our intentions within 30 days after we receive the sworn proof of loss, provided you have complied with all of the conditions set forth in paragraph 3. above.

    d.  We will not pay you more than your financial interest in the Covered Property.

PB 00 02 (01-01)

e.  Except as provided in (2) through (10) below, we will determine the value of Covered Property as follows:

1)  At replacement cost without deduction for depreciation, subject to the following:

a)  If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts, subject to E.5.b. above:

i)  The Limit of Insurance under this policy that applies to the lost or damaged property;

ii)  The cost to replace, on the same premises, the lost or damaged property with other property:

i.  Of comparable material and quality; and

ii.  Used for the same purpose; or

iii)  The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

b)  If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance under this policy that applies to the property:

i)  The "actual cash value" of the lost or damaged property; or

ii)  A proportion of the cost to repair or replace the lost or damaged property,

after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

c)  You may make a claim for loss or damage covered by this insurance on an "actual cash value" basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an "actual cash value" basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

d)  We will not pay on a replacement cost basis for any loss or damage:

i)  Until the lost or damaged property is actually repaired or replaced; and

ii)  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

2)  If the "Actual Cash Value - Buildings" option applies, as shown in the Declarations, Paragraph 1) above does not apply to Buildings. Instead, we will determine the value of Buildings at "actual cash value".

3)  The following property at "actual cash value":

a)  Used or second-hand merchandise held in storage or for sale;

b)  Property of others, other than leased personal propety you have a contractual responsibility to insure, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

:P BPS 7101686319                          INSURED COPY                          74     00211

PB 00 02 (01-01)

c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

d) Manuscripts;

e) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

4) Glass at the cost of replacement with safety glazing material if required by law.

5) Tenants' Improvements and Betterments at:

a) Replacement cost if you make repairs promptly.

b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

ii) Divide the amount determined in i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

c) Nothing if others pay for repairs or replacement.

6) "Valuable papers and records", including those which exist on "electronic media or records" (other than prepackaged software programs), at the cost of:

a) Blank materials for reproducing the records; and

b) Labor to transcribe or copy the records.

This condition does not apply to "valuable papers and records" that are actually replaced or restored.

7) Applicable only to Money and Securities Additional Coverage:

a) "Money" at its face value; and

b) "Securities" at their value at the close of business on the day the loss is discovered.

8) Applicable only to Accounts Receivable:

a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

i) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

ii) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

i) The amount of the accounts for which there is no loss or damage;

ii) The amount of the accounts that you are able to re-establish or collect;

iii) An amount to allow for probable bad debts that you are normally unable to collect; and

iv) All unearned interest and service charges.

ACP BPS 7101696319                    INSURED COPY                    74    00212

9) "Stock" you have sold but not delivered at the selling price less expenses you otherwise would have had.

10) Business Income and Extra Expense:

a) We will determine the amount of a "business income" loss based on:

i) the net income of your business before the direct physical loss or damage occurred;

ii) the likely net income of your business if no physical loss or damage occurred, but not including any likely increase in net income attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

iii) the operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

iv) other relevant sources of information, including:

i. financial records and accounting procedures;

ii. bills, invoices and other vouchers; and

iii. deeds, liens and contracts.

b) We will determine the amount of "extra expense" based on:

i) all expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage occurred. The following will be deducted from the total of such expenses:

i. the remaining salvage value of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

ii. any "extra expense" that is paid for by other insurance,

ii) all necessary expenses that reduce the "business income" loss that otherwise would have been incurred.

f. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

g. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

h. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if

1) You have complied with all of the terms of this policy, and

2) a) We have reached agreement with you on the amount of loss; or

b) An appraisal award has been made.

6. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery ex-

INSURED COPY

penses and the expenses to repair the re-covered property, subject to the Limit of Insurance.

HOWEVER if, at the time of loss, the amount of loss or damage to your property ex-ceeded our Limit of Insurance and your property in excess of the Limit of Insurance was turned over to us, you retain your rights to recovery on such uninsured prop-erty. We will return to you a portion of any recovery on that property based upon the proportion of the loss in excess of our Limit of Insurance bears to the total loss.

7. **Resumption Of Operations**

We will reduce the amount of your:

a. Loss payable under Business Income Additional Coverage, other than "extra expense", to the extent you can re-sume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

b. Loss payable under Extra Expense Ad-ditional Coverage to the extent you can return "operations" to normal and dis-continue such "extra expense".

8. **Vacancy**

a. **Description Of Terms**

1) As used in this Vacancy Condition, the term building and the term va-cant have the meanings set forth in 1)a) and 1)b) below:

a) When this policy is issued to a tenant, and with respect to that tenant's interest in Cov-ered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary oper-ations.

b) When this policy is issued to the owner of a building, build-ing means the entire building. Such building is vacant when 70% or more of its total square footage:

i) Is not rented; or

ii) Is not used to conduc customary operations.

2) Buildings under construction o renovation are not considered va-cant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs, we will:

1) Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

a) Vandalism;

b) Sprinkler leakage, unless you have protected the system against freezing;

c) Building glass breakage;

d) Water damage;

e) Theft; or

f) Attempted theft.

2) Reduce by 15% the amount we would otherwise pay for the loss or damage caused by a Covered Causes of Loss not listed in 1) above.

F. **PROPERTY GENERAL CONDITIONS**

The following conditions apply in addition to the COMMON POLICY CONDITIONS.

1. **Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Cover-age Form, other than the Concealment, Misrepresentation or Fraud Common Policy Condition, at any one or more locations will not affect coverage at any locations where, at the time of loss or damage, the breach of condition did not exist.

2. **Mortgageholders**

a. The term "mortgageholder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

1) Pays any premium due under this policy at our request if you have failed to do so;

2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

3. **No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

4. **Policy Period, Coverage Territory**

Under this form:

a. We cover loss or damage commencing:

1) During the policy period shown in the Declarations; and

2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

1) The United States of America (including its territories and possessions);

2) Puerto Rico; and

3) Canada.

G. **OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These Optional Coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

1. **Employee Dishonesty Optional Coverage**

a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting

from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you, your partner or an officer of a closely held corporation) with the manifest intent to:

1) Cause you to sustain loss or damage; and also

2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

a) Any employee; or

b) Any other person or organization.

b. We will not pay for loss or damage:

1) Resulting from any dishonest or criminal act that you, any of your partners or any officer of a closely held corporation commit whether acting alone or in collusion with other persons; or

2) The only proof of which as to its existence or amount is:

a) An inventory computation; or

b) A profit and loss computation.

c. This Employee Dishonesty Optional Coverage does not apply to any employee immediately upon discovery by:

1) You; or

2) Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

d. We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

e. All loss or damage:

1) Caused by one or more persons; or

2) Involving a single act or series of related acts;

is considered one occurrence.

f. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

g. We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid and regardless that previous policies were in effect, whether issued by us, any affiliated company or any other company, this coverage shall not be cumulative from year to year or period to period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under Paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

1) This Optional Coverage as of its effective date; or

2) The prior insurance had it remained in effect.

2. **Ordinance or Law Optional Coverages**

a. **Coverage 1 - Loss to the Undamaged Portion of Building**

When the Declarations show that Ordinance or Law - Coverage 1 applies at a premises described in the Declarations and if a Covered Cause of Loss occurs to covered Building property, we will pay for the loss in value of the

PB 00 02 (01-01)

undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

1) Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

2) Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the premises where the loss occurred; and

3) Is in force at the time of loss.

This Coverage 1 of Ordinance or Law Optional Coverage is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. This portion of the Ordinance or Law Optional Coverage does not increase the Limit of Insurance.

b. **Coverage 2 - Demolition Cost and Broadened Increased Cost of Construction**

When the Declarations show that Ordinance or Law - Coverage 2 applies at a premises described in the Declarations and if a Covered Cause of Loss occurs to covered Building property.

1) We will pay the cost to demolish and remove debris of undamaged parts of the property caused by enforcement of building, zoning, or land use ordinance or law; and

2) In addition to the coverage provided for damaged portions of property under the Increased Cost of Construction Additional Coverage, we will also pay for the increased costs to reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required when the increased cost is a consequence of the enforcement of building, zoning or land use ordinance or law.

HOWEVER:

1) This Coverage 2 applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by

zoning or land use ordinance or law.

2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

Paragraph e. of 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS does not apply.

The most we will pay for the total of all covered losses under this Coverage 2 of Ordinance or Law Optional Coverage in any occurrence is the Limit of Insurance shown in the Declarations.

The $10,000 Limit of Insurance that applies to Increased Cost of Construction Additional Coverage is also increased to the Limit of Insurance shown in the Declarations.

This portion of the Ordinance or Law Optional Coverage is in addition to the Limits of Insurance.

c. **Additional Terms and Conditions of Ordinance or Law**

1) The terms of this Ordinance or Law Optional Coverage apply separately to each building to which this Optional Coverage applies.

2) With respect to this Ordinance or Law Optional Coverage, we will not pay for any costs associated with the enforcement of any ordinance, law, rule, or regulation which requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to or assess the effects of "pollutants".

3) Under this Ordinance or Law Optional Coverage, we will not pay for loss due to any ordinance or law that:

a) You were required to comply with before the loss, even if the building was undamaged; and

b) You failed to comply with.

4) Loss Payment

CP BPS 7101686319                  INSURED COPY                  74    00217

a)  When Coverage 1 applies, loss or damage to the building, including loss in value of the undamaged portion of the building due to enforcement of an ordinance or law, will be determined as follows:

i)   If the property is repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

i.   The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

ii.   The Limit of Insurance applicable to the covered Building property.

ii)   If the property is not repaired or replaced, we will not pay more than the lesser of:

i.   The "actual cash value" of the building at the time of loss; or

ii.   The Limit of Insurance applicable to the covered Building property.

b)  When Coverage 2 applies, the most we will pay, for the total of all covered losses for Demolition Cost and Broadened Increased Cost of Construction, is the Limit of Insurance for Coverage 2.

Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

i)   For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

ii)   With respect to the Broadened Increased Cost of Construction:

i.   We will not pay for the increased cost of construction until the property is actually repaired or replaced, at the same or another premises; and

ii.   Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

iii)   If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage 2 is the increased cost of construction at the same premises.

iv)   If the ordinance or law requires relocation to another premises, the most we will pay under Coverage 2 is the increased cost of construction at the new premises.

d.   This Ordinance or Law Optional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Optional Coverage.

3.   **Optional Amendment of Coverage - Exclude Theft**

When "- Excluding Theft" is stated in the Declarations after **Business Personal Property** coverage, then under:

ACP BPS 7101686319

INSURED COPY

a. Paragraph 3. of Section B. EXCLU-
SIONS, the following exclusion is
added:

**Theft:** Theft or attempted theft result-
ing in loss of or damage to Business
Personal Property.

b. The Money and Securities Additional
Coverage, paragraph 1)a) is deleted.

## H. PROPERTY DEFINITIONS

The terms "you", "your", "we", "us", "our" and
"insured" are defined in the Preamble of this
Coverage Form. The following words or
phrases, which appear in quotation marks
throughout this Coverage Form and any of its
endorsements, are defined as follows:

1. "Accident" means direct physical loss as
follows:

   a. Mechanical breakdown, including rup-
   ture or bursting caused by centrifugal
   force;

   b. Artificially generated electrical current,
   including electric arcing, that disturbs
   electrical devices, appliances or wires;

   c. Explosion of steam boilers, steam
   pipes, steam engines or steam tur-
   bines owned or leased by you, or op-
   erated under your control;

   d. Loss of or damage to steam boilers,
   steam pipes, steam engines or steam
   turbines caused by or resulting from
   any condition or event inside such
   equipment; or

   e. Loss or damage to hot water boilers
   or other water heating equipment
   caused by or resulting from any condi-
   tion or event inside such boilers or
   equipment.

2. "Actual Cash Value" means the cost to re-
pair or replace Covered Property, at the
time of loss or damage, whether that prop-
erty has sustained partial or total loss or
damage, with material of like kind and
quality, subject to a deduction for deteri-
oration, depreciation and obsolescence.

3. "Business Income" means the:

   a. Net Income (Net Profit or Loss before
   income taxes) that would have been
   earned or incurred if no physical loss
   or damage had occurred, but not in-
   cluding any Net Income that would

likely have been earned as a result of
an increase in the volume of business
due to favorable business conditions
caused by the impact of the Covered
Cause of Loss on customers or on
other businesses; plus

   b. Necessary continuing normal operat-
   ing expenses incurred, while "oper-
   ations" are suspended, including
   payroll.

4. "Computer equipment" means Covered
Property that is electronic computer or
other data processing equipment, including
peripherals used in conjunction with such
equipment, and "electronic media and re-
cords".

5. "Covered equipment" means Covered
Property built to operate under vacuum or
pressure, other than weight of contents, or
used for the generation, transmission or
utilization of energy.

   None of the following is "covered equip-
   ment":

   a. Structure, foundation, cabinet, com-
   partment or air supported structure or
   building;

   b. Insulating or refractory material;

   c. Sewer piping, underground vessels or
   piping, piping forming a part of a
   sprinkler system or water piping other
   than boiler feedwater piping, boiler
   condensate return piping or water pip-
   ing forming a part of a refrigerating or
   air conditioning system;

   d. Dragline, excavation or construction
   equipment; or

   e. Equipment manufactured by you for
   sale.

   f. Vehicle, aircraft or floating vessel or
   any equipment mounted on such vehi-
   cle, aircraft or floating vessel. How-
   ever, any property that is stationary,
   permanently installed at a covered lo-
   cation and that receives electrical
   power from an external power supplier
   will not be considered a vehicle, air-
   craft or floating vessel.

6. "Dependent property" means property
owned or operated by others, not including
any described premises, on whom you de-
pend on to:

CP BPS 7101686319                    INSURED COPY                    74    00219

a. Deliver materials or services to you, or to others for your account. Services does not include water, steam, fuel, communication, or power supply services.

b. Purchase your products or services.

c. Manufacture products for delivery to your customers under contract of sale.

d. Attract customers to your business. But this does not include firms in the business of promoting or advertising your business.

7. **"Electronic Media and Records"** means:

a. Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

b. Data stored on such media; or

c. Programming records used for electronic data processing or electronically controlled equipment.

8. **"Extra Expense"** means expense incurred:

a. To avoid or minimize the suspension of business and to continue "operations":

1) At the described premises; or

2) At replacement premises or at temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.

b. To minimize the suspension of business if you cannot continue "operations".

c. (1) To repair or replace any property; or

(2) To research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under the Extra Expense Additional Coverage or the Business Income Additional Coverage.

9. **"Hazardous substance"** means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

10. **"Money"** means:

a. Currency, coins and bank notes whether or not in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

11. **"Operations"** mean your business activities occurring at the described premises.

12. **"Ordinary payroll expenses"** mean payroll expenses for all your employees except:

a. Officers;

b. Executives;

c. Department Managers;

d. Employees under contract; and

e. Additional Exemptions shown in the Declarations as:

1) Job Classifications; or

2) Employees.

Ordinary payroll expenses include:

a. Payroll;

b. Employee benefits, if directly related to payroll;

c. FICA payments you pay;

d. Union dues you pay; and

e. Workers' compensation premiums.

13. **"Period of restoration"** means:

a. For other than the Dependent Properties Additional Coverage and Business Income and Extra Expense - Increased Period of Restoration Due to Ordinance or Law Additional Coverage:

1) The period of time that:

a) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

b) Ends on the earlier of:

i) The date when the property at the described premises should be re-

PB 00 02 (01-01)

paired, rebuilt or re-placed with reasonable speed and similar quality; or

   ii)  The date when business is resumed at a new per-manent location.

2)  "Period of restoration" does not include any increased period re-quired due to the enforcement of any ordinance or law that:

   a)  Regulates the construction, use or repair, or requires the tearing down of any property; or

   b)  Requires any insured or oth-ers to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

3)  The expiration date of this policy will not cut short the "period of restoration".

b.  For Business Income and Extra Ex-pense - Increased Period of Restora-tion Due to Ordinance or Law Additional Coverage:

1)  The period of time that:

   a)  Begins:

      i)  At the time of direct physical loss or damage for Business Income Ad-ditional Coverage:

      ii)  or Immediately after the time of direct physical loss or damage for Extra Expense Additional Cov-erage:

      Caused by or resulting from any Covered Cause of Loss at the described premises; and

   b)  Ends on the earlier of:

      i)  The date when the prop-erty at the described premises should be re-paired, rebuilt or re-placed with reasonable speed and similar quality; or

      ii)  The date when business is resumed at a new per-manent location.

2)  "Period of restoration" includes any increased period required to repair or reconstruct the property to conform with the minimum standards or any ordinance or law, in force at the time of loss, that regulates the construction or re-pair, or requires the tearing down of any property.

3)  The expiration date of this policy will not cut short the "period of restoration".

c.  For Dependent Properties Additional Coverage:

1)  The period of time that:

   a)  Begins:

      i)  24 hours after the time of direct physical loss or damage for Business In-come Additional Cover-age; or

      ii)  Immediately after the time of direct physical loss or damage for Extra Expense;

      Caused by or resulting from any Covered Cause of Loss at the premises of the "de-pendent property"; and

   b)  Ends on the earlier of:

      i)  The date when the prop-erty at the premises of the "dependent property" should be repaired, re-built or replaced with reasonable speed and similar quality; or

      ii)  The date when your busi-ness is resumed at a permanent new location.

2)  "Period of restoration" does not include any increased period re-quired due to the enforcement of any ordinance or law that:

   a)  Regulates the construction, use or repair, or requires the

tearing down of any property; or

b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

3) The expiration date of this policy will not cut short the "period of restoration".

14. **"Perishable goods"** mean personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

15. **"Pollutants"** mean any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their derivatives, chemicals and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your business, operations, premises, sites or locations.

Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

16. **"Securities"** mean negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) whether or not in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

It does not include "money" or lottery tickets held for sale.

17. **"Specified Causes of Loss"** means the following:

Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

1) The cost of filling sinkholes; or

2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss of or damage to:

1) Personal property in the open; or

2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

HOWEVER, damage from constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from any part of a system or appliance containing water or steam is not water damage.

18. **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

19. **"Valuable papers and records"** mean inscribed, printed, or written:

a. Documents;

b. Manuscripts; and

c. Records;

INSURED COPY

PB 00 02 (01-01)

including abstracts, books, deeds, drawings, films, maps or mortgages.

HOWEVER, "valuable papers and records" does not mean:

d.   "Money" or "Securities";

e.   Converted Data;

f.   Programs or instructions used in your data processing operations, including the materials on which the data is recorded.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1999

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

# PREMIER BUSINESSOWNERS
# LIABILITY COVERAGE FORM

## TABLE OF CONTENTS

I.   COVERAGES ........................................................................................................ 2
     COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY .................................... 2
          INSURING AGREEMENT ............................................................................... 2
          EXCLUSIONS ............................................................................................. 3
          TENANTS PROPERTY DAMAGE LEGAL LIABILITY ....................................... 9
     COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY ........................... 10
          INSURING AGREEMENT ............................................................................. 10
          EXCLUSIONS ........................................................................................... 10
     COVERAGE C - MEDICAL PAYMENTS ............................................................... 13
          INSURING AGREEMENT ............................................................................. 13
          EXCLUSIONS ........................................................................................... 13
     SUPPLEMENTARY PAYMENTS - COVERAGES A AND B .................................... 13
II.  WHO IS AN INSURED .................................................................................... 15
     Automatic Additional Insureds ..................................................................... 16
          Co-Owners of Insured Premises ............................................................ 16
          Controlling Interest .............................................................................. 16
          Grantor of Franchise or License ........................................................... 16
          Lessors of Leased Equipment ............................................................... 16
          Managers or Lessors of Leased Premises ............................................. 17
          Mortgagee, Assignee or Receiver ......................................................... 17
          Owners or Other Interest from Whom Land has been Leased .............. 17
          State or Political Subdivisions - Permits Relating to Premises ............. 17
III. LIMITS OF INSURANCE AND DEDUCTIBLE ..................................................... 18
     General Aggregate Limit of Insurance (Other than Products-Completed Operations) ............. 18
     Products-Completed Operations Aggregate Limit of Insurance ............................................ 18
     Personal and Advertising Injury Limit of Insurance ............................................................ 18
     Each Occurrence Limit of Insurance .................................................................................. 18
     Tenants Property Damage Legal Liability Limit of Insurance .............................................. 18
     Medical Payments Limit of Insurance ................................................................................ 18
     Property Damage Deductible ............................................................................................. 18
IV.  LIABILITY CONDITIONS ................................................................................... 19
     Bankruptcy ....................................................................................................................... 19
     Duties in the Event of Occurrence, Offense, Claim or Suit ................................................. 19
     Financial Responsibility Laws ............................................................................................ 20
     Legal Action Against Us .................................................................................................... 20
     Separation of Insureds ...................................................................................................... 20
V.   DEFINITIONS .................................................................................................... 21

PB 00 06 (01-01)

# PREMIER BUSINESSOWNERS
# LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations,, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance. The word "insured" means any person or organization qualifying as such under Section II. WHO IS AN INSURED. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section V. DEFINITIONS.

## I.  COVERAGES

## A.  COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1.  INSURING AGREEMENT

a.  We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

We may, at our sole discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

b.  This insurance applies to "bodily injury" and "property damage" only if:

1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

2) The "bodily injury" or "property damage" occurs during the policy period; and

3) Prior to the policy period, no insured listed under Paragraph 1. of Section II. WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d.  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized

P BPS 7101686319                          INSURED COPY                          74    00225

by you to give or receive notice of an "occurrence" or claim:

1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer.

2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **EXCLUSIONS**

This insurance, including any duty we have to defend "suits", does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by the insured.

This exclusion applies even if the resulting "bodily injury" or "property damage":

1) Is of a different kind, quality or degree than initially expected or intended; or

2) Is sustained by a different person, entity, real property, or personal property than that initially expected or intended.

HOWEVER, this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

1) That the insured would have in th absence of the contract or agree ment; or

2) Assumed in a contract or agree ment that is an "insured contract" provided the "bodily injury" c "property damage" occurs subse quent to the execution of the con tract or agreement. Solely for th purposes of liability assumed in a "insured contract", reasonable at torney fees and necessary liti gation expenses incurred by or fo a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

a) Liability to such party for, o for the cost of, that party's defense has also been as sumed in the same "insured contract"; and

b) Such attorney fees and liti gation expenses are for de fense of that party against a civil or alternative dispute re solution proceeding in which damages to which this insur ance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

1) Causing or contributing to the intoxication of any person;

2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

1) Manufacture, sell or distribute alcoholic beverages;

2) Serve or furnish alcoholic beverages for a charge whether or not such activity:

a) Requires a license; or

ACP BPS 7101686319

INSURED COPY

b)  Is for the purpose of financial gain or livelihood; or

3)  Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

d.  **Laws**

Any liability or legal obligation of any insured with respect to "bodily injury" or "property damage" arising out of any of the following:

1)  Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, religion or religious belief, age, economic status, income, medical condition, pregnancy, parenthood or mental or physical disability;

2)  Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

3)  The Migrant and Seasonal Agricultural Worker Protection Act;

4)  Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

5)  The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

6)  Any other similar statutes, ordinances, orders, directives or regulations.

e.  **Employer's Liability**

"Bodily injury" to:

1)  An "employee" of the insured arising out of and in the course of:

a)  Employment by the insured; or

b)  Performing duties related to the conduct of the insured's business; or

2)  The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph 1) above.

This exclusion applies:

1)  Whether the insured may be liable as an employer or in any other capacity; and

2)  To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f.  **Pollution**

1)  "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a)  At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

HOWEVER, this subparagraph does not apply to:

i)  "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

ii)  "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is

P BPS 7101696319

INSURED COPY

not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.

HOWEVER, this subparagraph does not apply to:

i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional dis-

charge, dispersal or release of the fuels lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

2) Any loss, cost or expense arising out of any:

a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

b) Claim or "suit" by or on behalf of a governmental authority for damages because of test-

ACP BPS 7101686319

INSURED COPY

ing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

HOWEVER, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

HOWEVER, this exclusion does not apply to:

1) A watercraft while ashore on premises you own or rent;

2) A watercraft you do not own that is:

   a) Less than 26 feet long; and

   b) Not being used to carry persons or property for a charge;

3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.2) or f.3) of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. **Damage To Property**

"Property damage" to:

1) Property you own, rent, or occupy;

2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

3) Property loaned to you;

4) Personal property in the care, custody or control of the insured;

5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Other than damage by the Covered Causes of Loss provided under Tenants Property Damage Legal Liability, paragraph 1), 3) and 4) of this exclusion do not apply to "property damage" to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A

INSURED COPY

PB 00 06 (01-01

separate limit of insurance applies to Damage To Premises Rented To You as described in Section III. LIMITS OF INSURANCE.

Paragraph 2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs 3), 4), 5) and 6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph 6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product", arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

HOWEVER, this exclusion does not apply if the damaged work, or the work out of which the damage arises, was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaire Property**

Damages claimed for any loss, cost o expense incurred by you or others fo the loss of use, withdrawal, recall, in spection, repair, replacement, adjust ment, removal or disposal of:

1) "Your product";

2) "Your work"; or

3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

p. **Bodily Injury To Any Insured** "Bodily injury" to:

1) Any insured; or

2) Any insured whenever the ultimate benefits of any indemnification will accrue directly or indirectly to any insured or the heirs of any insured.

q. **Damage To Named Insured's Property**

Any claim or "suit" for "property damage" by you or on your behalf against any other person or organization that is also a Named Insured under this policy.

r. **Abuse or Molestation**

"Bodily injury" or "property damage" arising out of:

1) The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

2) The negligent:

a) Employment;

b) Investigation;

c) Supervision;

ACP BPS 7101686319                    INSURED COPY

d) Reporting to the proper authorities, or failure to so report; or

e) Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph 1) above.

s. **Asbestos, Electromagnetic Emissions, Lead or Radon**

"Bodily injury" or "property damage" arising out of:

1) Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

2) Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of electromagnetic emissions or radiation or any other duty involving electromagnetic emissions or radiation;

3) Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

4) Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other

radioactive emissions or any other duty involving radon or other radioactive emissions.

t. **Employment Practices**

"Bodily injury" to:

1) A person arising out of any:

a) Refusal to employ that person;

b) Termination of that person's employment; or

c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs a), b), or c) above is directed.

This exclusion applies:

1) Whether the insured may be liable as an employer or in any other capacity; and

2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

u. **Fiduciary Responsibility**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use, including all related operations, of property in relation to which you or any insured is acting in any fiduciary or representative capacity.

v. **Professional Services**

"Bodily injury" or "property damage" that arises out of or is a result of the rendering of, or failure to render, any professional service, treatment, advice or instruction. This exclusion includes, but is not limited to, any:

INSURED COPY

1)  Legal, accounting, insurance, real estate, financial, advertising or consulting service, advice or instruction;

2)  Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

3)  Supervisory, inspection, engineering, or architectural service, advice or instruction;

4)  Medical, surgical, psychiatric, chiropractic, chiropody, physiotherapy, osteopathy, acupuncture, dental, x-ray, nursing or any other health service, treatment, advice or instruction;

5)  Any psychological therapy or any other counseling or mental health service, treatment, advice or instruction;

6)  Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming, including but not limited to cosmetology, tonsorial, tattooing, tanning or massage;

7)  Optometry or optical or hearing aid service, treatment, advice or instruction, including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

8)  Ear or other body piercing servic treatment, advice or instructio or

9)  Service, treatment, advice or in struction in the practice of phar macy.

w.  **Testing, Evaluating or Consulting**

"Bodily injury" or "property damage arising out of:

1)  An error, omission, defect or defi ciency:

   a)  In any test performed, or any evaluation, consultation o advice given by or on behal of you or any insured; or

   b)  In experimental data or the insured's interpretation of that data.

2)  The reporting of or reliance upon any such test, evaluation, consul tation or advice.

3.  **TENANTS PROPERTY DAMAGE LEGAL LI-ABILITY**

   **Certain Exclusions Not Applicable**

   Exclusions c. through n., p., q., r., t., u., v. and w. do not apply to "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, if such "property damage" arises out of a Covered Cause Of Loss provided under the BUSINESSOWNERS PROPERTY COVERAGE FORM. A separate limit of insurance, called Tenants Property Damage Legal Liability Limit, applies to this coverage as described in Section III. LIMITS OF INSURANCE.

ACP BPS 7101686319

INSURED COPY

B. **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

1. **INSURING AGREEMENT**

   a. We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

   HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply.

   We may, at our sole discretion, investigate any offense and settle any claim or "suit" that may result. But:

   1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

   2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **EXCLUSIONS**

   This insurance, including any duty we have to defend "suits", does not apply to:

   a. "Personal and advertising injury":

   1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

   2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

   3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

   4) Arising out of a criminal act committed by or at the direction of any insured;

   5) For which the insured has assumed liability in a contract or agreement.

   HOWEVER, this exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

   6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

   7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

   8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

   9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

   HOWEVER, this exclusion does not apply to Paragraphs a., b. and c. of the definition of "personal and advertising injury" under Section V. DEFINITIONS;

   10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

   11) Any liability or legal obligation of any insured arising out of any of the following:

BPS 7101686319        INSURED COPY

B. **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

1. **INSURING AGREEMENT**

   a. We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

      HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply.

      We may, at our sole discretion, investigate any offense and settle any claim or "suit" that may result. But:

      1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

      2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **EXCLUSIONS**

   This insurance, including any duty we have to defend "suits", does not apply to:

   a. "Personal and advertising injury":

      1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

      2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

      4) Arising out of a criminal act committed by or at the direction of any insured;

      5) For which the insured has assumed liability in a contract or agreement.

         HOWEVER, this exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

      6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

      7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

      8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

      9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

         HOWEVER, this exclusion does not apply to Paragraphs a., b. and c. of the definition of "personal and advertising injury" under Section V. DEFINITIONS;

      10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

      11) Any liability or legal obligation of any insured arising out of any of the following:

PB 00 06 (01-0

a) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, parenthood, religion or religious belief, age, economic status, income, medical condition, pregnancy, or mental or physical disability;

b) Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

c) The Migrant and Seasonal Agricultural Worker Protection Act;

d) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

e) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

f) Any other similar statutes, ordinances, orders, directives or regulations;

12) Arising out of:

a) The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

b) The negligent:

   i) Employment;

   ii) Investigation;

   iii) Supervision;

   iv) Reporting to the proper authorities, or failure to so report; or

   v) Retention;

of a person for whom any in sured is or ever was legall responsible and whose con duct would be excluded b Paragraph a) above;

13) To:

a) A person arising out of any:

   i) Refusal to employ tha person;

   ii) Termination of that person's employment; or

   iii) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

b) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs i), ii), or iii) above is directed.

This exclusion applies:

a) Whether the insured may be liable as an employer or in any other capacity; and

b) To any obligation to share damages with or repay someone else who must pay damages because of the injury;

14) Arising out of:

a) Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

b) Electromagnetic emissions or radiation including but not

PB 00 06 (01-01)

ACP BPS 7101686319    INSURED COPY    74    00234

limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of electromagnetic emissions or radiation or any other duty involving electromagnetic emissions or radiation;

c) Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

d) Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other radioactive emissions or any other duty involving radon or other radioactive emissions;

15) That arises out of the ownership, maintenance or use, including all related operations, of property in relation to which you or any insured is acting in any fiduciary or representative capacity;

16) That arises out of or is a result of the rendering of, or failure to render, any professional service, treatment, advice or instruction. This exclusion includes, but is not limited to any:

a) Legal, accounting, insurance, real estate, financial, advertising or consulting service, advice or instruction;

b) Preparing, approving, or failing to prepare or approve

maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

c) Supervisory, inspection, engineering, or architectural service, advice or instruction;

d) Medical, surgical, psychiatric, chiropractic, chiropody, physiotherapy, osteopathy, acupuncture, dental, x-ray, nursing or any other health service, treatment, advice or instruction;

e) Any psychological therapy or any other counseling or mental health service, treatment, advice or instruction;

f) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming, including but not limited to cosmetology, tonsorial, tattooing, tanning or massage.

g) Optometry or optical or hearing aid service, treatment, advice or instruction, including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

h) Ear or other body piercing service, treatment, advice or instruction; or

i) Service, treatment, advice or instruction in the practice of pharmacy; or

17) Arising out of:

a) An error, omission, defect or deficiency:

i) In any test performed, or any evaluation, consultation or advice given by or on behalf of you or any insured; or

ii) In experimental data or the insured's interpretation of that data.

INSURED COPY

b)  The reporting of or reliance upon any such test, evaluation, consultation or advice.

b.  Any loss, cost or expense arising out of any:

1)  Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2)  Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any responding to, or assessing the effects of, "pollutants".

## C.  COVERAGE C - MEDICAL PAYMENTS

1.  **INSURING AGREEMENT**

a.  We will pay medical expenses as described below for "bodily injury" caused by an accident:

1)  On premises you own or rent;

2)  On ways next to premises you own or rent; or

3)  Because of your operations;

provided that:

1)  The accident takes place in the "coverage territory" and during the policy period;

2)  The expenses are incurred and reported to us within one year of the date of the accident; and

3)  The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b.  We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

1)  First aid administered at the time of an accident;

2)  Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

3)  Necessary ambulance, hospital, professional nursing and funeral services.

2.  **EXCLUSIONS**

We will not pay expenses for "bodily injury":

a.  To any insured.

b.  To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c.  To a person injured on that part of premises you own or rent that the person normally occupies.

d.  To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e.  To a person injured while taking part in athletics.

f.  Included within the "products-completed operations hazard".

g.  Excluded under COVERAGE A.

h.  Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## D.  SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1.  We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a.  All expenses we incur.

b.  Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c.  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

ACP BPS 7101686319                    INSURED COPY

PB 00 06 (01-01)

d.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e.  All costs taxed against the insured in the "suit".

f.  Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a.  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b.  This insurance applies to such liability assumed by the insured;

c.  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d.  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.  The indemnitee:

1)  Agrees in writing to:

a)  Cooperate with us in the investigation, settlement or defense of the "suit";

b)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

c)  Notify any other insurer whose coverage is available to the indemnitee; and

d)  Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

2)  Provides us with written authorization to:

a)  Obtain records and other information related to the "suit"; and

b)  Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.2) of Section I. COVERAGE, A. COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a.  We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b.  The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

P BPS 7101686319          INSURED COPY          74    00237

## II. WHO IS AN INSURED

1. If you are:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. A trust, you are an insured. Your trustee or co-trustees are also insureds, but only with respect to their duties as a trustee in connection with your property, operations and activities.

   e. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

   HOWEVER, none of these "employees" is an insured for:

   1) "Bodily injury" or "personal and advertising injury":

      a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

      b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph 1)a) above;

      c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs 1)a) or b) above; or

      d) Arising out of his or her providing or failing to provide professional health care services.

   2) "Property damage" to property:

      a) Owned, occupied or used by; or

      b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by,

      you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

   1) With respect to liability arising out of the maintenance or use of that property; and

   2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the

ACP BPS 7101686319          INSURED COPY

conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability.

HOWEVER, no person or organization is an insured with respect to:

a.  "Bodily injury" to a co-"employee" of the person driving the equipment; or

b.  "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4.  Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization.

HOWEVER:

a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b.  COVERAGE A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c.  COVERAGE B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

5.  No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

6.  **Automatic Additional Insureds**

Any of the following persons or organizations are automatically insureds when you and such person or organization have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy providing general liability coverage.

a.  **Co-Owners of Insured Premises**

Any person or organization with whom you co-own a premises insured under this policy is an additional insured, but only with respect to their liability as the co-owner of such premises.

HOWEVER, their status as additional insured under this policy ends when you cease to co-own such premises with that person or organization.

b.  **Controlling Interest**

Any person or organization that has a controlling interest in you is an additional insured, but only with respect to liability arising out of:

1)  Their financial control of you; or

2)  Their ownership, maintenance or control of premises you lease or occupy;

subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when they cease to have such controlling interest in you.

c.  **Grantor of Franchise or License**

Any person or organization that has granted you a franchise or license by written contract or agreement is an additional insured, but only with respect to their liability as the grantor of a franchise or license to you.

HOWEVER, their status as additional insured under this policy ends when their contract or agreement with you granting the franchise or license ends.

d.  **Lessors of Leased Equipment**

Any person or organization from whom you lease equipment by written contract or agreement is an additional insured, but only with respect to their liability arising out of the maintenance,

operation or use by you of the equipment leased to you by that person or organization, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to "bodily injury" or "property damage" arising out of, in whole or in part, or results from, in whole of in part, the active negligence of such person or organization.

HOWEVER, their status as additional insured under this policy ends when their contract or agreement with you for such leased equipment ends.

e.  **Managers or Lessors of Leased Premises**

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your use of that part of the premises leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to be a tenant of such premises.

f.  **Mortgagee, Assignee or Receiver**

Any person or organization who has status as mortgagee, assignee or receiver of your property is an additional insured, but only with respect to their liability as mortgagee, assignee or receiver arising out of your ownership, maintenance, or use of such premises, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when their status as mortgagee, assignee or receiver ends.

g.  **Owners or Other Interest from Whom Land has been Leased**

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your maintenance or use of that part of the land leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to lease that land.

h.  **State or Political Subdivisions - Permits Relating to Premises**

Any state or political subdivision which has issued a permit in connection with premises insured by this policy which you own, rent, or control is an additional insured, but only with respect to the following hazards:

1)  The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistaway openings, sidewalk vaults, street banners, or decoration and similar exposures;

2)  The construction, erection, or removal of elevators; or

3)  The ownership, maintenance, or use of any elevators covered by this insurance.

HOWEVER, such state or political subdivision's status as additional insured under this policy ends when the permit ends.

III.  **LIMITS OF INSURANCE AND DEDUCTIBLE**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or "suits" brought; or

    c.  Persons or organizations making claims or bringing "suits".

2.  **General Aggregate Limit of Insurance** (Other than Products-Completed Operations)

    The General Aggregate Limit is the most we will pay for the sum of:

    a.  Medical expenses under COVERAGE C;

    b.  Damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c.  Damages under COVERAGE B.

    The General Aggregate Limit applies separately to each of your described premises. For the purposes of this provision, premises means involving the same or connecting lots, or premises whose connection is interrupted only by a public street, roadway or waterway, or railroad right-of-way.

3.  **Products-Completed Operations Aggregate Limit of Insurance**

    The Products-Completed Operations Aggregate Limit is the most we will pay under COVERAGE A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4.  **Personal and Advertising Injury Limit of Insurance**

    Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under COVERAGE B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5.  **Each Occurrence Limit of Insurance**

    Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a.  Damages under COVERAGE A; and

    b.  Medical expenses under COVERAGE C

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6.  **Tenants Property Damage Legal Liability Limit of Insurance**

    Subject to 5. above, the Tenants Property Damage Legal Liability Limit is the most we will pay under COVERAGE A for damages because of all "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one "occurrence".

7.  **Medical Payments Limit of Insurance**

    Subject to 5. above, the Medical Payments Limit is the most we will pay under COVERAGE C for all medical expenses because of "bodily injury" sustained by any one person.

8.  The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

9.  **Property Damage Deductible**

    If a deductible amount is shown in the Liability Declarations, the following provisions apply:

    a.  If a deductible amount for Property Damage is shown in the Liability Declarations, any obligation by us under this policy to pay sums on your behalf because of "property damage", applies only to sums in excess of the deductible amount shown in the Declarations for any one "occurrence".

**00 06 (01-01)**

PB 00 06 (01-01)

b. If a deductible amount for Car Wash Property Damage is shown in the Liability Declarations, any obligation by us under this policy to pay sums on your behalf because of "property damage", applies only to sums in excess of the deductible amount shown in the Declarations for any one "claim".

c. If we pay all or any part of a deductible to settle any claim or "suit", upon notification of such payment by us, you shall promptly reimburse us for the amount of the deductible that has been paid by us.

IV. **LIABILITY CONDITIONS**

The following conditions apply in addition to the COMMON POLICY CONDITIONS.

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You and any insured must see to it that we are notified as soon as practicable of an "occurrence" or an offense that may result in a claim. To the extent possible, notice should include:

1) How, when and where the "occurrence" or offense took place;

2) The names and addresses of any injured persons and witnesses; and

3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

1) Immediately record the specifics of the claim or "suit" and the date received; and

2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

2) Authorize us to obtain records and other information;

3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit";

4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to

which this insurance may also apply; and

5) Agree to be examined under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim or "suit". At our option and expense, any examination under oath may be video or audio taped as well as being recorded by stenographic record. In the event of an examination, an insured's answers must be signed.

d. No insured will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Financial Responsibility Laws**

a. When this policy is certified as proof of financial responsibility for the future under the provision of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by law.

b. With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

4. **Legal Action Against Us**

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

5. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

P BPS 7101686319

INSURED COPY

## V.  DEFINITIONS

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

1. "**Advertisement**" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2. "**Auto**" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment.  But "auto" does not include "mobile equipment".

3. "**Bodily injury**" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "**Coverage territory**" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      1) The injury or damage arises out of:

         a) Goods or products made or sold by you in the territory described in a. above; or

         b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

      2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "**Employee**" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "**Executive officer**" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "**Hostile fire**" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "**Impaired property**" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "**Insured contract**" means:

   a. A contract for a lease of premises.

      HOWEVER, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury"

ACP BPS 7101686319

INSURED COPY

or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in 2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, forklifts, farm machinery, farm implements and other vehicles designed for use or used principally off public roads. This includes motorized golf carts, snowmobiles, and other land vehicles designed for recreational use;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles, other than snowmobiles, that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      1) Power cranes, shovels, loaders, diggers or drills; or

      2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in paragraphs a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in paragraphs a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   HOWEVER, self-propelled vehicles with the following types of permanently attached equipment are not "mobile

P BPS 7101686319          INSURED COPY          74     00245

equipment" but will be considered "autos":

1) Equipment designed primarily for:

   a) Snow removal;

   b) Road maintenance, but not construction or resurfacing; or

   c) Street cleaning;

2) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; and

3) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. **"Personal and advertising injury"** means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their derivatives, chemicals and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your business, operations, premises, sites or locations.

Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

     1) Products that are still in your physical possession; or

     2) Work that has not yet been completed or abandoned.

     HOWEVER, "your work" will be deemed completed at the earliest of the following times:

     a) When all of the work called for in your contract has been completed.

     b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

     c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

     Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

     HOWEVER, the "bodily injury" or "property damage" must occur away from premises you own or rent unless your business includes the selling, handling or distribution of "your prod-

ACP BPS 7101686319

INSURED COPY

uct" for consumption on premises you own or rent.

b. Does not include "bodily injury" or "property damage" arising out of:

1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

2) The existence of tools, uninstalled equipment or abandoned or unused materials.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

1) You;

2) Others trading under your name; or

3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1997

★★★★★★★★    **IMPORTANT INSURANCE INFORMATION**    ★★★★★★★★

**IMPORTANT NOTICE - ILLINOIS MINE SUBSIDENCE**

Dear Policyholder:

The Illinois Insurance Code requires that we include Mine Subsidence Insurance Coverage on your policy.  **This coverage applies to those structures for which a premium charge is shown and coverage is indicated in the Declarations for Mine Subsidence coverage.**

**You have the right to elect not to purchase this coverage.**  If you do not wish to have the Subsidence Coverage, you must sign and date the Mine Subsidence Waiver below and return one copy to us.

Nationwide Mutual Insurance Co.
AMCO Insurance Co.

---

MINE SUBSIDENCE WAIVER

I (we) do not desire mine subsidence insurance coverage and hereby waive any right to such coverage, under this policy or any future policy covering my (our) interest in the property identified above, unless I (we) request mine subsidence in writing, at some future date.

_____

_____
Signature

Signed _____, 20____.
      (date)

IN 7058 (04-98)

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

INTERLINE
LI 00 21 (01-01)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION
## (BROAD FORM)

All Coverage Parts included in this policy that provide Liability Coverage are subject to the following exclusion.

A. This insurance does not apply:

　1. Under any Liability Coverage, to "bodily injury" or "property damage":

　　a. With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

　　b. Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

　　　1) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

　　　2) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

　2. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

　3. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

　　a. The "nuclear material":

　　　1) Is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured"; or

　　　2) Has been discharged or dispersed therefrom;

　　b. The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

　　c. The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion c. applies only to "property damage" to such "nuclear facility" and any property thereat.

B. As used in this endorsement:

　1. "Hazardous properties" includes radioactive, toxic or explosive properties.

　2. "Nuclear material" means "source material", "special nuclear material" or "byproduct material".

　3. "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

　4. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

　5. "Waste" means any waste material:

　　a. Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of

ACP BPS 7101686319　　　　　　INSURED COPY　　　　　　74　00249

uranium or thorium from any ore processed primarily for its "source material" content; and

b. Resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

6. **"Nuclear facility"** means:

a. Any "nuclear reactor";

b. Any equipment or device designed or used for:

1) Separating the isotopes of uranium or plutonium;

2) Processing or utilizing "spent fuel"; or

3) Handling, processing or packaging "waste";

c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

7. **"Nuclear reactor"** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

8. **"Property damage"** includes all forms of radioactive contamination of property.

---

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNERS
PB 00 09 (01-01)

# PREMIER BUSINESSOWNERS
# COMMON POLICY CONDITIONS

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

All coverages of this policy are subject to the following conditions.

A. **CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. Five (5) days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

      1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         a) Seasonal unoccupancy; or

         b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied under this provision.

      2) After damage by a covered cause of loss, permanent repairs to the building:

         a) Have not started, and

         b) Have not been contracted for,

         within 30 days of initial payment of loss.

      3) The building has:

         a) An outstanding order to vacate;

         b) An outstanding demolition order; or

      c) Been declared unsafe by governmental authority.

      4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      5) Failure to:

         a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. Thirty (30) days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro

ACP BPS 7101686319                    INSURED COPY                    74    00251

PB 00 09 (01-01)

rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. **CHANGES**

1. This policy contains all the agreements between you and us concerning the insurance afforded.

2. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent.

3. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. **CONCEALMENT, MISREPRESENTATION OR FRAUD**

1. This policy is void in its entirety in any case of fraud, at any time, by you or your representative as it relates to this policy.

2. This policy is also void if you, your authorized representative or any other insured, at any time, conceal or misrepresent any material fact, or violate any material warranty, concerning:

   a. This policy, including your application for this policy;

   b. The Covered Property;

   c. Your interest in the Covered Property; or

   d. A claim under this policy.

3. We also have the right to rescind this policy based upon any other grounds provided by law.

). **EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy or to any claim arising under this policy at any time during the policy period and up to three years afterward.

. **INSPECTIONS AND SURVEYS**

1. We have the right but are not obligated to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

F. **INSURANCE UNDER TWO OR MORE COVERAGES OF THIS POLICY**

If two or more of this policy's coverages apply to the same injury, loss or damage, we will not pay more than the actual amount of the injury, loss or damage, up to the highest applicable Limit of Insurance under any one coverage.

G. **LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

H. **OTHER INSURANCE**

1. Under any property coverage provided by this policy, if there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

2. Under any liability coverage provided by this policy,

   a. If, for injury or loss we cover, there is other valid and collectible insurance available to any insured under another policy:

      1) Issued by another insurer, or if there is self insurance or similar

:P BPS 7101686319    INSURED COPY    74    00252

risk retention that applies to a loss covered by this policy, then this insurance provided by us shall be excess over such other insurance; or

2) Issued by us that applies to a loss covered by this policy, then only the highest applicable Limit of Insurance shall apply to such loss. This condition does not apply to any policy issued by us which is designed to provide Excess or Umbrella liability insurance.

b. This insurance, if applicable, is also excess, whether that other insurance is primary, excess, contingent or provided on any other basis:

1) Over any applicable property insurance or other insurance that insures for direct physical loss or damage;

2) Over any valid and collectible insurance available to you as an additional insured under a policy issued to a tenant renting or leasing land or premises from you; or

3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. under Section I. COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY of the Premier Businessowners Liability Coverage Form.

c. When this insurance is excess, we will have no duty under the liability coverage provided by this policy to defend any insured against any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to any insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this policy.

d. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

I. **PREMIUMS**

1. The first Named Insured shown in the Declarations:

a. Is responsible for the payment of all premiums; and

b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. Undeclared exposures or change in your business operation and acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules in effect at the inception of such policy.

J. **PREMIUM AUDIT**

1. We have the right but are not obligated to audit this policy. The first Named Insured must keep records of the information we

need for premium computation, and send us copies of those records at such times as we may request.

2. If we do audit your policy, at the close of that audit period, we will compute the earned premium for that period and the final premium due based upon your actual exposures.

3. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

K. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

1. **Applicable to Businessowners Property Coverage:**

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment.  That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them.  But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      1) Someone insured by this insurance;

      2) A business firm:

         a) Owned or controlled by you; or

         b) That owns or controls you; or

      3) Your tenant, but only with our written consent.

      You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

      This will not restrict your insurance.

2. **Applicable to Businessowners Liability Coverage:**

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us.  The insured must do nothing after loss to impair them.  At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.  This condition does not apply to Medical Payments Coverage.

L. **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

1. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

2. If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNERS
PB 04 30 (01-01)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

### NOTICE

**YOU RISK THE LOSS OF PROPERTY INSURANCE COVERAGE AT PREMISES DESIGNATED IN THE DECLARA-TIONS IF YOU FAIL TO MAINTAIN ANY OF THE APPLICABLE PROTECTIVE SAFEGUARDS, LISTED BY SYMBOL IN THE DECLARATIONS.**

Our requirement that you maintain the protective safeguard is in consideration of a significant premium re-duction. If you do not wish to commit to the requirements expressed in this endorsement, at our option, your in-surance may be continued. However, the credit for such protection would not be applied.

Your acceptance of this policy in the payment of premium when due constitutes your understanding and ac-knowledgement that you risk the loss of insurance at the premises designated if you fail to maintain the protec-tive safeguard and your acceptance and agreement with the terms of this endorsement.

### SCHEDULE

**Prem. / Bldg. No.  Description of P-9 Protective Safeguard:**

The following condition is added to Section F. PROPERTY GENERAL CONDITIONS:

**Protective Safeguards**

A.  As a condition of this insurance, you are re-quired to maintain the protective devices or services designated by symbol in the Declara-tions.

B.  This insurance will be automatically suspended at the premises shown in the Declarations if you fail to notify us when you:

1.  Know of any suspension or impairment in the protective safeguards;

2.  Fail to maintain the protective safeguards over which you have control in complete working order; or

3.  Add any cooking equipment and operate it prior to adding or extending any Fire Sup-pression System that is required by code to protect it.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing condi-tions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

C.  The protective safeguards to which this endorsement applies are identified in the Dec-larations by the following symbols:

**"P-1" Automatic Sprinkler System,** including re-lated supervisory services.  Automatic Sprinkler System means:

a.  Any automatic fire protective or extinguish-ing system, including connected:

1)  Sprinklers and discharge nozzles;

2)  Ducts, pipes, valves and fittings;

3)  Tanks, their component parts and sup-ports; and

4)  Pumps and private fire protection mains.

PB 04 30 (01-01)

Page 1 of 2

b.  When supplied from an automatic fire protective system:

1)  Nonautomatic fire protective systems; and

2)  Hydrants, standpipes and outlets.

″P-2″ **Automatic Fire Alarm,** protecting the entire building, that is:

a.  Connected to a central station; or

b.  Reporting to a public or private fire alarm station.

″P-3″ **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

″P-4″ **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

″P-5″ **Watchman Service** based on contract with a privately owned security company providing premises protection services to the described premises.

″P-6″ **Local Burglar Alarm** which operates a sound or visual device at the described premises in the event of an unauthorized or attempted entry.

″P-7″ **Central Station Burglar Alarm** which, in the event of an unauthorized or attempted entry at the described premises, will automatically transmit an alarm signal to a Central Station. A current monitoring contract with an approved Central Station must be maintained.

″P-8″ **Fire Suppression System,** including related supervisory services. Fire Suppression System means any automatic fire protective or extinguishing system designed to protect cooking equipment (i.e. cooking surfaces, deep fat fryers, grease ducts and hoods) including connected:

a.  Sprinklers and discharge nozzles;

b.  Ducts, pipes, valves and fittings; and

c.  Tanks, their component parts and supports.

″P-9″ The protective system described in the Schedule of this endorsement.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1999

BUSINESSOWNERS
PB 05 34 06 03

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - WAR AND ACTS OF TERRORISM (OTHER THAN CERTIFIED ACTS OF TERRORISM); CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

**A. AMENDMENT TO THE PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM - WAR**

In Section B. EXCLUSIONS, under paragraph 1., exclusion f. War And Military Action is replaced by the following:

**f. War And Military Action**

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

**B. AMENDMENT TO THE PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM - OTHER ACTS OF TERRORISM**

1. In Section B. EXCLUSIONS. under paragraph 1., the following exclusion is added:

**g. Other Acts Of Terrorism**

We will not pay for loss or damage caused directly or indirectly by an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to such act:

(1) The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

(2) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

(3) The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

With respect to this item B.1.g.(3), the immediately preceding paragraph describes the threshold used to measure the magnitude of an "other

ACP BPS 7101686319                              INSURED COPY                              74      00257

PB 05 34 06 03

act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Form or Policy.

2. **Exception Covering Certain Fire Losses**

If an "other act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the exception does not apply to insurance provided under Business Income and/or Extra Expense Additional Coverages.

3. **Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Form or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

C. **AMENDMENTS TO THE PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM - WAR**

1. Under Section I. COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. EXCLUSIONS, exclusion i. War is replaced in its entirety by the following:

This insurance, including any duty we have to defend "suits", does not apply to:

i. **War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

D. **CAP ON CERTIFIED TERRORISM LOSSES**

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

E. **ADDITIONAL DEFINITIONS**

The following definitions are added to the PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM, under Section H. DEFINITIONS; and to the PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM, under Section V. DEFINITIONS.

1. **"Certified act of terrorism"** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

a. The act resulted in aggregate losses in excess of $5 million; and

b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. **"Other act of terrorism"** means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002.

HOWEVER, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph b. of the definition of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or

PB 05 34 06 03

less. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered or deemed to be one incident.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
© ISO Properties, Inc., 2002

BUSINESSOWNERS
PB 08 04 12 03

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PRINTERS ERRORS AND OMISSIONS LIABILITY

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

A. In Section I. COVERAGES, under both COVERAGE A and COVERAGE B, the following is added to the Insuring Agreements:

We will also pay those sums that the insured becomes legally obligated to pay as damages resulting from the insured's negligent act, error or omission in providing printing services, advice or instructions.

For this endorsement, the definition of "occurrence" is amended to include any such negligent act, error or omission.

B. In Section I. COVERAGES, both COVERAGE A and COVERAGE B, under 2. EXCLUSIONS, the following exclusions are added:

This insurance, including any duty we have to defend "suits", does not apply to any claim:

a. Resulting from a criminal act, including but not limited to fraud committed by the insured or any person for whom the insured is legally responsible.

b. Resulting from infringement of copyright, trademark, service mark or trade name (other than titles or slogans) by use of such marks or names with goods, products or services sold, offered for sale or advertised.

c. For reimbursement of costs of printing or printing materials.

d. Resulting from insolvency or bankruptcy of the insured.

e. Resulting from any publishing function of the insured.

f. Resulting from the writing of materials for customers.

The exclusions in Section I. COVERAGES also apply to any negligent act, error or omission in providing printing services, advice or instructions.

C. With respect to the coverage provided by this endorsement, in Section I. COVERAGES:

1. A. COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, under 2. EXCLUSIONS, exclusion v. Professional Services does not apply.

2. B. COVERAGE B – PERSONAL AND ADVERTISING INJURY, under 2. EXCLUSIONS, exclusion a.(16) does not apply.

D. The following is added to Section III. LIMITS OF INSURANCE AND DEDUCTIBLE:

1. For the purpose of determining the limits of insurance that apply to the coverage provided by this endorsement, any act or omission, together with all related acts or omissions, in the furnishing of professional printing service, advice or instruction shall be deemed to constitute one "occurrence".

2. **Occurrence Limit of Insurance.** The Occurrence limit shown in the Declarations for Printers Errors and Omissions Liability is the most we will pay for injury or damage because of printing acts, errors and omissions in any one "occurrence".

3. **Aggregate Limit of Insurance.** The Aggregate limit shown in the Declarations for Printers Errors and Omissions Liability is the most we will pay for injury or damage because of printing acts, errors and omissions arising from all "occurrences".

Neither the Liability And Medical Payments Limit of Insurance shown in the Declarations nor its aggregate limits apply to such damages.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

ACP BPS 7101686319                                    INSURED COPY                                    74    00260

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNER
PB 29 99 (01-0

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA
# (WITH LIMITED PROPERTY COVERAGE)

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

A. **AMENDMENT TO THE PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM**

1. In Section A. COVERAGES, under paragraph 5. ADDITIONAL COVERAGES, the following additional coverage is added:

u. **Additional Coverage - Limited Coverage For Fungi, Wet Rot, Dry Rot And Bacteria**

1) The coverage described in paragraphs 2) through 6) below applies:

a) Only when the "fungi", wet or dry rot or bacteria is the result of a "specified cause of loss", other than fire or lightning, that occurs during the policy period; and

b) Only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

2) We will pay for loss or damage by "fungi", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a) Direct physical loss or damage to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

b) The cost to tear out and replace any part of the building or other property as needed

to gain access to the "fungi" wet or dry rot or bacteria; and

c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi" wet or dry rot or bacteria are present.

3) The coverage described under paragraph 2) of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all such loss or damage arising out of all occurrences of "specified causes of loss", other than fire or lightning, which take place in a 12-month period, starting with the beginning of the present annual policy period. With respect to a particular occurrence of loss which results in "fungi", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungi", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

PB 29 99 (01-02)

ACP BPS 7101686319                    INSURED COPY                    74    00261

If there is covered loss or damage to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5) The terms of this Limited Coverage do not increase or reduce the coverage provided under either Additional Coverage e. Collapse or f.  Water Damage, Other Liquids, Powder Or Molten Material Damage.

6) Under Additional Coverages g. Business Income and/or h. Extra Expense:

a) If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, then our payment under the Business Income and/or Extra Expense Additional Coverages is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b) If a covered "suspension" of "operations" was caused by loss or damage damage other than "fungi", wet or dry rot or bacteria but remediation of of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days.  The days need not be consecutive.

2. In Section B. EXCLUSIONS, under paragraph 1., the following exclusion is added:

h. **Fungi, Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria.

But if "fungi", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1) When "fungi", wet or dry rot or bacteria results from fire or lightning; or

2) To the extent that coverage is provided in the Additional Coverage - Limited Coverage For Fungi, Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a "specified cause of loss" other than fire or lightning.

3. In Section B. EXCLUSIONS, under paragraph 2., exclusion c. Leakage or Seepage is replaced by the following:

c. **Leakage or Seepage**

Constant or repeated discharge, seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, whether continuous or intermittent from any:

1) Heating, air conditioning or refrigerating system;

2) Appliance; or

3) Fire protection or plumbing system, including from or around any shower bath installation, bathtub or other plumbing fixture.

4. In Section B. EXCLUSIONS, under paragraph 2., exclusion j. Other Types Of Loss, paragraph (2) is replaced by the following:

j. **Other Types Of Loss**

2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

PB 29 99 (01-02

B. AMENDMENTS TO THE PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

1. In Section I. COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, under paragraph 2. EXCLUSIONS, the following exclusions are added:

This insurance, including any duty we have to defend "suits", does not apply to:

**Fungi or Bacteria**

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for:

1) The actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents; or

2) The failure to warn or to disclose the presence of "fungi" or bacteria;

regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

HOWEVER, this exclusion does not apply to any "fungi" or bacteria that are, are on or are contained in, "your product" intended for human or animal consumption.

2. In Section I. COVERAGES, COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY, under paragraph 2. EXCLUSIONS, the following exclusions are added:

This insurance, including any duty we have to defend "suits", does not apply to:

**Fungi or Bacteria**

a. "Personal and advertising injury" which would not have occurred, in whole or in part, but for:

1) The actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents; or

2) The failure to warn or to disclose the presence of "fungi" or bacteria;

regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. ADDITIONAL DEFINITION

The following definition is added to:

1. The PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM, under Section H. DEFINITIONS; and

2. The PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM, under Section V. DEFINITIONS.

"Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

BUSINESSOWNERS
PB 90 12 11 03

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS
PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

A. CANCELLATION

In the COMMON POLICY CONDITIONS, condition A. CANCELLATION is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in paragraphs 9. and 10. below, we may cancel this policy by mailing written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in paragraphs 9. and 10. below, we may cancel this policy only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. You have violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

   If we cancel this policy based on one or more of the above reasons except for nonpayment

of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

8. Our notice of cancellation will state the reason for cancellation.

9. REAL PROPERTY OTHER THAN RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation at least 10 days before the effective date of cancellation.

   a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

PB 90 12 11 03

b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

(1) Seasonal unoccupancy; or

(2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

(1) An outstanding order to vacate;

(2) An outstanding demolition order; or

(3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

10. RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

B. NONRENEWAL

The following is added to the COMMON POLICY CONDITIONS and supercedes any provisions to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal to your last mailing address known to us at least 60 days before the expiration date of the policy. A copy of the notice will also be sent to:

a. The broker, if known to us, or the agent of record; and

b. The last known mortgagee or lienholder named in the policy at the last mailing address known to us.

This paragraph does not apply if we have manifested our willingness to renew directly to you.

2. The following provision applies only if this policy covers residential properties occupied by 4 families or less:

If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

a. The policy was obtained by misrepresentation or fraud;

b. The risk originally accepted has measurably increased; or

c. You received 60 days' notice of our intent not to renew as provided in 1. above.

C. If this policy covers:

1. Real property used principally for residential purposes up to and including a four family dwelling; or

2. Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes;

then with respect to such property, condition C. CONCEALMENT, MISREPRESENTATION OR FRAUD in the COMMON POLICY CONDITIONS is replaced by the following:

CONCEALMENT, MISREPRESENTATION OR FRAUD

1. This policy is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

a. Was made with actual intent to deceive; or

b. Materially affected either our decision to provide this insurance or the hazard we assumed.

HOWEVER, this condition will not serve as a reason to void this policy after the policy has been in effect for one year or one policy term, whichever is less.

2. This policy is void if you or any other insured, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

a. This policy, including your application for this policy;

b. The Covered Property;

c. Your interest in the Covered Property; or

CP BPS 7101686319                INSURED COPY                74    00265

PB 90 12 11 03

    d.  A claim under this policy.

3.  Notwithstanding the limitations stated in 1. above, we may cancel policy in accordance with the terms of the Cancellation Condition.

D.  In the COMMON POLICY CONDITIONS, under condition H. OTHER INSURANCE, paragraph 1. is replaced by the following:

1.  Under any property coverage provided by this policy:

    a.  You may have other insurance subject to the same plan, terms, conditions, and provisions as the insurance under this Policy. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Policy bears to the Limits of Insurance of all insurance covering on the same basis.

    b.  If there is other insurance covering the same loss or damage, other than that described in a. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

E.  AMENDMENTS TO THE PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

1.  Under Section B. EXCLUSIONS, the following exclusion is added to Paragraph 2.:

We will not pay for loss or damage arising out of any act committed:

    a.  By or at the direction of any insured; and

    b.  With the intent to cause a loss.

HOWEVER, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

    a.  The loss arose out of a pattern of criminal domestic violence; and

    b.  The perpetrator of the loss is criminally prosecuted for the act causing the loss.

If we pay a claim to such innocent co-insured, our payment is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

2.  Under Section E. PROPERTY LOSS CONDITIONS, Condition 2. Appraisal is amended as follows:

If this policy covers:

    a.  Real property used principally for residential purposes up to and including a four family dwelling; or

    b.  Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

then for such property, the second paragraph of the Appraisal Condition is deleted and replaced by the following:

    a.  Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in b. below.

    b.  We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

        (1)  You demanded the appraisal; and

        (2)  The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3.  Under Section E. PROPERTY LOSS CONDITIONS, the following is added to Condition 4. Legal Action Against Us:

The 1 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

F.  AMENDMENTS TO THE PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

1.  Under Section I. COVERAGES, A. COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, paragraph 2. EXCLUSIONS, exclusions r. Abuse or Molestation and s. (2) of Asbestos, Electromagnetic Emissions, Lead or Radon do not apply.

2.  Under Section I. COVERAGES, B. PERSONAL AND ADVERTISING INJURY, paragraph 2. EXCLUSIONS, exclusion a.(14)(b) relating to electromagnetic emissions does not apply.

INSURED COPY

PB 90 12 11 03

## CONDOMINIUM ASSOCIATION AMENDMENTS

If you are a Condominium Association and the Condominium Association Coverage endorsement, PB1701, is part of your policy, then:

A. In the PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM, Section II. WHO IS AN INSURED, is amended to include the following as insureds:

1. The developer in the developer's capacity as a unit-owner, but only with respect to the developer's liability arising out of the ownership, maintenance or repair of that portion of the premises which is not owned solely by the developer. However, the insurance afforded with respect to the developer does not apply to liability for acts or omissions as a developer.

2. Each other unit-owner and secured party of the described condominium, but only with respect to liability arising out of the ownership, maintenance or repair of that portion of the premises which is not owned solely by the unit-owner.

3. Any "employee" or agent of yours, and any "employee" or agent of the management agent, while acting within the scope of such duties for you. However, the insurance afforded to any "employee" does not apply to:

   a. "Bodily injury" to:

      (1) A fellow-"employee" arising out of or in the course of his employment or while performing duties related to the conduct of your business; or

      (2) An employer, or if the employer is a partnership or joint venture, any partner or member thereof;

   b. "Property damage" to property owned or occupied by or rented or loaned to an "employee", any of your other "employees", or any of your partners or members (if you are a partnership or joint venture).

B. In the COMMON POLICY CONDITIONS, Condition A. CANCELLATION is replaced by the following:

1. The following is added to Paragraph K.2. Transfer Of Rights Of Recovery Against Others To Us:

   Each unit-owner and secured party is an insured person under the policy with respect to liability arising out of the unit-owner's interest in the common elements or membership in the condominium association.

   We waive any rights which the Transfer Of Rights Of Recovery Against Others To Us Condition may give us against:

   a. Any unit-owner of the condominium or members of the unit-owner's household;

   b. The Condominium Association; and

   c. Members of the board of directors for acts or omissions within the scope of their duties for you.

   The unit-owner waives any rights of subrogation under this policy against the condominium association and the board of directors.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2003

PB 90 12 11 03

separate limit of insurance applies to Damage To Premises Rented To You as described in Section III. LIMITS OF INSURANCE.

Paragraph 2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs 3), 4), 5) and 6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph 6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k.  **Damage To Your Product**

"Property damage" to "your product", arising out of it or any part of it.

l.  **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

HOWEVER, this exclusion does not apply if the damaged work, or the work out of which the damage arises, was performed on your behalf by a subcontractor.

m.  **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

1)  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

2)  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n.  **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1)  "Your product";

2)  "Your work"; or

3)  "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o.  **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

p.  **Bodily Injury To Any Insured** "Bodily injury" to:

1)  Any insured; or

2)  Any insured whenever the ultimate benefits of any indemnification will accrue directly or indirectly to any insured or the heirs of any insured.

q.  **Damage To Named Insured's Property**

Any claim or "suit" for "property damage" by you or on your behalf against any other person or organization that is also a Named Insured under this policy.

r.  **Abuse or Molestation**

"Bodily injury" or "property damage" arising out of:

1)  The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

2)  The negligent:

a)  Employment;

b)  Investigation;

c)  Supervision;

ACP BPS 7111686319                                    INSURED COPY                            74    00319

d)  Reporting to the proper au-
thorities, or failure to so re-
port; or

e)  Retention;

of a person for whom any insured
is or ever was legally responsible
and whose conduct would be ex-
cluded by Paragraph 1) above.

s.  **Asbestos, Electromagnetic Emissions,
Lead or Radon**

"Bodily injury" or "property damage"
arising out of:

1)  Asbestos including but not limited
to any injury or damage related to,
arising or alleged to have arisen
out of any use, exposure, exist-
ence, detection, removal, elimi-
nation, avoidance, act, error,
omission, failure to disclose or
warn of the presence of asbestos
or any other duty involving
asbestos;

2)  Electromagnetic emissions or ra-
diation including but not limited to
any injury or damage related to,
arising or alleged to have arisen
out of any use, exposure, exist-
ence, detection, removal, elimi-
nation, avoidance, act, error,
omission, failure to disclose or
warn of the presence of
electromagnetic emissions or ra-
diation or any other duty involving
electromagnetic emissions or ra-
diation;

3)  Lead including but not limited to
any injury or damage related to,
arising or alleged to have arisen
out of any use, exposure, exist-
ence, detection, removal, elimi-
nation, avoidance, act, error,
omission, failure to disclose or
warn of the presence of lead or
any other duty involving lead; or

4)  Radon or any other radioactive
emissions, manmade or natural,
including but not limited to any in-
jury or damage related to, arising
or alleged to have arisen out of
any use, exposure, existence, de-
tection, removal, elimination,
avoidance, act, error, omission,
failure to disclose or warn of the
presence of radon or any other

radioactive emissions or any other
duty involving radon or other ra-
dioactive emissions.

t.  **Employment Practices**

"Bodily injury" to:

1)  A person arising out of any:

a)  Refusal to employ that per-
son;

b)  Termination of that person's
employment; or

c)  Employment-related prac-
tices, policies, acts or omis-
sions, such as coercion,
demotion, evaluation, reas-
signment, discipline,
defamation, harassment, hu-
miliation or discrimination di-
rected at that person; or

2)  The spouse, child, parent, brother
or sister of that person as a con-
sequence of "bodily injury" to that
person at whom any of the
employment-related practices de-
scribed in Paragraphs a), b), or c)
above is directed.

This exclusion applies:

1)  Whether the insured may be liable
as an employer or in any other
capacity; and

2)  To any obligation to share dam-
ages with or repay someone else
who must pay damages because
of the injury.

u.  **Fiduciary Responsibility**

"Bodily injury" or "property damage"
arising out of the ownership, mainte-
nance or use, including all related op-
erations, of property in relation to
which you or any insured is acting in
any fiduciary or representative capac-
ity.

v.  **Professional Services**

"Bodily injury" or "property damage"
that arises out of or is a result of the
rendering of, or failure to render, any
professional service, treatment, advice
or instruction. This exclusion includes,
but is not limited to, any:

1) Legal, accounting, insurance, real estate, financial, advertising or consulting service, advice or instruction;

2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

3) Supervisory, inspection, engineering, or architectural service, advice or instruction;

4) Medical, surgical, psychiatric, chiropractic, chiropody, physiotherapy, osteopathy, acupuncture, dental, x-ray, nursing or any other health service, treatment, advice or instruction;

5) Any psychological therapy or any other counseling or mental health service, treatment, advice or instruction;

6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming, including but not limited to cosmetology, tonsorial, tattooing, tanning or massage;

7) Optometry or optical or hearing aid service, treatment, advice or instruction, including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

8) Ear or other body piercing service treatment, advice or instruction or

9) Service, treatment, advice or instruction in the practice of pharmacy.

w. **Testing, Evaluating or Consulting**

"Bodily injury" or "property damage" arising out of:

1) An error, omission, defect or deficiency:

a) In any test performed, or an evaluation, consultation o advice given by or on behalf of you or any insured; or

b) In experimental data or the insured's interpretation of that data.

2) The reporting of or reliance upon any such test, evaluation, consultation or advice.

3. **TENANTS PROPERTY DAMAGE LEGAL LIABILITY**

**Certain Exclusions Not Applicable**

Exclusions c. through n., p., q., r., t., u., v and w. do not apply to "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, if such "property damage" arises out of a Covered Cause Of Loss provided under the BUSINESSOWNERS PROPERTY COVERAGE FORM. A separate limit of insurance, called Tenants Property Damage Legal Liability Limit, applies to this coverage as described in Section III. LIMITS OF INSURANCE.

ACP BPS 7111686319    INSURED COPY

B. **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

1. **INSURING AGREEMENT**

   a. We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

      HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply.

      We may, at our sole discretion, investigate any offense and settle any claim or "suit" that may result. But:

      1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

      2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **EXCLUSIONS**

   This insurance, including any duty we have to defend "suits", does not apply to:

   a. "Personal and advertising injury":

      1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

      2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

      4) Arising out of a criminal act committed by or at the direction of any insured;

      5) For which the insured has assumed liability in a contract or agreement.

         HOWEVER, this exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

      6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

      7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

      8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

      9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

         HOWEVER, this exclusion does not apply to Paragraphs a., b. and c. of the definition of "personal and advertising injury" under Section V. DEFINITIONS;

      10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

      11) Any liability or legal obligation of any insured arising out of any of the following:

ACP BPS 7111686319          INSURED COPY          74      00322

a) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, parenthood, religion or religious belief, age, economic status, income, medical condition, pregnancy, or mental or physical disability;

b) Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

c) The Migrant and Seasonal Agricultural Worker Protection Act;

d) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

e) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

f) Any other similar statutes, ordinances, orders, directives or regulations;

12) Arising out of:

a) The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

b) The negligent:

i) Employment;

ii) Investigation;

iii) Supervision;

iv) Reporting to the proper authorities, or failure to so report; or

v) Retention;

of a person for whom any i sured is or ever was lega responsible and whose co duct would be excluded Paragraph a) above;

13) To:

a) A person arising out of any:

i) Refusal to employ th person;

ii) Termination of that pe son's employment; or

iii) Employment-related practices, policies, ac or omissions, such a coercion, demotion, eva uation, reassignmer discipline, defamatio harassment, humiliatio or discrimination directe at that person; or

b) The spouse, child, parer brother or sister of that pe son as a consequence «"personal and advertising ir jury" to that person at whor any of the employmen related practices described i Paragraphs i), ii), or iii) abov is directed.

This exclusion applies:

a) Whether the insured may b liable as an employer or i any other capacity; and

b) To any obligation to shar damages with or repay some one else who must pay dam ages because of the injury;

14) Arising out of:

a) Asbestos including but no limited to any injury or dam age related to, arising or al leged to have arisen out o any use, exposure, existence detection, removal, elimi nation, avoidance, act, error omission, failure to disclose or warn of the presence o asbestos or any other duty in volving asbestos;

b) Electromagnetic emissions o radiation including but not

limited to any injury or dam-
age related to, arising or al-
leged to have arisen out of
any use, exposure, existence,
detection, removal, elimi-
nation, avoidance, act, error,
omission, failure to disclose
or warn of the presence of
electromagnetic emissions or
radiation or any other duty in-
volving electromagnetic emis-
sions or radiation;

c)  Lead including but not limited
to any injury or damage re-
lated to, arising or alleged to
have arisen out of any use,
exposure, existence, de-
tection, removal, elimination,
avoidance, act, error, omis-
sion, failure to disclose or
warn of the presence of lead
or any other duty involving
lead; or

d)  Radon or any other radioac-
tive emissions, manmade or
natural, including but not lim-
ited to any injury or damage
related to, arising or alleged
to have arisen out of any use,
exposure, existence, de-
tection, removal, elimination,
avoidance, act, error, omis-
sion, failure to disclose or
warn of the presence of radon
or any other radioactive
emissions or any other duty
involving radon or other ra-
dioactive emissions;

15)  That arises out of the ownership,
maintenance or use, including all
related operations, of property in
relation to which you or any in-
sured is acting in any fiduciary or
representative capacity;

16)  That arises out of or is a result of
the rendering of, or failure to ren-
der, any professional service,
treatment, advice or instruction.
This exclusion includes, but is not
limited to any:

a)  Legal, accounting, insurance,
real estate, financial, adver-
tising or consulting service,
advice or instruction;

b)  Preparing, approving, or fail-
ing to prepare or approve

maps, drawings, opinions, re-
ports, surveys, change orders,
designs or specifications;

c)  Supervisory, inspection, engi-
neering, or architectural ser-
vice, advice or instruction;

d)  Medical, surgical, psychiatric,
chiropractic, chiropody,
physiotherapy, osteopathy,
acupuncture, dental, x-ray,
nursing or any other health
service, treatment, advice or
instruction;

e)  Any psychological therapy or
any other counseling or men-
tal health service, treatment,
advice or instruction;

f)  Any service, treatment, advice
or instruction for the purpose
of appearance or skin en-
hancement, hair removal or
replacement or personal
grooming, including but not
limited to cosmetology,
tonsorial, tattooing, tanning or
massage.

g)  Optometry or optical or hear-
ing aid service, treatment, ad-
vice or instruction, including
the prescribing, preparation,
fitting, demonstration or dis-
tribution of ophthalmic lenses
and similar products or hear-
ing aid devices;

h)  Ear or other body piercing
service, treatment, advice or
instruction; or

i)  Service, treatment, advice or
instruction in the practice of
pharmacy; or

17)  Arising out of:

a)  An error, omission, defect or
deficiency:

i)  In any test performed, or
any evaluation, consulta-
tion or advice given by or
on behalf of you or any
insured; or

ii)  In experimental data or
the insured's interpreta-
tion of that data.

ICP BPS 71116B6319                    INSURED COPY                    74    00324

PB 00 06 (01-0

b) The reporting of or reliance upon any such test, evaluation, consultation or advice.

b. Any loss, cost or expense arising out of any:

1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any responding to, or assessing the effects of, "pollutants".

C. **COVERAGE C - MEDICAL PAYMENTS**

1. **INSURING AGREEMENT**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

1) On premises you own or rent;

2) On ways next to premises you own or rent; or

3) Because of your operations;

provided that:

1) The accident takes place in the "coverage territory" and during the policy period;

2) The expenses are incurred and reported to us within one year of the date of the accident; and

3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

1) First aid administered at the time of an accident;

2) Necessary medical, surgical, x-ra and dental services, includir prosthetic devices; and

3) Necessary ambulance, hospita professional nursing and funer services.

2. **EXCLUSIONS**

We will not pay expenses for "bodily injury

a. To any insured.

b. To a person hired to do work for or c behalf of any insured or a tenant of ar insured.

c. To a person injured on that part premises you own or rent that the pe son normally occupies.

d. To a person, whether or not an "em ployee" of any insured, if benefits fc the "bodily injury" are payable or mus be provided under a workers' com pensation or disability benefits law c a similar law.

e. To a person injured while taking par in athletics.

f. Included within the "products completed operations hazard".

g. Excluded under COVERAGE A.

h. Due to war, whether or not declared or any act or condition incident to war War includes civil war, insurrection rebellion or revolution.

D. **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

1) Agrees in writing to:

a) Cooperate with us in the investigation, settlement or defense of the "suit";

b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

c) Notify any other insurer whose coverage is available to the indemnitee; and

d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

2) Provides us with written authorization to:

a) Obtain records and other information related to the "suit"; and

b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.2) of Section I. COVERAGE, A. COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

II.  **WHO IS AN INSURED**

1.  If you are:

    a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b.  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    c.  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    d.  A trust, you are an insured. Your trustee or co-trustees are also insureds, but only with respect to their duties as a trustee in connection with your property, operations and activities.

    e.  An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2.  Each of the following is also an insured:

    a.  Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

    HOWEVER, none of these "employees" is an insured for:

    1)  "Bodily injury" or "personal and advertising injury":

        a)  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

        b)  To the spouse, child, paren brother or sister of that co "employee" as a consequence of Paragraph 1)a) above;

        c)  For which there is any obligation to share damages with or repay someone else wh must pay damages because of the injury described in Paragraphs 1)a) or b) above; or

        d)  Arising out of his or her providing or failing to provide professional health care services.

    2)  "Property damage" to property:

        a)  Owned, occupied or used by or

        b)  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by,

    you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    b.  Any person (other than your "employee"), or any organization while acting as your real estate manager.

    c.  Any person or organization having proper temporary custody of your property if you die, but only:

        1)  With respect to liability arising out of the maintenance or use of that property; and

        2)  Until your legal representative has been appointed.

    d.  Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

3.  With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the

ACP BPS 7111686319                    INSURED COPY                    74    00327

conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability.

HOWEVER, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization.

HOWEVER:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. COVERAGE A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. COVERAGE B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

5. No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

6. **Automatic Additional Insureds**

Any of the following persons or organizations are automatically insureds when you and such person or organization have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy providing general liability coverage.

a. **Co-Owners of Insured Premises**

Any person or organization with whom you co-own a premises insured under this policy is an additional insured, but only with respect to their liability as the co-owner of such premises.

HOWEVER, their status as additional insured under this policy ends when you cease to co-own such premises with that person or organization.

b. **Controlling Interest**

Any person or organization that has a controlling interest in you is an additional insured, but only with respect to liability arising out of:

1) Their financial control of you; or

2) Their ownership, maintenance or control of premises you lease or occupy;

subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when they cease to have such controlling interest in you.

c. **Grantor of Franchise or License**

Any person or organization that has granted you a franchise or license by written contract or agreement is an additional insured, but only with respect to their liability as the grantor of a franchise or license to you.

HOWEVER, their status as additional insured under this policy ends when their contract or agreement with you granting the franchise or license ends.

d. **Lessors of Leased Equipment**

Any person or organization from whom you lease equipment by written contract or agreement is an additional insured, but only with respect to their liability arising out of the maintenance,

PB 00 06 (01-0

operation or use by you of the equipment leased to you by that person or organization, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to "bodily injury" or "property damage" arising out of, in whole or in part, or results from, in whole of in part, the active negligence of such person or organization.

HOWEVER, their status as additional insured under this policy ends when their contract or agreement with you for such leased equipment ends.

e. **Managers or Lessors of Leased Premises**

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your use of that part of the premises leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to be a tenant of such premises.

f. **Mortgagee, Assignee or Receiver**

Any person or organization who has status as mortgagee, assignee or receiver of your property is an additional insured, but only with respect to their liability as mortgagee, assignee or receiver arising out of your ownership, maintenance, or use of such premises, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when their status as mortgagee, assignee or receiver ends.

g. **Owners or Other Interest from Whom Land has been Leased**

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your maintenance or use of that part of the land leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to lease that land.

h. **State or Political Subdivisions - Permits Relating to Premises**

Any state or political subdivision which has issued a permit in connection with premises insured by this policy which you own, rent, or control is an additional insured, but only with respect to the following hazards:

1) The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistaway openings, sidewalk vaults, street banners, or decoration and similar exposures;

2) The construction, erection, or removal of elevators; or

3) The ownership, maintenance, or use of any elevators covered by this insurance.

HOWEVER, such state or political subdivision's status as additional insured under this policy ends when the permit ends.

PB 00 06 (01-01)

III.  **LIMITS OF INSURANCE AND DEDUCTIBLE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. **General Aggregate Limit of Insurance** (Other than Products-Completed Operations)

   The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under COVERAGE C;

   b. Damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under COVERAGE B.

   The General Aggregate Limit applies separately to each of your described premises. For the purposes of this provision, premises means involving the same or connecting lots, or premises whose connection is interrupted only by a public street, roadway or waterway, or railroad right-of-way.

3. **Products-Completed Operations Aggregate Limit of Insurance**

   The Products-Completed Operations Aggregate Limit is the most we will pay under COVERAGE A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. **Personal and Advertising Injury Limit of Insurance**

   Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under COVERAGE B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. **Each Occurrence Limit of Insurance**

   Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under COVERAGE A; and

   b. Medical expenses under COVERAGE C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. **Tenants Property Damage Legal Liability Limit of Insurance**

   Subject to 5. above, the Tenants Property Damage Legal Liability Limit is the most we will pay under COVERAGE A for damages because of all "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one "occurrence".

7. **Medical Payments Limit of Insurance**

   Subject to 5. above, the Medical Payments Limit is the most we will pay under COVERAGE C for all medical expenses because of "bodily injury" sustained by any one person.

8. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

9. **Property Damage Deductible**

   If a deductible amount is shown in the Liability Declarations, the following provisions apply:

   a. If a deductible amount for Property Damage is shown in the Liability Declarations, any obligation by us under this policy to pay sums on your behalf because of "property damage", applies only to sums in excess of the deductible amount shown in the Declarations for any one "occurrence".

PB 00 06 (01-01)

**Page 18 of 24**

PB 00 06 (01-0

b.  If a deductible amount for Car Wash Property Damage is shown in the Liability Declarations, any obligation by us under this policy to pay sums on your behalf because of "property damage", applies only to sums in excess of the deductible amount shown in the Declarations for any one "claim".

c.  If we pay all or any part of a deductible to settle any claim or "suit", upon notification of such payment by us, you shall promptly reimburse us for the amount of the deductible that has been paid by us.

IV.  **LIABILITY CONDITIONS**

The following conditions apply in addition to the COMMON POLICY CONDITIONS.

1.  **Bankruptcy**

    Bankruptcy or insolvency of the insured of the insured's estate will not relieve us of our obligations under this policy.

2.  **Duties In The Event Of Occurrence, Offense Claim Or Suit**

    a.  You and any insured must see to it that we are notified as soon as practicable of an "occurrence" or an offense that may result in a claim.  To the extent possible, notice should include:

        1)  How, when and where the "occurrence" or offense took place;

        2)  The names and addresses of any injured persons and witnesses and

        3)  The nature and location of any injury or damage arising out of the "occurrence" or offense.

    b.  If a claim is made or "suit" is brought against any insured, you must:

        1)  Immediately record the specifics of the claim or "suit" and the date received; and

        2)  Notify us as soon as practicable.

        You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    c.  You and any other involved insured must:

        1)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        2)  Authorize us to obtain records and other information;

        3)  Cooperate with us in the investigation or settlement of the claim or defense against the "suit";

        4)  Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to

which this insurance may also apply; and

5) Agree to be examined under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim or "suit". At our option and expense, any examination under oath may be video or audio taped as well as being recorded by stenographic record. In the event of an examination, an insured's answers must be signed.

d. No insured will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Financial Responsibility Laws**

a. When this policy is certified as proof of financial responsibility for the future under the provision of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by law.

b. With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault

or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

4. **Legal Action Against Us**

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

5. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

ACP BPS 7111686319

## V.  DEFINITIONS

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

1.  "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2.  "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment.  But "auto" does not include "mobile equipment".

3.  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4.  "Coverage territory" means:

    a.  The United States of America (including its territories and possessions), Puerto Rico and Canada;

    b.  International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

    c.  All parts of the world if:

        1)  The injury or damage arises out of:

            a)  Goods or products made or sold by you in the territory described in a. above; or

            b)  The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

        2)  The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5.  "Employee" includes a "leased worker".  "Employee" does not include a "temporary worker".

6.  "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7.  "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8.  "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    a.  It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    b.  You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by:

    a.  The repair, replacement, adjustment or removal of "your product" or "your work"; or

    b.  Your fulfilling the terms of the contract or agreement.

9.  "Insured contract" means:

    a.  A contract for a lease of premises.

        HOWEVER, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    b.  A sidetrack agreement;

    c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    e.  An elevator maintenance agreement;

    f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury"

or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in 2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, forklifts, farm machinery, farm implements and other vehicles designed for use or used principally off public roads. This includes motorized golf carts, snowmobiles, and other land vehicles designed for recreational use;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

    c. Vehicles, other than snowmobiles, that travel on crawler treads;

    d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        1) Power cranes, shovels, loaders, diggers or drills; or

        2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

    e. Vehicles not described in paragraphs a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

        2) Cherry pickers and similar devices used to raise or lower workers;

    f. Vehicles not described in paragraphs a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

HOWEVER, self-propelled vehicles with the following types of permanently attached equipment are not "mobile

ACP BPS 7111686319                    INSURED COPY                    74    00334

equipment" but will be considered "autos":

1) Equipment designed primarily for:

   a) Snow removal;

   b) Road maintenance, but not construction or resurfacing; or

   c) Street cleaning;

2) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; and

3) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their derivatives, chemicals and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your business, operations, premises, sites or locations.

Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      1) Products that are still in your physical possession; or

      2) Work that has not yet been completed or abandoned.

         HOWEVER, "your work" will be deemed completed at the earliest of the following times:

         a) When all of the work called for in your contract has been completed.

         b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

         Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

      HOWEVER, the "bodily injury" or "property damage" must occur away from premises you own or rent unless your business includes the selling, handling or distribution of "your prod-

uct" for consumption on premises you own or rent.

b. Does not include "bodily injury" or "property damage" arising out of:

1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

2) The existence of tools, uninstalled equipment or abandoned or unused materials.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

1) You;

2) Others trading under your name; or

3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1997

\*\*\*\*\*\*\*\*    IMPORTANT INSURANCE INFORMATION    \*\*\*\*\*\*\*\*

### IMPORTANT NOTICE - ILLINOIS MINE SUBSIDENCE

Dear Policyholder:

The Illinois Insurance Code requires that we include Mine Subsidence Insurance Coverage on your policy. **This coverage applies to those structures for which a premium charge is shown and coverage is indicated in the Declarations for Mine Subsidence coverage.**

**You have the right to elect not to purchase this coverage.** If you do not wish to have the Subsidence Coverage, you must sign and date the Mine Subsidence Waiver below and return one copy to us.

Nationwide Mutual Insurance Co.
AMCO Insurance Co.

---

### MINE SUBSIDENCE WAIVER

I (we) do not desire mine subsidence insurance coverage and hereby waive any right to such coverage, under this policy or any future policy covering my (our) interest in the property identified above, unless I (we) request mine subsidence in writing, at some future date.

_____

_____
Signature

Signed _____, 20____.
(date)

**IN 7058 (04-98)**

IN 72 91 10 04

★ ★ ★ ★ ★ ★    IMPORTANT INSURANCE INFORMATION    ★ ★ ★ ★ ★ ★

Please read this Notice carefully – it does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) shall prevail.

# POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act of 2002 established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program will terminate at the end of December 31, 2005 unless extended by the federal government. Your policy will become effective (or will be renewed) while the federal Program is still in effect, but prior to a decision by the federal government on extension of the federal Program. If the federal Program terminates, or is extended with certain changes, during the term of your policy, then the treatment of terrorism under your policy will change. This Notice is being provided to you for the purpose of summarizing potential impact on your coverage. The summary is a brief synopsis of significant exclusionary provisions and limitations.

## YOUR POLICY AT START OF NEW POLICY TERM:

*The following paragraphs apply in all states except Georgia and Texas:*

    This policy contains an endorsement that makes a distinction between "certified acts of terrorism" and "other acts of terrorism". Coverage is provided for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism by or on behalf of a foreign interest). This coverage is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002.

    The endorsement excludes, under property insurance, coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if aggregate losses from the event exceed $25 million, or if the event involves biological or chemical materials under certain circumstances. With respect to "certified acts of terrorism" and "other acts of terrorism", policy exclusions (for example, the nuclear hazard and war exclusions) and other policy provisions continue to apply.

*The following paragraph applies only in the states of Georgia and Texas:*

    This policy does not contain a terrorism exclusion. However, the policy contains an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement but involves acts of terrorism by or on behalf of a foreign interest) is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002. Further, the absence of a terrorism exclusion does not create coverage for any loss, injury or damage that would otherwise be excluded under the policy, such as property losses excluded by the nuclear hazard or war exclusions or liability losses excluded by the war liability exclusion.

## POTENTIAL CHANGE DURING THE TERM OF YOUR POLICY:

*Endorsement PB 05 64 is attached to your policy. Its provisions will become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:*

-    If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy. (TRIP is scheduled to terminate at the end of December 31, 2005 unless extended by the federal government.); or

-    If TRIP is extended with changes that redefine terrorism, and we are not required to make such revised coverage available to you; or

-    If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or

IN 72 91 10 04

**Page 1 of 2**

IN 72 91 10 04

- If TRIP is extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism coverage available to you. Our deductible in 2004 is 10% of the total of our previous year's direct earned premiums. In 2005, that figure is 15%. The government's share is 90% of the terrorism losses paid by us above the deductible.

*Endorsement PB 05 64 treats terrorism as follows:*

1. Coverage for loss or damage under *property coverage* or injury or damage under *liability coverage* arising out of a terrorism incident is excluded only if:

   - The total of all insured damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from the incident, exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or

   - Fifty or more persons sustain death or serious injury; or

   - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

   - The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or

   - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

   - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

   For liability coverage, this would be a further restriction of coverage as we did not previously exclude domestic terrorism.

   *(NOTE - To determine whether the threshold for property damage ($25 million) is exceeded, multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)*

2. In PB 05 64, the "Exception Covering Certain Fire Losses" provision will now apply only in certain states. In these states, the terrorism exclusion does not restrict fire coverage under the Businessowners Property Coverage Form, due to a statutory requirement in such state. If the Exception applies in any states under your policy, that state is indicated in the Schedule of the terrorism endorsement. When the Exception applies, the exclusion of terrorism does not apply to direct loss or damage by fire to Covered Property in these states. In states not listed, the exclusion of terrorism applies to all causes of loss, including ensuing fire. This is a restriction of coverage as the exception for ensuing fire had been previously granted in states where there was no statutory requirement to do so.

*See the definition of terrorism for purposes of the terrorism exclusion.*

ACP BPS 7111686319                          INSURED COPY                          74    00339

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

INTERLINE
LI 00 21 (01-01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION
## (BROAD FORM)

All Coverage Parts included in this policy that provide Liability Coverage are subject to the following exclusion.

A.  This insurance does not apply:

1.  Under any Liability Coverage, to "bodily injury" or "property damage":

a.  With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

b.  Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

1)  Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

2)  The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

3.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

a.  The "nuclear material":

1)  Is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured"; or

2)  Has been discharged or dispersed therefrom;

b.  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

c.  The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion c. applies only to "property damage" to such "nuclear facility" and any property thereat.

B.  As used in this endorsement:

1.  **"Hazardous properties"** includes radioactive, toxic or explosive properties.

2.  **"Nuclear material"** means "source material", "special nuclear material" or "by-product material".

3.  **"Source material", "special nuclear material"**, and **"by-product material"** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

4.  **"Spent fuel"** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

5.  **"Waste"** means any waste material:

a.  Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of

LI 00 21 (01-01)

Page 1 of 2

uranium or thorium from any ore processed primarily for its "source material" content; and

b.  Resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

6.  **"Nuclear facility"** means:

   a.  Any "nuclear reactor";

   b.  Any equipment or device designed or used for:

      1)  Separating the isotopes of uranium or plutonium;

      2)  Processing or utilizing "spent fuel"; or

      3)  Handling, processing or packaging "waste";

   c.  Any equipment or device used for the processing, fabricating or alloying of

"special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   d.  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

7.  **"Nuclear reactor"** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

8.  **"Property damage"** includes all forms of radioactive contamination of property.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997

ACP BPS 7111686319                    INSURED COPY                    74    00341

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNER'S
PB AI 16 (01-01

# ACKNOWLEDGEMENT OF ADDITIONAL INSURED STATUS
# LESSORS OF LEASED EQUIPMENT

**Person or Organization Designated as an Additional Insured:**

PAWNEE LEASING CORP.
SEE BLANK ENDORSEMENT PB2500

**Location of Leased Equipment:**

3604-3612 S IRON ST
CHICAGO          IL 606090000

This form has been sent to you to acknowledge your status as an additional insured under our, meaning the issuing Company stated below, insurance policy issued to the Named Insured shown below.

Under our Premier Businessowners Liability Coverage Form, Section II. WHO IS AN INSURED provides as follows:

Any of the following persons or organizations are automatically insureds when you [i.e. the Named Insured stated below] and such person or organization have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy providing general liability coverage.

Lessors of Leased Equipment

Any person or organization from whom you lease equipment by written contract or agreement is an additional insured, but only with respect to their liability arising out of the maintenance, operation or use by you of the equipment leased to you by that person or organization, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to "bodily injury" or "property damage" arising out of the sole negligence of such person or organization.

HOWEVER, their status as additional insured under this policy ends when their contract or agreement with you for such leased equipment ends.

The policy language set forth above is subject to all of the terms and conditions of the policy issued to the Named Insured shown below. For your information, our Named Insured, the Policy Number, Policy Term and Limits of Insurance are stated below.

Named Insured          **PINATA GRAPHICS, INC**

| Issuing Company: | **AMCO INSURANCE COMPANY** | |
|---|---|---|
| Policy Number: | **ACP BPS 7111686319** | |
| Policy Term: | **12-20-05 To 12-20-06** | |
| Limits of Insurance: | **Per Occurrence** | $1,000,000 |
| | **All Occurrences** | $2,000,000 |

**PB AI 16 (01-01)**

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNER
PB 00 09 (01-0'

# PREMIER BUSINESSOWNERS
# COMMON POLICY CONDITIONS

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights
duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. Th
words "we", "us" and "our" refer to the Company providing this insurance.

All coverages of this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Dec-
larations may cancel this policy by mailing
or delivering to us advance written notice
of cancellation.

2. We may cancel this policy by mailing or
delivering to the first Named Insured writ-
ten notice of cancellation at least:

a. Five (5) days before the effective date
of cancellation if any one of the follow-
ing conditions exists at any building
that is Covered Property in this policy.

1) The building has been vacant or
unoccupied 60 or more consec-
utive days. This does not apply to:

a) Seasonal unoccupancy; or

b) Buildings in the course of
construction, renovation or
addition.

Buildings with 65% or more of the
rental units or floor area vacant or
unoccupied are considered unoc-
cupied under this provision.

2) After damage by a covered cause
of loss, permanent repairs to the
building:

a) Have not started, and

b) Have not been contracted for,

within 30 days of initial payment
of loss.

3) The building has:

a) An outstanding order to va-
cate;

b) An outstanding demolition or-
der; or

c) Been declared unsafe by gov
ernmental authority.

4) Fixed and salvageable items hav
been or are being removed fror
the building and are not being re
placed. This does not apply to
such removal that is necessary o
incidental to any renovation or re
modeling.

5) Failure to:

a) Furnish necessary heat, wa
ter, sewer service or electric
ity for 30 consecutive days o
more, except during a perioc
of seasonal unoccupancy; or

b) Pay property taxes that are
owing and have been out
standing for more than one
year following the date due
except that this provision wil
not apply where you are in a
bona fide dispute with the
taxing authority regarding
payment of such taxes.

b. Ten (10) days before the effective date
of cancellation if we cancel for non-
payment of premium.

c. Thirty (30) days before the effective
date of cancellation if we cancel for
any other reason.

3. We will mail or deliver our notice to the first
Named Insured's last mailing address
known to us.

4. Notice of cancellation will state the effective
date of cancellation. The policy period will
end on that date.

5. If this policy is cancelled, we will send the
first Named Insured any premium refund
due. If we cancel, the refund will be pro

rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6.  If notice is mailed, proof of mailing will be sufficient proof of notice.

B.  **CHANGES**

1.  This policy contains all the agreements between you and us concerning the insurance afforded.

2.  The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent.

3.  This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C.  **CONCEALMENT, MISREPRESENTATION OR FRAUD**

1.  This policy is void in its entirety in any case of fraud, at any time, by you or your representative as it relates to this policy.

2.  This policy is also void if you, your authorized representative or any other insured, at any time, conceal or misrepresent any material fact, or violate any material warranty, concerning:

    a.  This policy, including your application for this policy;

    b.  The Covered Property;

    c.  Your interest in the Covered Property; or

    d.  A claim under this policy.

3.  We also have the right to rescind this policy based upon any other grounds provided by law.

D.  **EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy or to any claim arising under this policy at any time during the policy period and up to three years afterward.

E.  **INSPECTIONS AND SURVEYS**

1.  We have the right but are not obligated to:

    a.  Make inspections and surveys at any time;

    b.  Give you reports on the conditions we find; and

    c.  Recommend changes.

2.  Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a.  Are safe or healthful; or

    b.  Comply with laws, regulations, codes or standards.

3.  This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

F.  **INSURANCE UNDER TWO OR MORE COVERAGES OF THIS POLICY**

If two or more of this policy's coverages apply to the same injury, loss or damage, we will not pay more than the actual amount of the injury, loss or damage, up to the highest applicable Limit of Insurance under any one coverage.

G.  **LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

H.  **OTHER INSURANCE**

1.  Under any property coverage provided by this policy, if there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

2.  Under any liability coverage provided by this policy,

    a.  If, for injury or loss we cover, there is other valid and collectible insurance available to any insured under another policy:

        1)  Issued by another insurer, or if there is self insurance or similar

ACP BPS 7111686319    INSURED COPY    74    00344

PB 00 09 (01-0

risk retention that applies to a loss covered by this policy, then this insurance provided by us shall be excess over such other insurance; or

2) Issued by us that applies to a loss covered by this policy, then only the highest applicable Limit of Insurance shall apply to such loss. This condition does not apply to any policy issued by us which is designed to provide Excess or Umbrella liability insurance.

b. This insurance, if applicable, is also excess, whether that other insurance is primary, excess, contingent or provided on any other basis:

1) Over any applicable property insurance or other insurance that insures for direct physical loss or damage;

2) Over any valid and collectible insurance available to you as an additional insured under a policy issued to a tenant renting or leasing land or premises from you; or

3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. under Section I. COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY of the Premier Businessowners Liability Coverage Form.

c. When this insurance is excess, we will have no duty under the liability coverage provided by this policy to defend any insured against any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to any insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

2) The total of all deductible an self-insured amounts under all tha other insurance.

We will share the remaining loss, any, with any other insurance that not described in this provision and wa not bought specifically to apply in e: cess of the Limits of Insurance show in the Declarations of this policy.

d. **Method Of Sharing**

If all of the other insurance permi contribution by equal shares, we wi follow this method also. Under thi approach each insurer contribute equal amounts until it has paid its ap plicable limit of insurance or none the loss remains, whichever come first.

If any of the other insurance does n permit contribution by equal shares we will contribute by limits. Under thi method, each insurer's share is base on the ratio of its applicable limit of in surance to the total applicable limit of insurance of all insurers.

I. **PREMIUMS**

1. The first Named Insured shown in the Dec larations:

a. Is responsible for the payment of a premiums; and

b. Will be the payee for any return pre miums we pay.

2. The premium shown in the Declarations was computed based on rates in effect a the time the policy was issued. On each renewal of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. Undeclared exposures or change in you business operation and acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules in effect at the inception of such policy.

J. **PREMIUM AUDIT**

1. We have the right but are not obligated to audit this policy. The first Named Insured must keep records of the information we

ACP BPS 7111686319                        INSURED COPY                        74    00345

PB 00 09 (01-01)

need for premium computation, and send us copies of those records at such times as we may request.

2. If we do audit your policy, at the close of that audit period, we will compute the earned premium for that period and the final premium due based upon your actual exposures.

3. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

K. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

1. **Applicable to Businessowners Property Coverage:**

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      1) Someone insured by this insurance;

      2) A business firm:

a) Owned or controlled by you; or

b) That owns or controls you; or

3) Your tenant, but only with our written consent.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

2. **Applicable to Businessowners Liability Coverage:**

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Payments Coverage.

L. **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

1. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

2. If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNER:
PB 04 30 (01-01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

## NOTICE

**YOU RISK THE LOSS OF PROPERTY INSURANCE COVERAGE AT PREMISES DESIGNATED IN THE DECLARA
TIONS IF YOU FAIL TO MAINTAIN ANY OF THE APPLICABLE PROTECTIVE SAFEGUARDS, LISTED BY SYMBOl
IN THE DECLARATIONS.**

Our requirement that you maintain the protective safeguard is in consideration of a significant premium re
duction. If you do not wish to commit to the requirements expressed in this endorsement, at our option, your in
surance may be continued. However, the credit for such protection would not be applied.

Your acceptance of this policy in the payment of premium when due constitutes your understanding and ac
knowledgement that you risk the loss of insurance at the premises designated if you fail to maintain the protec
tive safeguard and your acceptance and agreement with the terms of this endorsement.

## SCHEDULE

**Prem. / Bldg. No.  Description of P-9 Protective Safeguard:**

The following condition is added to Section F.
PROPERTY GENERAL CONDITIONS:

**Protective Safeguards**

A.  As a condition of this insurance, you are re-
quired to maintain the protective devices or
services designated by symbol in the Declara-
tions.

B.  This insurance will be automatically suspended
at the premises shown in the Declarations if you
fail to notify us when you:

1.  Know of any suspension or impairment in
the protective safeguards;

2.  Fail to maintain the protective safeguards
over which you have control in complete
working order; or

3.  Add any cooking equipment and operate it
prior to adding or extending any Fire Sup-
pression System that is required by code to
protect it.

If part of an Automatic Sprinkler System is shut
off due to breakage, leakage, freezing condi-
tions or opening of sprinkler heads, notification
to us will not be necessary if you can restore full
protection within 48 hours.

C.  The protective safeguards to which this
endorsement applies are identified in the Dec-
larations by the following symbols:

"P-1" Automatic Sprinkler System, including re-
lated supervisory services.  Automatic Sprinkler
System means:

a.  Any automatic fire protective or extinguish-
ing system, including connected:

1)  Sprinklers and discharge nozzles;

2)  Ducts, pipes, valves and fittings;

3)  Tanks, their component parts and sup-
ports; and

4)  Pumps and private fire protection
mains.

**PB 04 30 (01-01)**

**Page 1 of 2**

PB 04 30 (01-01)

b. When supplied from an automatic fire protective system:

1) Nonautomatic fire protective systems; and

2) Hydrants, standpipes and outlets.

"P-2" **Automatic Fire Alarm,** protecting the entire building, that is:

a. Connected to a central station; or

b. Reporting to a public or private fire alarm station.

"P-3" **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4" **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

"P-5" **Watchman Service** based on contract with a privately owned security company providing premises protection services to the described premises.

"P-6" **Local Burglar Alarm** which operates a sound or visual device at the described premises in the event of an unauthorized or attempted entry.

"P-7" **Central Station Burglar Alarm** which, in the event of an unauthorized or attempted entry at the described premises, will automatically transmit an alarm signal to a Central Station. A current monitoring contract with an approved Central Station must be maintained.

"P-8" **Fire Suppression System,** including related supervisory services. Fire Suppression System means any automatic fire protective or extinguishing system designed to protect cooking equipment (i.e. cooking surfaces, deep fat fryers, grease ducts and hoods) including connected:

a. Sprinklers and discharge nozzles;

b. Ducts, pipes, valves and fittings; and

c. Tanks, their component parts and supports.

"P-9" The protective system described in the Schedule of this endorsement.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1999

BUSINESSOWNERS
PB 05 34 06 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - WAR AND ACTS OF TERRORISM (OTHER THAN CERTIFIED ACTS OF TERRORISM); CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

**A. AMENDMENT TO THE PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM - WAR**

In Section B. EXCLUSIONS, under paragraph 1., exclusion f. War And Military Action is replaced by the following:

**f. War And Military Action**

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

**B. AMENDMENT TO THE PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM - OTHER ACTS OF TERRORISM**

1. In Section B. EXCLUSIONS, under paragraph 1., the following exclusion is added:

**g. Other Acts Of Terrorism**

We will not pay for loss or damage caused directly or indirectly by an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to such act:

(1) The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

(2) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

(3) The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

With respect to this item B.1.g.(3), the immediately preceding paragraph describes the threshold used to measure the magnitude of an "other

PB 05 34 06 03

ACP BPS 7111686319                    INSURED COPY                    74    00349

PB 05 34 06 03

act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Form or Policy.

2. **Exception Covering Certain Fire Losses**

If an "other act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the exception does not apply to insurance provided under Business Income and/or Extra Expense Additional Coverages.

3. **Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Form or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

C. **AMENDMENTS TO THE PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM - WAR**

1. Under Section I. COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. EXCLUSIONS, exclusion i. War is replaced in its entirety by the following:

This insurance, including any duty we have to defend "suits", does not apply to:

i. **War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

D. **CAP ON CERTIFIED TERRORISM LOSSES**

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

E. **ADDITIONAL DEFINITIONS**

The following definitions are added to the PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM, under Section H. DEFINITIONS; and to the PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM, under Section V. DEFINITIONS.

1. **"Certified act of terrorism"** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

a. The act resulted in aggregate losses in excess of $5 million; and

b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. **"Other act of terrorism"** means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002.

HOWEVER, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph b. of the definition of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or

PB 05 34 06 03

less. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to

have a related purpose or common leadership shall be considered or deemed to be one incident.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
© ISO Properties, Inc., 2002

PB 05 34 06 03

Page 3 of 3

BUSINESSOWNERS
PB 05 64 01 05

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT OF 2002) EXCLUSION OF WAR

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

### SCHEDULE

The **Exception Covering Certain Fire Losses** (paragraph **B.1.b.** of this endorsement) applies to property located in the following states:

| | | | | |
|---|---|---|---|---|
| California | Illinois | North Carolina | Rhode Island | West Virginia |
| Connecticut | Iowa | New York | Virginia | |
| Georgia | Maine | Oregon | Washington | |
| Idaho | Missouri | Pennsylvania | Wisconsin | |

A. The **PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM** and the **PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM** are amended as follows:

1. **Applicability Of The Provisions Of This Endorsement**

   a. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

      (1) The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Form; or

      (2) A renewal, extension or continuation of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

         (a) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

         (b) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

         (c) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

      The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

   b. If the provisions of this endorsement become applicable, such provisions:

      (1) Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or injury or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

PB 05 64 01 05

**Page 1 of 4**

PB 05 64 01 05

(2) Remain applicable unless we notify you of changes in these provisions, in response to federal law.

c.  If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

2.  The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

a.  That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b.  When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

B.  **AMENDMENTS TO THE PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM**

1.  Under Section B. EXCLUSIONS, the following exclusion is added:

a.  **EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes

concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

(1) The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

(2) Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

(3) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

(4) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

(5) The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

PB 05 64 01 05

ACP BPS 7111686319                    INSURED COPY                    74     00353

PB 05 64 01 05

With respect to this item 1.a.(5), the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

b. **Exception Covering Certain Fire Losses**

The following exception to the EXCLUSION OF TERRORISM applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense Additional Coverages or endorsements that apply to those coverages.

c. **Application Of Other Exclusions**

(1) When the EXCLUSION OF TERRORISM applies in accordance with the terms of 1.a.(1) or 1.a.(2), such exclusion applies without regard to exclusion d. Nuclear Hazard in this Coverage Form.

(2) The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form as losses excluded by exclusion d. Nuclear Hazard or exclusion f. War And Military Action.

2. In Section B. EXCLUSIONS, under paragraph 1., exclusion f. War And Military Action is replaced by the following:

f. **War And Military Action**

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

C. **AMENDMENTS TO THE PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM**

1. The following definition is added and applies under this endorsement wherever the phrase any injury or damage, is enclosed in quotation marks:

"Any injury or damage" means any injury or damage covered under this Coverage Form or any applicable endorsement, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury", as may be defined under this Coverage Form or any applicable endorsement.

2. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

PB 05 64 01 05

a. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

b. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

c. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

d. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

e. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

f. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

(1) Physical injury that involves a substantial risk of death; or

(2) Protracted and obvious physical disfigurement; or

(3) Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in paragraphs 2.e. or 2.f. are exceeded.

With respect to this Exclusion, paragraphs 2.e. and 2.f. describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Form.

3. Under Section I. COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. EXCLUSIONS, exclusion i. War is replaced in its entirety by the following:

This insurance, including any duty we have to defend "suits", does not apply to:

i. **War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004

PB 05 64 01 05

ACP BPS 7111686319          INSURED COPY          74    00355

BUSINESSOWNERS
PB 08 04 12 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRINTERS ERRORS AND OMISSIONS LIABILITY

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

A. In Section I. COVERAGES, under both COVERAGE A and COVERAGE B, the following is added to the Insuring Agreements:

We will also pay those sums that the insured becomes legally obligated to pay as damages resulting from the insured's negligent act, error or omission in providing printing services, advice or instructions.

For this endorsement, the definition of "occurrence" is amended to include any such negligent act, error or omission.

B. In Section I. COVERAGES, both COVERAGE A and COVERAGE B, under 2. EXCLUSIONS, the following exclusions are added:

This insurance, including any duty we have to defend "suits", does not apply to any claim:

a. Resulting from a criminal act, including but not limited to fraud committed by the insured or any person for whom the insured is legally responsible.

b. Resulting from infringement of copyright, trademark, service mark or trade name (other than titles or slogans) by use of such marks or names with goods, products or services sold, offered for sale or advertised.

c. For reimbursement of costs of printing or printing materials.

d. Resulting from insolvency or bankruptcy of the insured.

e. Resulting from any publishing function of the insured.

f. Resulting from the writing of materials for customers.

The exclusions in Section I. COVERAGES also apply to any negligent act, error or omission in providing printing services, advice or instructions.

C. With respect to the coverage provided by this endorsement, in Section I. COVERAGES:

1. A. COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, under 2. EXCLUSIONS, exclusion v. Professional Services does not apply.

2. B. COVERAGE B – PERSONAL AND ADVERTISING INJURY, under 2. EXCLUSIONS, exclusion a.(16) does not apply.

D. The following is added to Section III. LIMITS OF INSURANCE AND DEDUCTIBLE:

1. For the purpose of determining the limits of insurance that apply to the coverage provided by this endorsement, any act or omission, together with all related acts or omissions, in the furnishing of professional printing service, advice or instruction shall be deemed to constitute one "occurrence".

2. **Occurrence Limit of Insurance.** The Occurrence limit shown in the Declarations for Printers Errors and Omissions Liability is the most we will pay for injury or damage because of printing acts, errors and omissions in any one "occurrence".

3. **Aggregate Limit of Insurance.** The Aggregate limit shown in the Declarations for Printers Errors and Omissions Liability is the most we will pay for injury or damage because of printing acts, errors and omissions arising from all "occurrences".

Neither the Liability And Medical Payments Limit of Insurance shown in the Declarations nor its aggregate limits apply to such damages.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNER
PB 25 00 (01-0

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**COMPLETE NAMES & ADDRESSES OF THE ADDITIONAL INSUREDS**
**RE: PBAI16**

**PAWNEE LEASING CORP.**
**700 CENTRE AVENUE**
**PO BOX 545**
**FORT COLLINS CO 80522**

**All terms and conditions of this policy apply unless modified by this endorsement.**

PB 25 00 (01-01)

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNER
PB 29 99 (01-0

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA
# (WITH LIMITED PROPERTY COVERAGE)

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

A. AMENDMENT TO THE PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

1. In Section A. COVERAGES, under paragraph 5. ADDITIONAL COVERAGES, the following additional coverage is added:

    u. **Additional Coverage - Limited Coverage For Fungi, Wet Rot, Dry Rot And Bacteria**

        1) The coverage described in paragraphs 2) through 6) below applies:

            a) Only when the "fungi", wet or dry rot or bacteria is the result of a "specified cause of loss", other than fire or lightning, that occurs during the policy period; and

            b) Only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

        2) We will pay for loss or damage by "fungi", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

            a) Direct physical loss or damage to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

            b) The cost to tear out and replace any part of the building or other property as needed

to gain access to the "fungi
wet or dry rot or bacteria; an

            c) The cost of testing performe
after removal, repair, replace
ment or restoration of th
damaged property is com
pleted, provided there is
reason to believe that "fungi"
wet or dry rot or bacteria ar
present.

        3) The coverage described unde
paragraph 2) of this Limited Cov
erage is limited to $15,000. Re
gardless of the number of claims
this limit is the most we will pa
for the total of all such loss o
damage arising out of all occur
rences of "specified causes o
loss", other than fire or lightning
which take place in a 12-month
period, starting with the beginning
of the present annual policy pe
riod. With respect to a particula
occurrence of loss which results ir
"fungi", wet or dry rot or bacteria
we will not pay more than a tota
of $15,000 even if the "fungi", wet
or dry rot or bacteria continues tc
be present or active, or recurs, in
a later policy period.

        4) The coverage provided under this
Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property.
If a particular occurrence results
in loss or damage by "fungi", wet
or dry rot or bacteria, and other
loss or damage, we will not pay
more, for the total of all loss or
damage, than the applicable Limit
of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5) The terms of this Limited Coverage do not increase or reduce the coverage provided under either Additional Coverage e. Collapse or f. Water Damage, Other Liquids, Powder Or Molten Material Damage.

6) Under Additional Coverages g. Business Income and/or h. Extra Expense:

a) If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, then our payment under the Business Income and/or Extra Expense Additional Coverages is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b) If a covered "suspension" of "operations" was caused by loss or damage damage other than "fungi", wet or dry rot or bacteria but remediation of of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days. The days need not be consecutive.

2. In Section B. EXCLUSIONS, under paragraph 1., the following exclusion is added:

h. **Fungi, Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria.

But if "fungi", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1) When "fungi", wet or dry rot or bacteria results from fire or lightning; or

2) To the extent that coverage is provided in the Additional Coverage - Limited Coverage For Fungi, Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a "specified cause of loss" other than fire or lightning.

3. In Section B. EXCLUSIONS, under paragraph 2., exclusion c. Leakage or Seepage is replaced by the following:

c. **Leakage or Seepage**

Constant or repeated discharge, seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, whether continuous or intermittent from any:

1) Heating, air conditioning or refrigerating system;

2) Appliance; or

3) Fire protection or plumbing system, including from or around any shower bath installation, bathtub or other plumbing fixture.

4. In Section B. EXCLUSIONS, under paragraph 2., exclusion j. Other Types Of Loss, paragraph (2) is replaced by the following:

j. **Other Types Of Loss**

2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

INSURED COPY

B.  **AMENDMENTS TO THE PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM**

1.  In Section I. COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, under paragraph 2. EXCLUSIONS, the following exclusions are added:

    This insurance, including any duty we have to defend "suits", does not apply to:

    **Fungi or Bacteria**

    a.  "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for:

        1)  The actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents; or

        2)  The failure to warn or to disclose the presence of "fungi" or bacteria;

        regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

    b.  Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

        HOWEVER, this exclusion does not apply to any "fungi" or bacteria that are, are on or are contained in, "your product" intended for human or animal consumption.

2.  In Section I. COVERAGES, COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY, under paragraph 2. EXCLUSIONS, the following exclusions are added:

This insurance, including any duty we have to defend "suits", does not apply to:

**Fungi or Bacteria**

a.  "Personal and advertising injury which would not have occurred, in whole or in part, but for:

    1)  The actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents; or

    2)  The failure to warn or to disclose the presence of "fungi" or bacteria

    regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b.  Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C.  **ADDITIONAL DEFINITION**

The following definition is added to:

1.  The PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM, under Section H. DEFINITIONS; and

2.  The PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM, under Section V. DEFINITIONS.

    "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

BUSINESSOWNERS
PB 90 12 05 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS
PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

**A. CANCELLATION**

In the COMMON POLICY CONDITIONS, condition A. CANCELLATION is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in paragraphs 8. and 9. below, we may cancel this policy by mailing written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in paragraphs 8. and 9. below, we may cancel this policy only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. You have violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Our notice of cancellation will state the reason for cancellation.

8. **REAL PROPERTY OTHER THAN RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation at least 10 days before the effective date of cancellation.

   a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

ACP BPS 7111686710                              INSURED COPY

PB 90 12 05 05

b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

   (1) Seasonal unoccupancy; or

   (2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

   (1) An outstanding order to vacate;

   (2) An outstanding demolition order; or

   (3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

9. **RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

B. **NONRENEWAL**

The following is added to the COMMON POLICY CONDITIONS and supercedes any provisions to the contrary:

**NONRENEWAL**

1. If we decide not to renew or continue this policy, we will mail you, your agent or broker and the last known mortgagee or lien holder written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

2. The following provision applies only if this policy covers residential properties occupied by 4 families or less:

If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

a. The policy was obtained by misrepresentation or fraud;

b. The risk originally accepted has measurably increased; or

c. You received 60 days' notice of our intent not to renew as provided in 1. above.

C. MAILING OF NOTICES

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

D. If this policy covers:

1. Real property used principally for residential purposes up to and including a four family dwelling; or

2. Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes;

then with respect to such property, condition C. CONCEALMENT, MISREPRESENTATION OR FRAUD in the COMMON POLICY CONDITIONS is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

1. This policy is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

a. Was made with actual intent to deceive; or

b. Materially affected either our decision to provide this insurance or the hazard we assumed.

HOWEVER, this condition will not serve as a reason to void this policy after the policy has been in effect for one year or one policy term, whichever is less.

PB 90 12 05 05

BUSINESSOWNERS
PB 90 12 05 05

2. This policy is void if you or any other insured, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

a. This policy, including your application for this policy;

b. The Covered Property;

c. Your interest in the Covered Property; or

d. A claim under this policy.

3. Notwithstanding the limitations stated in 1. above, we may cancel policy in accordance with the terms of the Cancellation Condition.

E. In the COMMON POLICY CONDITIONS, under condition H. OTHER INSURANCE, paragraph 1. is replaced by the following:

1. Under any property coverage provided by this policy:

a. You may have other insurance subject to the same plan, terms, conditions, and provisions as the insurance under this Policy. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Policy bears to the Limits of Insurance of all insurance covering on the same basis.

b. If there is other insurance covering the same loss or damage, other than that described in a. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

F. **AMENDMENTS TO THE PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM**

1. Under Section B. EXCLUSIONS, the following exclusion is added to Paragraph 2.:

We will not pay for loss or damage arising out of any act committed:

a. By or at the direction of any insured; and

b. With the intent to cause a loss.

HOWEVER, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

a. The loss arose out of a pattern of criminal domestic violence; and

b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

If we pay a claim to such innocent co-insured, our payment is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

2. Under Section E. PROPERTY LOSS CONDITIONS, Condition 2. Appraisal is amended as follows:

If this policy covers:

a. Real property used principally for residential purposes up to and including a four family dwelling; or

b. Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

then for such property, the second paragraph of the Appraisal Condition is deleted and replaced by the following:

a. Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in b. below.

b. We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

(1) You demanded the appraisal; and

(2) The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3. Under Section E. PROPERTY LOSS CONDITIONS, the following is added to Condition 4. Legal Action Against Us:

The 1 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

G. **AMENDMENTS TO THE PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM**

1. Under Section I. COVERAGES, A. COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, paragraph 2. EXCLUSIONS, exclusions r. Abuse or Molestation and s. (2) of Asbestos, Electromagnetic Emissions, Lead or Radon do not apply.

2. Under Section I. COVERAGES, B. PERSONAL AND ADVERTISING INJURY, paragraph 2. EXCLUSIONS, exclusion a.(14)(b) relating to electromagnetic emissions does not apply.

PR 90 12 05 05

Page 3 of 4

PB 90 12 05 05

## CONDOMINIUM ASSOCIATION AMENDMENTS

If you are a Condominium Association and the Condominium Association Coverage endorsement, PB1701, is part of your policy, then:

A.  In the PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM, Section II. WHO IS AN INSURED, is amended to include the following as insureds:

1.  The developer in the developer's capacity as a unit-owner, but only with respect to the developer's liability arising out of the ownership, maintenance or repair of that portion of the premises which is not owned solely by the developer. However, the insurance afforded with respect to the developer does not apply to liability for acts or omissions as a developer.

2.  Each other unit-owner and secured party of the described condominium, but only with respect to liability arising out of the ownership, maintenance or repair of that portion of the premises which is not owned solely by the unit-owner.

3.  Any "employee" or agent of yours, and any "employee" or agent of the management agent, while acting within the scope of such duties for you. However, the insurance afforded to any "employee" does not apply to:

    a.  "Bodily injury" to:

        (1) A fellow-"employee" arising out of or in the course of his employment or while performing duties related to the conduct of your business; or

        (2) An employer, or if the employer is a partnership or joint venture, any partner or member thereof;

    b.  "Property damage" to property owned or occupied by or rented or loaned to an "employee", any of your other "employees", or any of your partners or members (if you are a partnership or joint venture).

B.  In the COMMON POLICY CONDITIONS, Condition A. CANCELLATION is replaced by the following:

1.  The following is added to Paragraph K.2. Transfer Of Rights Of Recovery Against Others To Us:

    Each unit-owner and secured party is an insured person under the policy with respect to liability arising out of the unit-owner's interest in the common elements or membership in the condominium association.

    We waive any rights which the Transfer Of Rights Of Recovery Against Others To Us Condition may give us against:

    a.  Any unit-owner of the condominium or members of the unit-owner's household;

    b.  The Condominium Association; and

    c.  Members of the board of directors for acts or omissions within the scope of their duties for you.

    The unit-owner waives any rights of subrogation under this policy against the condominium association and the board of directors.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2003

State of Iowa    )
                 ) ss.
County of Polk)

I, Patrick Johnson, Commercial Lines Underwriting Manager for AMCO Insurance Company, upon my oath depose and state that the attached policy forms and endorsement are true, accurate and certified copies of policy ACP BPS 7111686319. I further state that this same policy was in effect on 12/22/05 to 12/22/06.



Patrick Johnson
Commercial Lines Underwriting Manager
AMCO Insurance Company

Subscribed and sworn before me, a notary public in and for the State of Iowa, this _13th._ day of _October 2006_

Mary Grass.
Notary Public

Enclosure

NOTARIAL SEAL
IOWA

MARY GRASS
COMMISSION NO. 166345
MY COMMISSION EXPIRES
8-31-07



EXHIBIT

2

★★★★★★★★    **IMPORTANT INSURANCE INFORMATION**    ★★★★★★★★

**IMPORTANT NOTICE - ILLINOIS MINE SUBSIDENCE**

Dear Policyholder:

The Illinois Insurance Code requires that we include Mine Subsidence Insurance Coverage on your policy.  **This coverage applies to those structures for which a premium charge is shown and coverage is indicated in the Declarations for Mine Subsidence coverage.**

**You have the right to elect not to purchase this coverage.**  If you do not wish to have the Subsidence Coverage, you must sign and date the Mine Subsidence Waiver below and return one copy to us.

Nationwide Mutual Insurance Co.
AMCO Insurance Co.

**MINE SUBSIDENCE WAIVER**

I (we) do not desire mine subsidence insurance coverage and hereby waive any right to such coverage, under this policy or any future policy covering my (our) interest in the property identified above, unless I (we) request mine subsidence in writing, at some future date.

_____

_____
Signature

Signed _____, 20___.
        (date)

**IN 7058 (04-98)**

ACP BPS 7111686319
                RETURN COPY
              74    0017B

**Allied**
Insurance
a Nationwide® company
On Your Side™

AMCO INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

12    22664
RENEWAL

# PREMIER BUSINESSOWNERS POLICY

### PREMIER PROCESS/SERVICE

## COMMON DECLARATIONS

Policy Number: ACP    BPS    7111686319

Named Insured: PINATA GRAPHICS, INC
                - SEE NAMED INSURED SCHEDULE

Mailing Address: 3604-3612 S IRON ST
                 CHICAGO, IL    60609

Agency: WALDER-RHODES INS AGCY LLC

Address: DIXON IL    61021-0566

Agency Phone Number: (815)284-7737

Policy Period: Effective From 12-20-05    To 12-20-06
               12:01 AM Standard Time at your principal place of business.

Form of your business entity: CORPORATION

Description of your business: PRINTING OPERATIONS

## IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

**CONTINUATION PROVISION:** If we offer to continue your coverage and you or your representative do not accept, this policy will automatically terminate on the expiration date of the current policy period stated above. Failure to pay the required premium when due shall mean that you have not accepted our offer to continue your coverage. This policy will terminate sooner if any portion of the current policy period premium is not paid when due.

**RENEWAL POLICY NOTICE:** In an effort to keep insurance premiums as low as possible, we have streamlined your renewal policy by not including printed copies of policy forms or endorsements that have not changed from your expiring policies, unless they include variable information that is unique to you. Refer to your prior policies for printed copies of thes forms. If you have a need for any form, they are available by request from your agent

PREMIUM FOR CERTIFIED ACTS OF TERRORISM              $         0.0

TOTAL POLICY PREMIUM $    31,326.0

| Previous Policy Number | | | |
|---|---|---|---|
| ACP  BPS  7101686319 | ENTRY DATE    11-17-05 | Countersignature | Date |

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations, Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.

Page 1 of 2

PB 81 00 (01-01)

DIRECT BILL    74MI          DLA        INSURED COPY              UID    45    REPRINT    74   00268

## AMCO INSURANCE COMPANY

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY

PRESIDENT

# PREMIER BUSINESSOWNERS POLICY

PREMIER PROCESS/SERVICE

PROPERTY DECLARATIONS

Policy Perioc
From **12-20-05** To **12-20-0**

Policy Number:  **ACP BPS 7111686319**

Description of Premises Number: **001**    Building Number: **001**    Construction: **NON-COMBUSTIBLE**
Premises Address  **3604-3612 S IRON ST**                **CHICAGO**        **IL**
Occupancy  **OO**    Classification: **PRINTING AND DUPLICATING**
Described as:  **PRINTING OPERATIONS**

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a  **$ 1,000** Deductible, unless otherwise stated

| | LIMITS OF INSURANC |
|---|---|
| **COVERAGES** | |
| Building - Replacement cost | $1,196,20 |
| Business Personal Property - Replacement cost | $2,169,00 |
| **ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.** | |
| Business Income - Actual Loss Sustained - 12 Months - No Deductible - 60 Day Ordinary Payroll Limit | INCLUDE |
| Extra Expense - Actual Loss Sustained - 12 Months - No Deductible | INCLUDE |
| Equipment Breakdown | INCLUDE |
| Automatic Increase in Insurance - Building | 6: |
| Automatic Increase in Insurance - Business Personal Property | 2.9 |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | $5,00 |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | INCLUDE |
| Increased Cost of Construction | $10,00 |

| **OPTIONAL INCREASED LIMITS** | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $10,000 | | $10,00 |
| Valuable Papers and Records (At the Described Premises) | $10,000 | | $10,00 |
| Forgery and Alteration | $2,500 | | $2,50 |
| Money and Securities - Inside the Premises | $10,000 | | $10,00 |
| Outside the Premises (Limited) | $10,000 | | $10,00 |
| Outdoor Signs | $2,500 | | $2,50 |
| Outdoor Trees, Shrubs, Trees and Lawns | $10,000 | | $10,00 |
| Equipment Breakdown - sub limit for Computers | $50,000 | | $50,00 |
| Tenant Glass - The deductible for this coverage is $250 | $1,000 | | $1,00 |
| Business Personal Property Away From Premises | $15,000 | | $15,00 |
| Business Personal Property Away From Premises - Transit | $15,000 | | $15,00 |

| **OPTIONAL COVERAGES - Other frequently purchased coverage options.** | |
|---|---|
| Employee Dishonesty | NOT PROVIDE: |
| Ordinance or Law - 1 - Loss to Undamaged Portion | NOT PROVIDE: |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | NOT PROVIDE: |

**PROTECTIVE SAFEGUARDS**
This premise has one or more PROTECTIVE SAFEGUARDS identified by symbols herein. Insurance at thi:
premise will be suspended if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol APPLICABLE SYMBOLS: **P-1;**

# PREMIER BUSINESSOWNERS POLICY

**PREMIER PROCESS/SERVICE**

**LIABILITY DECLARATIONS**

Policy Number: **ACP  BPS  7111686319**

Policy Period
From **12-20-05**  To **12-20-06**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

| COVERAGES | | LIMITS OF INSURANCE |
|---|---|---|
| Liability and Medical Payments | Per Occurrence | $1,000,000 |
| Medical Payments Coverage Sub Limit | Per Person | $5,000 |
| Tenants Property Damage Legal Liability Sub Limit | Per Covered Loss | $300,000 |
| Personal and Advertising Injury | Per Person Or Organization | $1,000,000 |
| Products - Completed Operations Aggregate | All Occurrences | $2,000,000 |
| General Aggregate | All Occurrences | $2,000,000 |
| (Other than Products - Completed Operations) | | |

## AUTOMATIC ADDITIONAL INSUREDS STATUS

The following persons or organizations are automatically insureds when you and they have agreed in a writter contract or agreement that such person or organization be added as an additional insured on your policy.

| | |
|---|---|
| Co-Owners of Insured Premises | Included in Liability & Medical Payments Limit |
| Controlling Interest | Included in Liability & Medical Payments Limit |
| Grantor of Franchise or License | Included in Liability & Medical Payments Limit |
| Lessors of Leased Equipment | Included in Liability & Medical Payments Limit |
| Managers or Lessors of Leased Premises | Included in Liability & Medical Payments Limit |
| Mortgagee, Assignee or Receiver | Included in Liability & Medical Payments Limit |
| Owners or Other Interest from Whom Land has been Leased | Included in Liability & Medical Payments Limit |
| State or Political Subdivisions - Permits Relating to Premises | Included in Liability & Medical Payments Limit |

## PROPERTY DAMAGE DEDUCTIBLE

NONE

## OPTIONAL COVERAGES

| | | |
|---|---|---|
| Printers Errors and Omissions Liability | Per Occurrence | $1,000,000 |
| | Aggregate | $3,000,000 |

INSURED COPY    UID    45    REPRINT   74  00272

# PREMIER BUSINESSOWNERS POLICY

PREMIER PROCESS/SERVICE

SCHEDULE OF MORTGAGEES AND LOSS PAYEES

Policy Period

Policy Number:   ACP BPS 7111686319                                 From **12-20-05** To **12-20-0**

FIRSTAR CORPORATION                                    **MORTGAGEE**
10 HIGHWOOD AVE
HIGHWOOD, IL   60040

INTEREST   :   LOC. 1-1

PAWNEE LEASING CORPORATION                             **LOSS PAYEE**
PO BOX 545, 700 CENTRE AVENUE
FORT COLLINS, CO   80526

INTEREST   :   LOC. 1 BLDG 1

U.S. BANK                                              **MORTGAGEE**
777 WISCONSIN AVENUE
MILWAUKEE, WI   53202

INTEREST   :   LOC 1-1

PB 81 02 (01-01)                                                    **Page 1 of 2**

# PREMIER BUSINESSOWNERS POLICY

PREMIER PROCESS/SERVICE
## SCHEDULE OF NAMED INSUREDS

Policy Number: ACP    BPS    7111686319    From 12-20-05    Policy Period:
To 12-20-06

Named Insured:

PINATA GRAPHICS, INC
- SEE NAMED INSURED SCHEDULE
PEREZ, VICTOR - INDIVIDUAL

INSURED COPY

74  00269

# PREMIER BUSINESSOWNERS POLICY

### PREMIER PROCESS/SERVICE
### FORMS AND ENDORSEMENTS SUMMARY

Policy Number: **ACP  BPS  7111686319**                 From **12-20-05**

Policy Period:
To **12-20-06**

| FORM NUMBER | | TITLE |
|---|---|---|
| PB0804 | 1203 | PRINTERS ERRORS AND OMISSIONS LIABILITY |
| PB0002 | 0101 | PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM |
| PB0006 | 0101 | PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM |
| PB9012 | 0505 | ILLINOIS AMENDATORY ENDORSEMENT |
| PB0009 | 0101 | PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS |
| LI0021 | 0101 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| PB0430 | 0101 | PROTECTIVE SAFEGUARDS |
| PB0534 | 0603 | EXCLUSION - WAR AND ACTS OF TERRORISM |
| PB2999 | 0102 | EXCLUSION - FUNGI OR BACTERIA |
| PB2500 | 0101 | BLANK ENDORSEMENT |
| PB0564 | 0105 | CONDITIONAL EXCLUSION OF TERRORISM |

PB 81 03 (01-01)

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNER
PB 00 02 (01-01

# PREMIER BUSINESSOWNERS
# PROPERTY COVERAGE FORM

## TABLE OF CONTENTS

A.  COVERAGES ............................................................................................................... 2
   1.  COVERED PROPERTY ...................................................................................... 2
   2.  PROPERTY NOT COVERED ............................................................................ 3
   3.  COVERED CAUSES OF LOSS ......................................................................... 3
   4.  LIMITATIONS ..................................................................................................... 3
   5.  ADDITIONAL COVERAGES ............................................................................. 4
      a.  Debris Removal ............................................................................................ 4
      b.  Preservation of Property ............................................................................. 5
      c.  Fire Department Service Charge ................................................................ 5
      d.  Fire Extinguisher Recharge ........................................................................ 5
      e.  Collapse ........................................................................................................ 5
      f.  Water Damage, Other Liquids, Powder or Molten Material Damage ........ 6
      g.  Business Income .......................................................................................... 7
      h.  Extra Expense .............................................................................................. 8
      i.  Pollutant Clean Up and Removal ............................................................... 8
      j.  Civil Authority ............................................................................................... 8
      k.  Money Orders and Counterfeit Paper Currency ....................................... 9
      l.  Forgery and Alteration ................................................................................ 9
      m.  Increased Cost of Construction ................................................................. 9
      n.  Exterior Building Glass ................................................................................ 10
      o.  Equipment Breakdown ................................................................................ 11
      p.  Arson Reward for Conviction ..................................................................... 13
      q.  Money and Securities .................................................................................. 14
      r.  Appurtenant Structures .............................................................................. 14
      s.  Back Up of Sewer or Drain Water Damage ............................................... 15
      t.  Dependent Properties - Business Income ................................................. 15
   6.  COVERAGE EXTENSIONS ............................................................................... 15
      a.  Newly Acquired Or Constructed Property ................................................ 15
      b.  Newly Acquired Locations - Business Income .......................................... 16
      c.  Personal Property Off Premises ................................................................ 16
      d.  Outdoor Trees, Shrubs, Plants, and Lawns ............................................. 16
      e.  Outdoor Signs ............................................................................................. 17
      f.  Personal Effects .......................................................................................... 17
      g.  Valuable Papers and Records .................................................................... 17
      h.  Accounts Receivable ................................................................................... 18
      i.  Salespersons Samples ............................................................................... 18
      j.  Business Income and Extra Expense - Increased Period of Restoration
         Due to Ordinance or Law ........................................................................ 18
      k.  Removal Permit ............................................................................................ 19
B.  EXCLUSIONS ............................................................................................................. 19
C.  LIMIT OF INSURANCE .............................................................................................. 23
D.  DEDUCTIBLES ........................................................................................................... 24
E.  PROPERTY LOSS CONDITIONS .............................................................................. 24
F.  PROPERTY GENERAL CONDITIONS ...................................................................... 29
G.  OPTIONAL COVERAGES .......................................................................................... 30
   1.  Employee Dishonesty Optional Coverage ................................................... 30
   2.  Ordinance or Law Optional Coverage ........................................................... 31
   3.  Optional Amendment of Coverage - Exclude Theft ..................................... 33
H.  PROPERTY DEFINITIONS ......................................................................................... 34

INSURED COPY

74    00275

PB 00 02 (01-01)

# PREMIER BUSINESSOWNERS
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section H. PROPERTY DEFINITIONS.

## A. COVERAGES

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. COVERED PROPERTY

Covered Property, as used in this policy, means Buildings and Business Personal Property as described in paragraphs a. and b. in this section A.1., if a Limit of Insurance is shown in the Declarations for that type of property.

HOWEVER, there is no coverage for property described under A.2. PROPERTY NOT COVERED, unless an exception is stated for that property.

a. **Buildings,** meaning the buildings and structures at the premises described in the Declarations, including:

1) Completed additions;

2) Fixtures, including outdoor fixtures;

3) Permanently installed:

a) Machinery;

b) Equipment; and

c) Tanks, including pumps;

4) Your personal property in apartments or rooms furnished by you as landlord;

5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

a) Fire extinguishing equipment;

b) Outdoor furniture;

c) Floor coverings;

d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering; and

e) Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast and towers;

6) If not covered by other insurance:

a) Additions under construction, alterations and repairs to the buildings or structures;

b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures; and

7) Garages, storage buildings, spas, swimming pools, fences, retaining walls or other appurtenant structures usual to your business, but only if:

a) Coverage is not provided for such structures under the Appurtenant Structures Additional Coverage; and

b) Such structures are then described in the Declarations.

b. **Business Personal Property** located in or on the buildings at the described premises or in the open (or in a vehicle) within 1,000 feet of the described premises, consisting of the following:

1) Personal property you own that is used in your business, including but not limited to furniture, fixtures, machinery, equipment and "stock";

ACP BPS 7111686319                          INSURED COPY                          74    00276

PB 00 02 (01-01

2)  Personal property of others that is in your care, custody or control, except as otherwise provided in Condition 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS.

3)  Tenant improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

   a)  Made a part of the building or structure you occupy but do not own; and

   b)  You acquired or made at your expense but cannot legally remove; and

4)  Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under paragraph 2) personal property of others above.

2.  **PROPERTY NOT COVERED**

   Covered Property does not include:

   a.  Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

   b.  "Money" or "securities" except as provided in:

      1)  Money and Securities Additional Coverage; or

      2)  Employee Dishonesty under Section G. OPTIONAL COVERAGES;

   c.  Contraband, or property in the course of illegal transportation or trade;

   d.  Land (including land on which the property is located), water, growing crops;

   e.  Outdoor signs (other than signs attached to the buildings), trees, shrubs, plants or lawns (other than "stock" of trees, shrubs or plants), all except as provided in the:

      1)  Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension; or

      2)  Outdoor Signs Coverage Extension;

   f.  Watercraft (including motors, equipment and accessories) while afloat;

g.  Gasoline or diesel fuel contained i above ground or underground storag tanks;

h.  Property that is covered under anothe coverage form of this or any other po icy in which it is more specifically de scribed, except for the excess of th amount due (whether you can collec it or not) from that other insurance;

i.  The cost to research, replace or re store the information on "valuable pa pers and records", including thos which exist on "electronic media or re cords", except as provided in the Valu able Papers Coverage Extension;

j.  Grain, hay, straw or other crops whil outside of buildings; or

k.  Exterior building glass, except as pro vided in the Exterior Building Glas Additional Coverage.

3.  **COVERED CAUSES OF LOSS**

   This Coverage Form insures against Risk Of Direct Physical Loss unless the loss is:

   a.  Excluded in Section B. EXCLUSIONS;

   b.  Limited in Paragraph A.4. LIMITA TIONS in this section; or

   c.  Limited or excluded in Section E PROPERTY LOSS CONDITIONS o Section G. PROPERTY GENERAL CON DITIONS;

   that follow.

4.  **LIMITATIONS**

   a.  We will not pay for loss of or damage to:

      1)  Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to Money and Securities Additional Coverage.

      2)  Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

      3)  Fences, spas, outdoor swimming pools and related equipment, re-

ACR RRS 7111686319                          INSURED COPY                          74    00277

taining walls, pavements, bulkheads, pillars, wharves or docks caused by freezing or thawing, impact of watercraft, or by the pressure or weight of ice or water whether driven by wind or not.

4) The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

b. We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by one of the "specified causes of loss" or building glass breakage. This limitation does not apply to:

1) Glass that is part of the interior of a building or structure;

2) Containers of property held for sale; or

3) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown:

1) $2,500 for furs, fur garments and garments trimmed with fur.

2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $250 or less per item.

3) $2,500 for patterns, dies, molds and forms.

5. **ADDITIONAL COVERAGES**

a. **Debris Removal**

1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

2) The most we will pay under this Debris Removal Additional Coverage is:

a) 25% of the amount we pay for the direct physical loss of or damage to Covered Property; plus

b) The deductible in this policy applicable to that loss or damage.

This Debris Removal Additional Coverage will not increase the Limits of Insurance provided by this policy.

HOWEVER, this limitation does not apply to any additional debris removal limit provided in paragraph 4) below.

3) This Debris Removal Additional Coverage does not apply to costs to:

a) Extract "pollutants" from land or water;

b) Remove, restore or replace polluted land or water; or

c) Extract "pollutants" from Covered Property.

4) If:

a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

b) The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph 2) above;

ACP BPS 7111686319                    INSURED COPY                    74   00278

we will pay up to an additional $25,000 for each premises in any one occurrence under this Debris Removal Additional Coverage.

b. **Preservation of Property**

1) If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

a) While it is being moved or while temporarily stored at another premises; and

b) Only if the loss or damage occurs within 45 days after the property is first moved.

2) This Preservation of Property Additional Coverage will not increase the Limits of Insurance provided by this policy.

c. **Fire Department Service Charge**

1) When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500 for your liability for fire department service charges:

a) Assumed by contract or agreement prior to loss; or

b) Required by local ordinance.

2) The limit for this Fire Department Service Charge Additional Coverage is in addition to the Limits of Insurance.

3) No deductible applies to this Fire Department Service Charge Additional Coverage.

d. **Fire Extinguisher Recharge**

1) We will pay the expense you incur to recharge portable fire extinguishers when used to combat a covered fire.

2) This Fire Extinguisher Recharge Additional Coverage is not subject to the Limits of Insurance.

3) No deductible applies to this Fire Extinguisher Recharge Additional Coverage.

e. **Collapse**

1) With respect to buildings:

a) Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of a building cannot be occupied for its intended purpose;

b) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

c) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of a building; and

d) A building that is standing, or any part of a building that is standing, is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2) We will pay for direct physical loss of or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if the collapse is caused by one or more of the following:

a) The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

b) Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

c) Insect or vermin damage that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

d)   Weight of people or personal property;

e)   Weight of rain, ice, hail or snow that collects on a roof;

f)   Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

HOWEVER, if the collapse occurs after construction, remodeling, or renovation is complete and is caused at least in part by a cause of loss listed in 2)a) through 2)e) above, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling, or renovation, contributes to the collapse.

3)   With respect to the following property:

a)   Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast or towers;

b)   Awnings, gutters and downspouts;

c)   Yard fixtures;

d)   Outdoor swimming pools;

e)   Fences;

f)   Bulkheads, pilings, piers, wharves and docks;

g)   Beach or diving platforms or appurtenances;

h)   Retaining walls; and

i)   Walks, roadways and other paved surfaces;

If the collapse is caused by a cause of loss listed in 2)b) through 2)f) above, we will pay for loss or damage to that property in a) through I) above only if:

i)   Such loss or damage is a direct result of the collapse of a building insured under this policy; and

ii)   The property is Covered Property under this policy.

4)   If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building or any part of a building, we will pay for loss of or damage to Covered Property caused by such collapse of personal property only if:

a)   The collapse was caused by a Cause of Loss listed in 2)a) through 2)f) above;

b)   The personal property which collapses is inside a building; and

c)   The property which collapses is not of a kind listed in 3) above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this paragraph 4) does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5)   This Collapse Additional Coverage will not increase the Limits of Insurance provided in this policy.

f.   **Water Damage, Other Liquids, Powder Or Molten Material Damage**

1)   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

2)   We will not pay the cost to repair any defect that caused the loss or damage except as provided in the Equipment Breakdown Additional Coverage; but we will pay the cost

ACP BPS 7111686319                              INSURED COPY                              74      00280

to repair or replace damaged parts of fire extinguishing equipment if the damage:

a)  Results in discharge of any substance from an automatic fire protection system; or

b)  Is directly caused by freezing.

3)  This Water Damage Additional Coverage will not increase the Limits of Insurance provided in this policy.

g.  **Business Income**

1)  **Business Income with Ordinary Payroll Limitation**

a)  We will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

b)  With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

i)  The portion of the building which you rent, leases or occupy; and

ii)  Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to the described premises.

c)  We will only pay for loss of "business income" that you

sustain during the "period of restoration" and that occur within 12 consecutive month after the date of direct physical loss or damage. We wi only pay for "ordinary payro expenses" for 60 days follow ing the date of direct physica loss or damage.

2)  **Extended Business Income**

a)  If the necessary suspensio of your "operations" produce a "business income" los payable under this policy, w will pay for the actual loss o "business income" you incu during the period that:

i)  Begins on the date prop erty except finished stoc is actually repaired, re built or replaced and "op erations" are resumed and

ii)  Ends on the earlier of:

i.  The date you could restore your "oper ations" with reason able speed, to the level which would generate the "busi ness income" amount that would have existed if no di rect physical loss or damage had oc curred; or

ii.  Sixty (60) consec utive days after the date determined in 2)a)i) above.

HOWEVER, Extended Busi ness Income does not apply to loss of "business income" incurred as a result of unfa vorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

b)  Loss of "business income" must be caused by direct physical loss or damage at the described premises

caused by or resulting from any Covered Cause of Loss.

3) This Business Income Additional Coverage is not subject to the Limits of Insurance.

h. **Extra Expense**

1) We will pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

2) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

   a) The portion of the building which you rent, lease or occupy; and

   b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

3) We will only pay for "extra expense" that occurs within 12 consecutive months after the date of direct physical loss or damage.

4) This Extra Expense Additional Coverage is not subject to the Limits of Insurance.

i. **Pollutant Clean Up And Removal**

1) We will pay your expense to extract "pollutants" from land, water or Covered Property at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs

during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

2) This Pollutant Clean Up And Removal Additional Coverage does not apply to:

   a) Costs to test for, monitor or assess the existence, concentration or effects of "pollutants"; or

   b) Any penalties or assessments that may be charged against you due to any statute, regulation or ordinance.

   But we will pay for testing which is performed in the course of extracting the "pollutants" from land or water.

3) The most we will pay for each location under this Pollutant Clean Up And Removal Additional Coverage is $25,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

4) The limit for this Pollutant Clean Up And Removal Additional Coverage is in addition to the Limits of Insurance.

j. **Civil Authority**

1) We will pay for the actual loss of "business income" you sustain and necessary "extra expense" caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

2) The coverage for "business income" will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

3) The coverage for necessary "extra expense" will begin immediately after the time of that action and ends:

ACP BPS 7111686319                    INSURED COPY

PB 00 02 (01-0...

    a)   3 consecutive weeks after the time of that action; or

    b)   When your "business income" coverage ends;

whichever is later.

4)   This Civil Authority Additional Coverage is not subject to the Limits of Insurance.

k.   **Money Orders And Counterfeit Paper Currency**

1)   We will pay for loss due to the good faith acceptance of:

    a)   Any U.S. or Canadian post office, express company, or national or state (or Canadian) chartered bank money order that is not paid upon presentation to the issuer; or

    b)   Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

2)   The most we will pay for any loss under this Money Orders And Counterfeit Paper Currency Additional Coverage is $1,000.

3)   The limit for this Money Orders And Counterfeit Paper Currency Additional Coverage is in addition to the Limits of Insurance.

l.   **Forgery And Alteration**

1)   We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

2)   If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

3)   The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500 unless a higher Limit of Insurance is shown in the Declarations.

4)   The limit for this Forgery And Alteration Additional Coverage is in addition to the Limits of Insurance.

m.   **Increased Cost Of Construction**

1)   This Additional Coverage applies only to buildings insured on a replacement cost basis.

2)   In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property subject to the limitations stated in paragraphs 3) through 9) of this Increased Cost Of Construction Additional Coverage.

3)   The ordinance or law referred to in paragraph 2) of this Increased Cost Of Construction Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

4)   Under this Increased Cost Of Construction Additional Coverage, we will not pay any costs due to an ordinance or law that:

    a)   You were required to comply with before the loss, even when the building was undamaged; and

    b)   You failed to comply with.

5)   Under this Increased Cost Of Construction Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

6) The most we will pay under this Increased Cost Of Construction Additional Coverage, for each described building insured under this Coverage Form, is $10,000.

The limit for this Increased Cost Of Construction Additional Coverage is in addition to the Limits of Insurance.

7) With respect to this Increased Cost Of Construction Additional Coverage:

a) We will not pay any costs:

i) Until the property is actually repaired or replaced, at the same or another premises; and

ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

b) If the building is repaired or replaced at the same premises, of if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises for a building of like, kind and quality and of the same size and use.

8) This Increased Cost Of Construction Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Increased Cost Of Construction Additional Coverage.

9) The costs addressed in Condition 5. Loss Payment of Section E. PROPERTY LOSS CONDITIONS do

not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Increased Cost Of Construction Additional Coverage, as stated in paragraph 6) above, is not subject to such limitation.

n. **Exterior Building Glass**

1) We will pay for direct physical loss of or damage to glass, including lettering or ornamentation, that is part of the exterior of a covered building or structure at the described premises. The glass must be owned by you, or owned by others but in your care, custody or control. We will also pay for necessary:

a) Expenses incurred to put up temporary plates or board up openings;

b) Repair or replacement of encasing frames; and

c) Expenses incurred to remove or replace obstructions.

2) Paragraph A.3., COVERED CAUSES OF LOSS and Section B., EXCLUSIONS do not apply to this Exterior Building Glass Additional Coverage, except for:

a) Paragraph B.1.b., Earth Movement;

b) Paragraph B.1.c., Governmental Action;

c) Paragraph B.1.d., Nuclear Hazard;

d) Paragraph B.1.f., War And Military Action; and

e) Paragraph B.1.g., Water.

3) Exclusions. We will not pay for loss or damage caused by or resulting from:

a) Wear and tear;

b) Hidden or latent defect;

c) Corrosion; or

d) Rust.

INSURED COPY

PB 00 02 (01-01

4) The most we pay under this Exterior Building Glass Additional Coverage is the Building Limit of Insurance shown in the Declarations.

HOWEVER, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property, the most we will pay under this Exterior Building Glass Additional Coverage is the Tenant's Exterior Building Glass Limit of Insurance shown in the Declarations.

o. **Equipment Breakdown**

1) We will pay for loss caused by or resulting from an "accident" to "covered equipment".

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

2) The following coverages also apply to loss caused by or resulting from an "accident" to "covered equipment". These coverages do not provide additional amounts of insurance.

a) **Expediting Expenses**

With respect to your damaged Covered Property, we will pay, up to $50,000, the reasonable extra cost to:

i) Make temporary repairs; and

ii) Expedite permanent repairs or replacement.

b) **Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

Additional costs mean those beyond what would have been

required had no "hazardous substance" been involved.

The most we will pay for loss or damage under this coverage, including actual loss of "business income" you sustain, necessary "extra expense" you incur and loss under Perishable Goods coverage, is $50,000.

c) **Perishable Goods**

i) We will pay for your loss of "perishable goods" due to spoilage.

ii) We will also pay for your loss of "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

iii) We will also pay necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

iv) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with Condition 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS.

The most we will pay for loss or damage under this coverage is $50,000.

PB 00 02 (01-01)

ACP BPS 7111686319

INSURED COPY

Page 11 of 38

74    00285

d)    **Computer Equipment**

We will pay for loss or damage caused by or resulting from an "accident" to "computer equipment".

"Computer equipment" used primarily to control or operate "covered equipment" is not subject to the following provision.

The most we will pay for loss or damage under this coverage is $50,000, including actual loss of "business income" you sustain and necessary "extra expense" you incur, unless a higher Limit of Insurance for "computer equipment" breakdown is shown in the Declarations.

e)    **CFC Refrigerants**

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances. This means the additional expense to do the least expensive of the following:

i)    Repair the damaged property and replace any lost CFC refrigerant;

ii)   Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

iii)  Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

The most we will pay for loss or damage under this coverage, including actual loss of "business income" you sus-

tain, necessary "extra expense" you incur and loss under Perishable Goods coverage, is $50,000.

f)    **Service Interruption**

The insurance provided under the Business Income Additional Coverage, the Extra Expense Additional Coverage and for c) Perishable Goods in this Equipment Breakdown Additional Coverage, is extended to apply to loss caused by or resulting from an "accident" to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

g)    **Data Restoration**

We will pay for your cost to research, replace and restore data, including programs and operating systems, that is lost or corrupted due to an "accident" to "computer equipment".

The most we will pay for such costs under this data restoration coverage, including actual loss of "business income" you sustain and necessary "extra expenses" you incur, is $50,000.

h)    **Environmental, Safety and Efficiency Improvements**

The following provision does not apply to property insured on an "actual cash value" basis.

If "covered equipment" requires replacement due to loss or damage caused by or resulting from an "accident", we will pay your additional cost to replace with equipment that is better for the environment, more efficient or

ACP BPS 7111686319                    INSURED COPY                    74    0028B

safer than the equipment be-
ing replaced.

HOWEVER, we will not pay
more under this additional
coverage than 125% of what
it would have cost to repair or
replace damaged "covered
equipment" with like kind and
quality.

3) **Additional Exclusions**

a) We will not pay under this
Equipment Breakdown Addi-
tional Coverage for loss or
damage caused by or result-
ing from:

i) Your failure to use all
reasonable means to
protect the "perishable
goods" from damage fol-
lowing an "accident";

ii) Any defect, virus, loss of
data or other situation
within "electronic media
and records". But if loss
or damage from an "acci-
dent" results, we will pay
for that resulting loss or
damage; or

iii) Any of the following tests:

i. A hydrostatic, pneu-
matic or gas pres-
sure test of any
boiler or pressure
vessel; or

ii. An insulation break-
down test of any type
of electrical equip-
ment.

b) With respect to c) Perishable
Goods coverage and f) Ser-
vice Interruption coverage, we
will not pay for loss or dam-
age caused by or resulting
from:    fire;    lightning;
windstorm or hail; explosion
(except    for    steam    or
centrifugal explosion); smoke;
aircraft or vehicles; riot or
civil commotion; vandalism;
sprinkler leakage; falling ob-
jects; weight of snow, ice or
sleet; freezing or collapse.

4) **Additional Conditions**

a) **Suspension**

When any "covered equip-
ment" is found to be in, or ex-
posed    to    a    dangerous
condition, any of our repre-
sentatives may immediately
suspend    the    insurance
against loss from an "acci-
dent" to that "covered equip-
ment".    We can do this by
mailing or delivering a written
notice of suspension to your
address as shown in the Dec-
larations, or at the address
where the equipment is lo-
cated.    Once suspended in
this way, your insurance can
be reinstated only by written
notice from us.

b) **Jurisdictional Inspections**

If any property that is "cov-
ered equipment" under this
Equipment Breakdown Addi-
tional Coverage requires in-
spection to comply with state
or municipal boiler and pres-
sure vessel regulations, we
agree to perform such in-
spection on your behalf.

5) The most we will pay for loss or
damage under this Equipment
Breakdown Additional Coverage is
the applicable Limit of Insurance
shown in the Declarations.

This Equipment Breakdown Addi-
tional Coverage will not increase
the Limits of Insurance provided
by this policy.

p. **Arson Reward for Conviction**

1) In the event that a covered fire
loss was the result of an act of
arson, we will pay a reward to
anyone, other than paid investi-
gators, who gives legal authorities
information that leads to the con-
viction of anyone who committed
such arson.

2) We will pay up to 10 percent of the
amount of the insured fire loss or
$10,000, whichever is less.    This
payment is the most we will pay in
any one occurrence, regardless of

the number of persons providing information or convicted of arson.

3) The limit for this Arson Reward for Conviction Additional Coverage is in addition to the Limits of Insurance.

4) No deductible applies to this Arson Reward for Conviction Additional Coverage.

q. **Money and Securities**

1) We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit by direct route between any of these places, resulting directly from:

a) Theft, meaning any act of stealing;

b) Disappearance; or

c) Destruction.

2) In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

a) Resulting from accounting or arithmetical errors or omissions;

b) Due to the giving or surrendering of property in any exchange or purchase;

c) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device; or

d) From an unattended motor vehicle.

3) The most we will pay under this Money and Securities Additional Coverage for loss in any one occurrence is:

a) **Inside the Premises**, $10,000 for "money" and "securities" while:

i) In or on the described premises; or

ii) Within a bank or savings institution;

unless a higher Limit of Insurance for "money" and "securities" inside the premises is shown in the Declarations; and

b) **Outside the Premises** (Limited - loss from an unattended motor vehicle is excluded), $10,000 for "money" and "securities" while anywhere else, unless a higher Limit of Insurance for "money" and "securities" outside the premises is shown in the Declarations.

4) All loss:

a) Caused by one or more persons; or

b) Involving a single act or series of related acts;

is considered one occurrence.

5) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

6) The limit for this Money and Securities Additional Coverage is in addition to the Limits of Insurance.

r. **Appurtenant Structures**

1) We will pay for direct physical loss of or damage to any separate garages, storage buildings, swimming pools, spas, fences, retaining walls and other appurtenant structures usual to your business at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

2) The most we will pay for loss or damage under this Appurtenant Structures Additional Coverage in any one occurrence is 10% of the Building Limit of Insurance shown in the Declarations for that described premises.

HOWEVER, if the value of any one garage, storage building, swim-

ming pool, spa, fence, retaining wall or other appurtenant structure exceeds $50,000, this Appurtenant Structures Additional Coverage does not apply to that structure.

3) The limit for this Appurtenant Structures Additional Coverage is in addition to the Limits of Insurance.

s. **Back Up Of Sewer Or Drain Water Damage**

1) For the purpose of the Back Up Of Sewer Or Drain Water Damage Additional Coverage the following definition is added;

"Flood" means a general and temporary condition of partial or complete inundation of normally dry land areas from:

a) The unusual and rapid accumulation or runoff of surface waters from any source;

b) The overflow of inland or tidal waters; or

c) Waves, tides or tidal waves.

2) We will pay for loss of or damage to Covered Property caused by water that backs up from a sewer or drain, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water.

HOWEVER, we will not pay for loss or damage that results from sewer backup or sump pump overflow that occurs during the period beginning 10 days before and ending 10 days after a "flood" on the insured premises.

3) The most we will pay for loss or damage under this coverage is:

a) $5,000 per building; or

b) $25,000 in any one policy period, regardless of the number of losses.

4) The limit of insurance that applies to coverage under this Back Up Of Sewer Or Drain Water Damage Additional Coverage includes

any loss arising from Business Income Additional Coverage and Extra Expense Additional Coverage.

5) The limit for this Back Up Of Sewer Or Drain Water Damage Additional Coverage is in addition to the Limits of Insurance.

t. **Dependent Properties – Business Income**

1) We will pay for the actual loss of "business income" you sustain due to necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" caused by or resulting from any Covered Cause of Loss.

2) We will only pay for loss of "business income" that occurs within 12 consecutive months after the date of direct physical loss or damage.

3) This Dependent Properties – Business Income Additional Coverage is not subject to the Limits of Insurance.

6. **COVERAGE EXTENSIONS**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as follows.

a. **Newly Acquired or Constructed Property**

1) You may extend the insurance that applies to:

a) Buildings to apply to:

i) Your new buildings while being built on the described premises; and

ii) Buildings you acquire at locations, other than the described premises, intended for:

i. Similar use as the building described in the Declarations; or

ii. Use as a warehouse.

b) The most we will pay for loss or damage under this Coverage Extension for buildings is $500,000 for each building.

2) You may extend the insurance that applies to Business Personal Property to apply to that property at any location you acquire, other than at fairs or exhibitions.

The most we will pay for loss or damage under this Coverage Extension for Business Personal Property is $250,000 at each premises.

3) Insurance under this Newly Acquired or Constructed Property Coverage Extension for each newly acquired or constructed premises will end when any of the following first occurs:

a) This Policy expires;

b) 90 days after you acquire or begin to construct the property; or

c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b. **Newly Acquired Locations - Business Income**

1) You may extend the insurance that applies to Business Income Additional Coverages to apply to property at any location you newly acquire, other than temporary locations such as fairs or exhibitions, whether attended regularly or not.

2) The most we will pay for loss under this Newly Acquired Locations - Business Income Coverage Extension is the lesser of:

a) The actual loss of "business income" you sustain, as provided for and described under

the Business Income Additional Coverage; or

b) $100,000.

3) This insurance will end the earlier of:

a) The policy expiration date;

b) 90 days after you acquire the property; or

c) You report the property to us.

We will charge you any additional premium from the date you acquire the property.

c. **Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money", "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate.

The most we will pay for loss or damage under this Personal Property Off Premises Coverage Extension is $15,000.

d. **Outdoor Trees, Shrubs, Plants, and Lawns**

1) You may extend the insurance provided by this policy to apply to your outdoor trees, shrubs, plants, and lawns (other than "stock"), including debris removal expense, caused by or resulting from any of the following Causes of Loss:

Fire; Lightning; Explosion; Aircraft or vehicles; Riot or civil commotion; Vandalism; or Theft.

2) The most we will pay for loss or damage under this Outdoor Trees, Shrubs, Plants, and Lawns Coverage Extension is $10,000 in any one occurrence, unless a higher limit for outdoor trees, shrubs, plants, and lawns is shown in the Declarations.

3) The Debris Removal Additional Coverage does not apply to this

INSURED COPY

Outdoor Trees, Shrubs, Plants, and Lawns Coverage Extension.

e. **Outdoor Signs**

1) You may extend the insurance provided by this policy to apply to your outdoor signs, including debris removal expense, caused by or resulting from risks of direct physical loss or damage.

   HOWEVER, we will not pay for loss or damage caused by or resulting from any of the following causes of loss:

   a) Wear and tear;

   b) Hidden or latent defect;

   c) Rust; or

   d) Corrosion.

2) The most we will pay for loss or damage under this Outdoor Signs Coverage Extension is $2,500 in any one occurrence, unless a higher limit for outdoor signs is shown in the Declarations.

3) The Debris Removal Additional Coverage does not apply to this Outdoor Signs Coverage Extension.

f. **Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or your employees.

HOWEVER, personal effects does not include:

1) Tools or equipment used in your business; or

2) "Money", "securities" or jewelry.

The most we will pay for loss or damage under this Personal Effects Coverage Extension is $10,000 in any one occurrence, but not more than $500 for the personal effects of any one individual.

g. **Valuable Papers and Records**

1) You may extend the insurance that applies to Business Personal

Property to apply to direct physica loss or damage to "valuable pa pers and records" that you own or that are in your care, custod or control, caused by or resulting from a Covered Cause of Loss This Valuable Papers And Record Coverage Extension includes th cost to research lost informatio on "valuable papers and records' including those which exist o "electronic media and records' for which duplicates do not exist.

2) This Valuable Papers And Record Coverage Extension does not ap ply to:

   a) Property held as samples o for delivery after sale;

   b) Property in storage away fron the premises shown in th Declarations.

3) The most we will pay under thi Valuable Papers And Record Coverage Extension for loss of o damage to "valuable papers and records", including those whicl exist on "electronic media and re cords", in any one occurrence a the described premises is $10,000 unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

   HOWEVER, for "valuable papers and records", including those which exist on "electronic media and records", not at the described premises, the most we will pay is:

   a) $2,500; or

   b) 25% of the "valuable papers and records" limit;

   whichever is higher.

4) Section B. EXCLUSIONS of this Coverage Form does not apply to this Valuable Papers And Records Coverage Extension except for:

   a) Paragraph B.1.c., Govern mental Action;

   b) Paragraph B.1.d., Nuclear Hazard;

   c) Paragraph B.1.f., War And Military Action;

INSURED COPY

74    00291

d) Paragraph B.2.e., Dishonesty;

e) Paragraph B.2.f., False Pretense;

f) Paragraph B.3.; and

g) The Accounts Receivable and "Valuable Papers And Records" Exclusions.

h. **Accounts Receivable**

1) You may extend the insurance that applies to Business Personal Property (or that applies to your Buildings, if Business Personal Property is not covered) to apply to your records of accounts receivable. We will pay:

a) All amounts due from your customers that your are unable to collect;

b) Interest charges on any loan required to offset amounts you unable to collect pending our payment of these amounts;

c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause or Loss to your records of accounts receivable.

2) The most we will pay under this Accounts Receivable Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For records of accounts receivable not at the described premises, the most we will pay is $2,500.

3) Section B. EXCLUSIONS of this Coverage Form does not apply to this Accounts Receivable Coverage Extension except for:

a) Paragraph B.1.c., Governmental Action;

b) Paragraph B.1.d., Nuclear Hazard;

c) Paragraph B.1.f., War And Military Action;

d) Paragraph B.2.f., Dishonesty;

e) Paragraph B.2.g., False Pretense;

f) Paragraph B.3.; and

g) The Accounts Receivable and "Valuable Papers And Records" Exclusions.

i. **Salespersons Samples**

1) You may extend the insurance that applies to Business Personal Property to apply to salespersons samples while away from the described premises.

2) The most we will pay under this Salespersons Samples Coverage Extension for loss or damage in any one occurrence is $2,000.

j. **Business Income and Extra Expense - Increased Period of Restoration Due to Ordinance or Law**

If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the amount of actual and necessary loss you sustain during the "period of restoration" of "operations" caused by or resulting from the enforcement of any ordinance or law that:

1) Regulates the construction or repair of any property;

2) Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

3) Is in force at the time of loss.

k. **Removal Permit**

If Covered Personal Property is removed to a new premise that is described in the Declarations, you may extend this insurance to include that Covered Personal Property at each premises during the removal. Cover-

age at each premises will apply in the proportion that the value at each premises bears to the value of all Covered Personal Property being removed. This permit applies up to 30 days after the date Covered Personal Property is first removed at the previous premises; after that, this Removal Permit Coverage Extension does not apply at the previous premises.

## B. EXCLUSIONS

1.  We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other causes or event that contributes concurrently or in any sequence to the loss.

    a.  **Ordinance Or Law**

        The enforcement of any ordinance or law:

        1)  Regulating the construction, use or repair of any property; or

        2)  Requiring the tearing down of any property, including the cost of removing its debris; or

        3)  Requiring the removal or disposal of "pollutants".

        This Ordinance Or Law exclusion applies whether the loss results from:

        1)  An ordinance or law that is enforced even if the property has not been damaged; or

        2)  The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

    b.  **Earth Movement**

        1)  Earthquake, including any earth sinking, rising or shifting related to such event;

        2)  Landslide, including any earth sinking, rising or shifting related to such event;

        3)  Mine subsidence, meaning subsidence of a man-made mine,

whether or not mining activity has ceased.

4)  Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

HOWEVER, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

But if Earth Movement, as described in 1) through 4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

5)  Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

    Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    a)  Airborne volcanic blast or airborne shock waves;

    b)  Ash, dust, or particulate matter; or

    c)  Lava flow.

    All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

    Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

c.  **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

d.  **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, including but not limited to radon gas, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e.  **Off-Premises Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

f.  **War And Military Action**

1)  War, including undeclared or civil war;

2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g.  **Water**

1)  Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

2)  Mudslide or mudflow;

3)  Water that backs up or overflows from a sewer, drain or sump, except as provided under the Back Up Of Sewer Or Drain Water Damage Additional Coverage; or

4)  Water under the ground surface pressing on, or flowing or seeping through:

a)  Foundations, walls, floors or paved surfaces;

b)  Basements, whether paved or not; or

c)  Doors, windows or other openings.

But if Water, as described in B.1.g.1) through B.1.g.4), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

2.  We will not pay for loss or damage caused by or resulting from any of the following:

a.  **Consequential Losses**

Delay, loss of use or loss of market.

b.  **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

c.  **Leakage or Seepage**

Constant or repeated seepage or leakage of water or steam, whether continuous or intermittent from any:

1)  Heating, air conditioning or refrigerating system;

2)  Domestic appliance; or

3)  Plumbing system, including from or around any shower stall or other shower bath installation, bathtub or other plumbing fixture.

d.  **Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

INSURED COPY

PB 00 02 (01-01

1) You do your best to maintain heat in the building or structure; or

2) You drain the equipment and shut off the supply if the heat is not maintained.

e. **Dishonesty**

1) Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose.

2) This exclusion applies whether of not:

    a) Such persons are acting alone or in collusion with others; or

    b) Such acts occur during the hours of employment.

3) This exclusion does not apply to:

    a) Acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered; or

    b) Covered Property, including records of accounts receivable and "valuable papers and records", that is entrusted to others who are carriers for hire.

f. **False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. **Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

h. **Collapse**

Collapse, except as provided in the Collapse Additional Coverage. But i collapse results in a Covered Cause o Loss, we will pay for the loss or dam age caused by that Covered Cause o Loss.

i. **Pollutants**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration release or escape of "pollutants" unless the discharge, dispersal, seepage migration, release or escape is itsel caused by any of the "specified cause of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

j. **Other Types Of Loss**

1) Wear and tear;

2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

3) Smog;

4) Settling, cracking, shrinking, bulging or expansion;

5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

6) Soil Conditions including, but not limited to:

    a) Corrosive action;

    b) Chemicals, compounds, elements, suspensions or gels in the soil; or

    c) The formation of crystals in the soil;

7) The following causes of loss to personal property:

    a) Dampness or dryness of atmosphere;

b) Changes in or extremes of temperature; or

c) Marring or scratching; or

But if an excluded cause of loss that is listed in paragraphs 1) through 7) above results in a "specified cause of loss", "accident" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.d. But if an excluded cause of loss that is listed in B.3.a. through B.3.d. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. **Weather Conditions**

   Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. **Acts Or Decisions**

   Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. **Negligent Work**

   Faulty, inadequate or defective:

   1) Planning, zoning, development, surveying, siting;

   2) Design, specifications, workmanship, work methods, repair, construction, renovation, remodeling, grading, compaction, failure to protect the property;

   3) Materials used in repair, construction, renovation or remodeling; or

   4) Maintenance;

   of part or all of any property on or off the described premises.

d. **Errors in Data Processing:** Human errors or omissions in installing, testing, processing, recording or storing information on "electronic media and records" and electronic data processing equipment, including programming errors or faulty machine instructions.

4. **Business Income And Extra Expense Exclusions**

   We will not pay for:

   a. Any "extra expense", or increase of "business income" loss, caused by or resulting from:

      1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

   b. Any other consequential loss.

5. **Accounts Receivable And "Valuable Papers And Records" Exclusions**

   The following additional exclusions apply to the Accounts Receivable and "Valuable Papers And Records" Coverage Extensions:

   a. We will not pay for loss or damage caused by or resulting from electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

      1) Programming errors or faulty machine instructions;

      2) Faulty installation or maintenance of data processing equipment or component parts;

      But we will pay for direct loss or damage caused by lightning.

   b. Applicable to "Valuable Papers and Records" only:

      We will not pay for loss or damage caused by or resulting from any errors

ACP BPS 7111686319                    INSURED COPY                    74    00296

PB 00 02 (01-01

or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion.

c.  Applicable to Accounts Receivable only:

We will not pay for:

1)  Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

2)  Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

3)  Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

## C.  LIMITS OF INSURANCE

1.  The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, except as otherwise provided in this Section.

2.  The limits applicable to Additional Coverages are in addition to the Limit of Insurance only if so indicated in that Section of this Coverage Form.

3.  The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance.

4.  **Inflation Guard - Building**

a.  The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

b.  The amount of increase will be:

1)  The Building limit that applied on the most recent of the policy in-

ception date, the policy anniversary date, or any other policy change amending the Building limit, times

2)  The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

3)  The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If:  The applicable Building limit is $100,000
The annual percentage increase is 8%
The number of days since the beginning of the policy year (or last Policy change) is 146.

The amount of increase is

$100,000 x .08 x (146 / 365)  = $3,200.

c.  The Inflation Guard percentage for Buildings will be the percentage selected by you at the inception date of the most recent renewal date of this policy.

5.  **Inflation Guard - Business Personal Property**

a.  The Limit of Insurance for Business Personal Property will automatically increase by the annual percentage shown in the Declarations.

b.  The amount of increase will be:

1)  The Limit of Insurance that applied on the most recent of the policy inception date, the policy renewal date, or any other policy change amending the Limit of Insurance, times

2)  The percentage of increase shown in the Declarations, expressed as a decimal (example: 2% is .02), times

3)  The number of days since the beginning of the current policy year or since the effective date of the most recent policy change amending the Business Personal Property limit, divided by 365.

INSURED COPY

74    00297

Example:

If: The applicable limit is $150,000; and

The annual percentage increase is 3%; and

The number of days since the beginning of the policy year (or last policy change) is 146;

Then the amount of increase is $150,000 x .03 x (146 / 365) = $1,800.

c. The Inflation Guard percentage for Business Personal Property will be the average annual Index shown in the Declarations. This percentage may change at each renewal date.

In no event will the Limit of Insurance be reduced unless you specifically request us to do so.

6. **Business Personal Property Limit - Seasonal Increase**

a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

1) The 12 months immediately preceding the date the loss or damage occurs; or

2) The period of time you have been in business as of the date the loss or damage occurs.

D. **DEDUCTIBLES**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under the Exterior Building Glass Additional Coverage in any one occurrence is $250.

But this $250 Deductible will not increase the Deductible shown in the Declarations. This $250 Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

a. Fire Department Service Charge;

b. Fire Extinguisher Recharge;

c. Business Income;

d. Extra Expense;

e. Civil Authority; and

f. Arson Reward for Conviction.

E. **PROPERTY LOSS CONDITIONS**

1. **Abandonment**

There can be no abandonment of any property to us.

2. **Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser after receiving a written request from the other, and will advise the other party of the name of such appraiser within 20 days. The two appraisers will select an umpire. If appraisers cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of property and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss of or damage to Covered Property:

1) Notify the police if a law may have been broken.

2) Give us prompt notice of the loss or damage. Include a description of the property involved.

3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

4) Take all reasonable steps to protect the Covered Property from further damage. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

HOWEVER, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss.

5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values, amount of loss claimed and a detailed description of each item. .

6) As often as may be reasonably required, permit us to inspect the damaged property and examine your books and records, including financial records and tax returns.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

8) Cooperate with us in the investigation or settlement of the claim.

9) Resume all or part of your "operations" as quickly as possible.

b. We may examine any insured or their employee under oath, while not in the presence of any other insured or employee, at such times as may be rea-

sonably required, about any matte relating to this insurance or the clair including an insured's books and re cords. At our option and expense, ar examination under oath may be vide or audio taped as well as being re corded by stenographic record. If written transcript is prepared of th testimony, then at our request you answers under oath must be signe under penalty of perjury.

4. **Legal Action Against Us**

No one may bring a legal action against u under this insurance unless:

a. There has been full compliance wit all of the terms of this insurance; and

b. The action is brought within 1 year a ter the date on which the direct phys ical loss or damage occurred.

5. **Loss Payment**

In the event of loss or damage covered b this policy:

a. At our option, we will either:

1) Pay the value of lost or damage property as described in e. below

2) Pay the cost of repairing or re placing the lost or damaged prop erty;

3) Take all or any part of the propert at an agreed or appraised value or

4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss, provided you have complied with all of the conditions set forth in paragraph 3. above.

d. We will not pay you more than your financial interest in the Covered Property.

e.  Except as provided in (2) through (10) below, we will determine the value of Covered Property as follows:

1)  At replacement cost without deduction for depreciation, subject to the following:

a)  If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts, subject to E.5.b. above:

i)  The Limit of Insurance under this policy that applies to the lost or damaged property;

ii)  The cost to replace, on the same premises, the lost or damaged property with other property:

i.  Of comparable material and quality; and

ii.  Used for the same purpose; or

iii)  The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

b)  If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance under this policy that applies to the property:

i)  The "actual cash value" of the lost or damaged property; or

ii)  A proportion of the cost to repair or replace the lost or damaged property,

after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

c)  You may make a claim for loss or damage covered by this insurance on an "actual cash value" basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an "actual cash value" basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

d)  We will not pay on a replacement cost basis for any loss or damage:

i)  Until the lost or damaged property is actually repaired or replaced; and

ii)  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

2)  If the "Actual Cash Value - Buildings" option applies, as shown in the Declarations, Paragraph 1) above does not apply to Buildings. Instead, we will determine the value of Buildings at "actual cash value".

3)  The following property at "actual cash value":

a)  Used or second-hand merchandise held in storage or for sale;

b)  Property of others, other than leased personal property you have a contractual responsibility to insure, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

CP BPS 7111686319          INSURED COPY

c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

d) Manuscripts;

e) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

4) Glass at the cost of replacement with safety glazing material if required by law.

5) Tenants' Improvements and Betterments at:

a) Replacement cost if you make repairs promptly.

b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

ii) Divide the amount determined in i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

c) Nothing if others pay for repairs or replacement.

6) "Valuable papers and records", including those which exist on "electronic media or records" (other than prepackaged software programs), at the cost of:

a) Blank materials for reproducing the records; and

b) Labor to transcribe or copy the records.

This condition does not apply "valuable papers and records" th are actually replaced or restored

7) Applicable only to Money and Se curities Additional Coverage:

a) "Money" at its face value; an

b) "Securities" at their value a the close of business on th day the loss is discovered.

8) Applicable only to Account Receivable:

a) If you cannot accurately es tablish the amount of ac counts receivable outstandin as of the time of loss or dam age, the following method wi be used:

i) Determine the total of th average monthly amounts of account receivable for the 1 months immediately pre ceding the month i which the loss or damag occurs; and

ii) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

i) The amount of the accounts for which there is no loss or damage;

ii) The amount of the accounts that you are able to re-establish or collect;

iii) An amount to allow for probable bad debts that you are normally unable to collect; and

iv) All unearned interest and service charges.

9)  "Stock" you have sold but not de-
livered at the selling price less
expenses you otherwise would
have had.

10) Business Income and Extra Ex-
pense:

   a)  We will determine the amount
   of a "business income" loss
   based on:

      i)   the net income of your
      business before the direct
      physical loss or damage
      occurred;

      ii)  the likely net income of
      your business if no phys-
      ical loss or damage oc-
      curred, but not including
      any likely increase in net
      income attributable to an
      increase in the volume of
      business as a result of
      favorable business condi-
      tions caused by the im-
      pact of the Covered
      Cause of Loss on cus-
      tomers or on other busi-
      nesses;

      iii) the operating expenses,
      including payroll ex-
      penses, necessary to re-
      sume "operations" with
      the same quality of ser-
      vice that existed just be-
      fore the direct physical
      loss or damage; and

      iv)  other relevant sources of
      information, including;

         i.   financial records and
         accounting proce-
         dures;

         ii.  bills, invoices and
         other vouchers; and

         iii. deeds, liens and
         contracts.

   b)  We will determine the amount
   of "extra expense" based on:

      i)   all expenses that exceed
      the normal operating ex-
      penses that would have
      been incurred by "oper-
      ations" during the "period
      of restoration" if no direct

physical loss or damage
occurred. The following
will be deducted from the
total of such expenses:

   i.   the remaining sal-
   vage value of any
   property bought for
   temporary use dur-
   ing the "period of
   restoration", once
   "operations" are re-
   sumed; and

   ii.  any "extra expense"
   that is paid for by
   other insurance,

ii)  all necessary expenses
that reduce the "business
income" loss that other-
wise would have been in-
curred.

f.  Our payment for loss of or damage to
personal property of others will only be
for the account of the owners of the
property. We may adjust losses with
the owners of lost or damaged prop-
erty if other than you. If we pay the
owners, such payments will satisfy
your claims against us for the owners'
property. We will not pay the owners
more than their financial interest in the
Covered Property.

g.  We may elect to defend you against
suits arising from claims of owners of
property. We will do this at our ex-
pense.

h.  We will pay for covered loss or damage
within 30 days after we receive the
sworn proof of loss, if

   1)  You have complied with all of the
   terms of this policy, and

   2)  a) We have reached agreement
   with you on the amount of
   loss; or

      b) An appraisal award has been
      made.

6.  **Recovered Property**

If either you or we recover any property af-
ter loss settlement, that party must give the
other prompt notice. At your option, you
may retain the property. But then you must
return to us the amount we paid to you for
the property. We will pay recovery ex-

ACP BPS 7111686319                    INSURED COPY                    74    00302

penses and the expenses to repair the re-covered property, subject to the Limit of Insurance.

HOWEVER if, at the time of loss, the amount of loss or damage to your property ex-ceeded our Limit of Insurance and your property in excess of the Limit of Insurance was turned over to us, you retain your rights to recovery on such uninsured prop-erty. We will return to you a portion of any recovery on that property based upon the proportion of the loss in excess of our Limit of Insurance bears to the total loss.

7.  **Resumption Of Operations**

    We will reduce the amount of your:

    a.  Loss payable under Business Income Additional Coverage, other than "extra expense", to the extent you can re-sume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

    b.  Loss payable under Extra Expense Ad-ditional Coverage to the extent you can return "operations" to normal and dis-continue such "extra expense".

8.  **Vacancy**

    a.  **Description Of Terms**

        1)  As used in this Vacancy Condition, the term building and the term va-cant have the meanings set forth in 1)a) and 1)b) below:

            a)  When this policy is issued to a tenant, and with respect to that tenant's interest in Cov-ered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary oper-ations.

            b)  When this policy is issued to the owner of a building, build-ing means the entire building. Such building is vacant when 70% or more of its total square footage:

                i)  Is not rented; or

                ii)  Is not used to conduc customary operations.

        2)  Buildings under construction or renovation are not considered va-cant.

    b.  **Vacancy Provisions**

        If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs, we will:

        1)  Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

            a)  Vandalism;

            b)  Sprinkler leakage, unless you have protected the system against freezing;

            c)  Building glass breakage;

            d)  Water damage;

            e)  Theft; or

            f)  Attempted theft.

        2)  Reduce by 15% the amount we would otherwise pay for the loss or damage caused by a Covered Causes of Loss not listed in 1) above.

F.  **PROPERTY GENERAL CONDITIONS**

    The following conditions apply in addition to the COMMON POLICY CONDITIONS.

    1.  **Control Of Property**

        Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

        The breach of any condition of this Cover-age Form, other than the Concealment, Misrepresentation or Fraud Common Policy Condition, at any one or more locations will not affect coverage at any locations where, at the time of loss or damage, the breach of condition did not exist.

2. **Mortgageholders**

a. The term "mortgageholder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

1) Pays any premium due under this policy at our request if you have failed to do so;

2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you

will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

3. **No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

4. **Policy Period, Coverage Territory**

Under this form:

a. We cover loss or damage commencing:

1) During the policy period shown in the Declarations; and

2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

1) The United States of America (including its territories and possessions);

2) Puerto Rico; and

3) Canada.

G. **OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These Optional Coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

1. **Employee Dishonesty Optional Coverage**

a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting

INSURED COPY

from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you, your partner or an officer of a closely held corporation) with the manifest intent to:

1) Cause you to sustain loss or damage; and also

2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

   a) Any employee; or

   b) Any other person or organization.

b. We will not pay for loss or damage:

1) Resulting from any dishonest or criminal act that you, any of your partners or any officer of a closely held corporation commit whether acting alone or in collusion with other persons; or

2) The only proof of which as to its existence or amount is:

   a) An inventory computation; or

   b) A profit and loss computation.

c. This Employee Dishonesty Optional Coverage does not apply to any employee immediately upon discovery by:

1) You; or

2) Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

d. We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

e. All loss or damage:

1) Caused by one or more persons; or

2) Involving a single act or series of related acts;

is considered one occurrence.

f. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

g. We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid and regardless that previous policies were in effect, whether issued by us, any affiliated company or any other company, this coverage shall not be cumulative from year to year or period to period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under Paragraph h above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

1) This Optional Coverage as of its effective date; or

2) The prior insurance had it remained in effect.

2. **Ordinance or Law Optional Coverages**

a. **Coverage 1 - Loss to the Undamaged Portion of Building**

When the Declarations show that Ordinance or Law - Coverage 1 applies at a premises described in the Declarations and if a Covered Cause of Loss occurs to covered Building property, we will pay for the loss in value of the

INSURED COPY

undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

1) Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

2) Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the premises where the loss occurred; and

3) Is in force at the time of loss.

This Coverage 1 of Ordinance or Law Optional Coverage is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. This portion of the Ordinance or Law Optional Coverage does not increase the Limit of Insurance.

b. **Coverage 2 - Demolition Cost and Broadened Increased Cost of Construction**

When the Declarations show that Ordinance or Law - Coverage 2 applies at a premises described in the Declarations and if a Covered Cause of Loss occurs to covered Building property.

1) We will pay the cost to demolish and remove debris of undamaged parts of the property caused by enforcement of building, zoning, or land use ordinance or law; and

2) In addition to the coverage provided for damaged portions of property under the Increased Cost of Construction Additional Coverage, we will also pay for the increased costs to reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required when the increased cost is a consequence of the enforcement of building, zoning or land use ordinance or law.

HOWEVER:

1) This Coverage 2 applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by

zoning or land use ordinance or law.

2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

Paragraph e. of 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS does not apply.

The most we will pay for the total of all covered losses under this Coverage 2 of Ordinance or Law Optional Coverage in any occurrence is the Limit of Insurance shown in the Declarations.

The $10,000 Limit of Insurance that applies to Increased Cost of Construction Additional Coverage is also increased to the Limit of Insurance shown in the Declarations.

This portion of the Ordinance or Law Optional Coverage is in addition to the Limits of Insurance.

c. **Additional Terms and Conditions of Ordinance or Law**

1) The terms of this Ordinance or Law Optional Coverage apply separately to each building to which this Optional Coverage applies.

2) With respect to this Ordinance or Law Optional Coverage, we will not pay for any costs associated with the enforcement of any ordinance, law, rule, or regulation which requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to or assess the effects of "pollutants".

3) Under this Ordinance or Law Optional Coverage, we will not pay for loss due to any ordinance or law that:

a) You were required to comply with before the loss, even if the building was undamaged; and

b) You failed to comply with.

4) Loss Payment

ACP BPS 7111686319                    INSURED COPY                    74    00306

a. Paragraph 3. of Section B. EXCLU-SIONS, the following exclusion is added:

**Theft:** Theft or attempted theft resulting in loss of or damage to Business Personal Property.

b. The Money and Securities Additional Coverage, paragraph 1)a) is deleted.

## H. PROPERTY DEFINITIONS

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

1. **"Accident"** means direct physical loss as follows:

   a. Mechanical breakdown, including rupture or bursting caused by centrifugal force;

   b. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

   c. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   d. Loss of or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   e. Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2. **"Actual Cash Value"** means the cost to repair or replace Covered Property, at the time of loss or damage, whether that property has sustained partial or total loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence.

3. **"Business Income"** means the:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would

likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; plus

   b. Necessary continuing normal operating expenses incurred, while "operations" are suspended, including payroll.

4. **"Computer equipment"** means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment, and "electronic media and records".

5. **"Covered equipment"** means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy.

   None of the following is "covered equipment":

   a. Structure, foundation, cabinet, compartment or air supported structure or building;

   b. Insulating or refractory material;

   c. Sewer piping, underground vessels or piping, piping forming a part of a sprinkler system or water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

   d. Dragline, excavation or construction equipment; or

   e. Equipment manufactured by you for sale.

   f. Vehicle, aircraft or floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel.

6. **"Dependent property"** means property owned or operated by others, not including any described premises, on whom you depend on to:

PB 00 02 (01-0

a. Deliver materials or services to you, or to others for your account. Services does not include water, steam, fuel, communication, or power supply services.

b. Purchase your products or services.

c. Manufacture products for delivery to your customers under contract of sale.

d. Attract customers to your business. But this does not include firms in the business of promoting or advertising your business.

7. "Electronic Media and Records" means:

a. Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

b. Data stored on such media; or

c. Programming records used for electronic data processing or electronically controlled equipment.

8. "Extra Expense" means expense incurred:

a. To avoid or minimize the suspension of business and to continue "operations":

1) At the described premises; or

2) At replacement premises or at temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.

b. To minimize the suspension of business if you cannot continue "operations".

c. (1) To repair or replace any property; or

(2) To research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under the Extra Expense Additional Coverage or the Business Income Additional Coverage.

9. "Hazardous substance" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

10. "Money" means:

a. Currency, coins and bank note whether or not in current use and hav ing a face value; and

b. Travelers checks, register checks an money orders held for sale to the pul lic.

11. "Operations" mean your business activitie occurring at the described premises.

12. "Ordinary payroll expenses" mean payro expenses for all your employees except:

a. Officers;

b. Executives;

c. Department Managers;

d. Employees under contract; and

e. Additional Exemptions shown in th Declarations as:

1) Job Classifications; or

2) Employees.

Ordinary payroll expenses include:

a. Payroll;

b. Employee benefits, if directly related t payroll;

c. FICA payments you pay;

d. Union dues you pay; and

e. Workers' compensation premiums.

13. "Period of restoration" means:

a. For other than the Dependent Proper ties Additional Coverage and Busines: Income and Extra Expense – Increasec Period of Restoration Due to Ordinance or Law Additional Coverage:

1) The period of time that:

a) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

b) Ends on the earlier of:

i) The date when the property at the described premises should be re-

paired, rebuilt or re-placed with reasonable speed and similar quality; or

    ii)  The date when business is resumed at a new per-manent location.

  2)  "Period of restoration" does not include any increased period re-quired due to the enforcement of any ordinance or law that:

    a)  Regulates the construction, use or repair, or requires the tearing down of any property; or

    b)  Requires any insured or oth-ers to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

  3)  The expiration date of this policy will not cut short the "period of restoration".

b.  For Business Income and Extra Ex-pense - Increased Period of Restora-tion Due to Ordinance or Law Additional Coverage:

  1)  The period of time that:

    a)  Begins:

      i)  At the time of direct physical loss or damage for Business Income Ad-ditional Coverage;

      ii)  or Immediately after the time of direct physical loss or damage for Extra Expense Additional Cov-erage:

    Caused by or resulting from any Covered Cause of Loss at the described premises; and

    b)  Ends on the earlier of:

      i)  The date when the prop-erty at the described premises should be re-paired, rebuilt or re-placed with reasonable speed and similar quality; or

    ii)  The date when business is resumed at a new per-manent location.

  2)  "Period of restoration" includes any increased period required to repair or reconstruct the property to conform with the minimum standards or any ordinance or law, in force at the time of loss, that regulates the construction or re-pair, or requires the tearing down of any property.

  3)  The expiration date of this policy will not cut short the "period of restoration".

c.  For Dependent Properties Additional Coverage:

  1)  The period of time that:

    a)  Begins:

      i)  24 hours after the time of direct physical loss or damage for Business In-come Additional Cover-age; or

      ii)  Immediately after the time of direct physical loss or damage for Extra Expense;

    Caused by or resulting from any Covered Cause of Loss at the premises of the "de-pendent property"; and

    b)  Ends on the earlier of:

      i)  The date when the prop-erty at the premises of the "dependent property" should be repaired, re-built or replaced with reasonable speed and similar quality; or

    ii)  The date when your busi-ness is resumed at a permanent new location.

  2)  "Period of restoration" does not include any increased period re-quired due to the enforcement of any ordinance or law that:

    a)  Regulates the construction, use or repair, or requires the

ACP BPS 7111686319        INSURED COPY

74   00310

tearing down of any property; or

   b)  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

  3)  The expiration date of this policy will not cut short the "period of restoration".

14.  "**Perishable goods**" mean personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

15.  "**Pollutants**" mean any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their derivatives, chemicals and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your business, operations, premises, sites or locations.

Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

16.  "**Securities**" mean negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

   a.  Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) whether or not in current use; and

   b.  Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

It does not include "money" or lottery tickets held for sale.

17.  "**Specified Causes of Loss**" means the following:

Fire; lightning; explosion, windstorm or hai smoke; aircraft or vehicles; riot or civ commotion; vandalism; leakage from fir extinguishing equipment; sinkhole collapse volcanic action; falling objects; weight o snow, ice or sleet; water damage.

   a.  Sinkhole collapse means the sudde sinking or collapse of land into under ground empty spaces created by th action of water on limestone o dolomite. This cause of loss does no include:

    1)  The cost of filling sinkholes; or

    2)  Sinking or collapse of land into man-made underground cavities.

   b.  Falling objects does not include los of or damage to:

    1)  Personal property in the open; or

    2)  The interior of a building or struc ture, or property inside a buildin or structure, unless the roof or ar outside wall of the building o structure is first damaged by a falling object.

   c.  Water damage means accidental dis charge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a sys tem or appliance (other than a sump system including its related equipment and parts) containing water or steam.

HOWEVER, damage from constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from any part of a system or appliance containing water or steam is not water damage.

18.  "**Stock**" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

19.  "**Valuable papers and records**" mean inscribed, printed, or written:

   a.  Documents;

   b.  Manuscripts; and

   c.  Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

HOWEVER, "valuable papers and records" does not mean:

d.   "Money" or "Securities";

e.   Converted Data;

f.   Programs or instructions used in your data processing operations, including the materials on which the data is recorded.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1999

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

BUSINESSOWNER
PB 00 06 (01-0

# PREMIER BUSINESSOWNERS
# LIABILITY COVERAGE FORM

## TABLE OF CONTENTS

I.   COVERAGES..................................................................................................................... 2
     COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY.......................... 2
          INSURING AGREEMENT ..................................................................................... 2
          EXCLUSIONS ....................................................................................................... 3
          TENANTS PROPERTY DAMAGE LEGAL LIABILITY............................................. 9
     COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY .......................... 10
          INSURING AGREEMENT ................................................................................... 10
          EXCLUSIONS ..................................................................................................... 10
     COVERAGE C - MEDICAL PAYMENTS............................................................................ 13
          INSURING AGREEMENT ................................................................................... 13
          EXCLUSIONS ..................................................................................................... 13
     SUPPLEMENTARY PAYMENTS - COVERAGES A AND B ...................................... 13
II.  WHO IS AN INSURED ..................................................................................................... 15
     Automatic Additional Insureds ....................................................................................... 16
          Co-Owners of Insured Premises...................................................................... 16
          Controlling Interest ........................................................................................... 16
          Grantor of Franchise or License....................................................................... 16
          Lessors of Leased Equipment .......................................................................... 16
          Managers or Lessors of Leased Premises ....................................................... 17
          Mortgagee, Assignee or Receiver..................................................................... 17
          Owners or Other Interest from Whom Land has been Leased ......................... 17
          State or Political Subdivisions - Permits Relating to Premises ......................... 17
III. LIMITS OF INSURANCE AND DEDUCTIBLE.................................................................. 18
     General Aggregate Limit of Insurance (Other than Products-Completed Operations) ............................... 18
     Products-Completed Operations Aggregate Limit of Insurance ..................................... 18
     Personal and Advertising Injury Limit of Insurance........................................................ 18
     Each Occurrence Limit of Insurance .............................................................................. 18
     Tenants Property Damage Legal Liability Limit of Insurance.......................................... 18
     Medical Payments Limit of Insurance ............................................................................ 18
     Property Damage Deductible .......................................................................................... 18
IV.  LIABILITY CONDITIONS ................................................................................................. 19
     Bankruptcy ..................................................................................................................... 19
     Duties in the Event of Occurrence, Offense, Claim or Suit ............................................ 19
     Financial Responsibility Laws ........................................................................................ 20
     Legal Action Against Us ................................................................................................. 20
     Separation of Insureds................................................................................................... 20
V.   DEFINITIONS................................................................................................................... 21

PB 00 06 (01-01)

# PREMIER BUSINESSOWNERS
# LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations,, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance. The word "insured" means any person or organization qualifying as such under Section II. WHO IS AN INSURED. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section V. DEFINITIONS.

I.  **COVERAGES**

A.  **COVERAGE A - BODILY INJURY AND PROP-ERTY DAMAGE LIABILITY**

1.  **INSURING AGREEMENT**

a.  We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

We may, at our sole discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

1)  The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

2)  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

b.  This insurance applies to "bodily injury" and "property damage" only if:

1)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

2)  The "bodily injury" or "property damage" occurs during the policy period; and

3)  Prior to the policy period, no insured listed under Paragraph 1. of Section II. WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d.  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized

PB 00 06 (01-0

by you to give or receive notice of an "occurrence" or claim:

1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. EXCLUSIONS

This insurance, including any duty we have to defend "suits", does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by the insured.

This exclusion applies even if the resulting "bodily injury" or "property damage":

1) Is of a different kind, quality or degree than initially expected or intended; or

2) Is sustained by a different person, entity, real property, or personal property than that initially expected or intended.

HOWEVER, this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

1) That the insured would have in th absence of the contract or agreement; or

2) Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" of "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in a "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

a) Liability to such party for, c for the cost of, that party' defense has also been assumed in the same "insured contract"; and

b) Such attorney fees and litigation expenses are for defense of that party against civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage for which any insured may be held lia ble by reason of:

1) Causing or contributing to the intoxication of any person;

2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

1) Manufacture, sell or distribute alcoholic beverages;

2) Serve or furnish alcoholic beverages for a charge whether or not such activity:

a) Requires a license; or

b) Is for the purpose of financial gain or livelihood; or

3) Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

d. **Laws**

Any liability or legal obligation of any insured with respect to "bodily injury" or "property damage" arising out of any of the following:

1) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, religion or religious belief, age, economic status, income, medical condition, pregnancy, parenthood or mental or physical disability;

2) Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

3) The Migrant and Seasonal Agricultural Worker Protection Act;

4) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

5) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

6) Any other similar statutes, ordinances, orders, directives or regulations.

e. **Employer's Liability**

"Bodily injury" to:

1) An "employee" of the insured arising out of and in the course of:

a) Employment by the insured; or

b) Performing duties related to the conduct of the insured's business; or

2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph 1) above.

This exclusion applies:

1) Whether the insured may be liable as an employer or in any other capacity; and

2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

HOWEVER, this subparagraph does not apply to:

i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is

not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.

HOWEVER, this subparagraph does not apply to:

i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional dis-

charge, dispersal or release of the fuels lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

2) Any loss, cost or expense arising out of any:

a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

b) Claim or "suit" by or on behalf of a governmental authority for damages because of test-

INSURED COPY

74   00317

ing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or in any way responding to, or assessing the effects of, "pollutants".

HOWEVER, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g.  **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

HOWEVER, this exclusion does not apply to:

1)  A watercraft while ashore on premises you own or rent;

2)  A watercraft you do not own that is:

    a)  Less than 26 feet long; and

    b)  Not being used to carry persons or property for a charge;

3)  Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

4)  Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

5)  "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.2) or f.3) of the definition of "mobile equipment".

h.  **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

1)  The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

2)  The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i.  **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j.  **Damage To Property**

"Property damage" to:

1)  Property you own, rent, or occupy;

2)  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

3)  Property loaned to you;

4)  Personal property in the care, custody or control of the insured;

5)  That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

6)  That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Other than damage by the Covered Causes of Loss provided under Tenants Property Damage Legal Liability, paragraph 1), 3) and 4) of this exclusion do not apply to "property damage" to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A

ACP BPS 7111686319                        INSURED COPY                        74    00318

## ASSIGNMENT OF PREMIER BUSINESS OWNERS INSURANCE POLICIES & CAUSES OF ACTION AGAINST THIRD PARTIES

FOR VALUE RECEIVED, **Pinata Graphics Inc.**, an Illinois corporation ("Assignor") does hereby absolutely grant, bargain, sell, assign, transfer and convey to **Victor G. Perez** ("Assignee"), subject to the terms and conditions of insurance policies number **ACPBPS 7101686319** and **ACPBPS71168319** issued to Assignor, by **AMCO Insurance Company and/or Allied Insurance Company a Nationwide Company** ("Insurance Company"), respectively effective **December 10, 2004 to December 10, 2005 and December 10, 2005 to December 10, 2006**, all of Assignor's right, title and interest in, to and under insurance, issued by Insurance Company and any supplementary contracts or policies issued in connection therewith (collectively, the "Insurance Policies"), insuring the property of **Pinata Graphics, Inc.** located at **3604-3612 South Iron Street, Chicago, Illinois, 60609**, and all claims, causes of action, options, privileges, rights, title and interest therein and thereunder, subject to all the terms and conditions of the Insurance Policies and any and all proceeds of insurance under the Insurance Policies, which it may own or shall be owned by or payable to Assignor as the insured under the Insurance Policies.

Assignor hereby also grants to Assignee all of its rights, title and interest in all claims and causes of actions it may have against the said Insurance Company and third parties including, but not limited to THE HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY, Lou Benbow, Michael Gregoire; Mark Johnson, Rob Perks, John Harmon; NMB HOLDINGS, Dave Diedrich; AMERICAN PRO TECH INC., Joseph Secedi, Wayne Misko



EXHIBIT
3

Assignor by this instrument agrees, and the Assignee by the acceptance of this Assignment (as hereinafter defined) agrees, to the conditions and provisions herein set forth.

Without limiting the generality of the foregoing, subject to the terms and conditions of the Indenture, the following specific rights are included in this Assignment of PREMIER BUSINESS OWNERS Insurance Policies ("Assignment"), and may be exercised by Assignee without the joinder of any other party:

(a)     the right to exercise all nonforfeiture rights permitted by the terms of the Insurance Policies or allowed by the applicable Insurance Company, and to receive all benefits and advantages derived therefrom, if applicable; and

(b)     the right to designate and change the beneficiary of the Insurance Policies.

Assignor changes the designation of beneficiary with respect to the Insurance Policies in force immediately preceding this Assignment to Assignee, and reinstates it to the same effect as if such designation had been executed subsequent to this Assignment.

Assignor warrants, represents and covenants to the Assignee and its respective successors and assigns that:

(a)     the terms and condition of the Insurance Policy are fully set out and disclosed in the copy thereof;

(b)     the Insurance Policies were in full force and effect, and had not been amended, altered or revoked in any manner during the policy period;

(c)     Assignor has not executed any prior assignment or pledge of their rights under the Insurance Policies and holds full and complete power and authority to transfer, pledge and assign their rights, as owners and beneficiaries under the

Insurance Policies, to the Assignee free and clear of any rights of any third party whatsoever; and

(d)    Assignor, at the written direction of the Assignee, shall do or cause to be done all proceedings, acts and things necessary or proper to effect the performance and recovery under the Insurance Policies at its own cost and expense.

The Insurance Company will pay to Assignee from the proceeds of the policies payable by reason of damage to insured business and property located at **3604-3612 South Iron Street, Chicago, Illinois, 60609**, the amount which Assignee claims to be due under the Insurance Policies. For purposes of this Assignment the term "proceeds of the policies" means the net amount payable under the Insurance Policies when a property damage claim becomes payable, including any supplemental agreements, whether as a one sum payment or as the commuted value of any payments certain due thereafter, after adjustment for any credits and charges.

This present and absolute assignment of the Insurance Policies and all proceeds shall constitute notice and authorization to the applicable Insurance Company to pay any proceeds of the policy to the Assignee.

**Governing Law.**  This Assignment shall be governed by and construed in accordance with the laws of the **State of Illinois**.

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment as of the 26th day of April, 2007.

ASSIGNOR

ASSIGNEE

PINATA GRAPHICS, INC.

By:_____
Victor G. Perez

Victor G. Perez