IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR G. PEREZ, individually and as Assignee of PINATA GRAPHICS, INC.., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:08-cv-04364 |
| AMCO INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, and ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) ) ) ) ) | Judge Robert M. Dow, Jr. Magistrate Judge Morton Denlow |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' COMPLAINT**

Now come the Defendants, AMCO Insurance Company ("AMCO"), Nationwide Property & Casualty Insurance Company ("Nationwide") and Allied Property & Casualty Insurance Company ("Allied"), by and through their attorneys, John D. Hackett and Jamie L. Hull of Cassiday Schade LLP, and respectfully submit their Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and in support thereof state as follows:

1. This matter arises out of two first-party insurance claims for damage to a printing press. Plaintiffs filed a three-count Complaint against AMCO, Nationwide and Allied purportedly asserting causes of action for breach of contract (Count I), negligence (Count II) and violation of Section 155 of the Illinois Insurance Code (Count III).

2. As set forth more fully in Defendants' Memorandum of Law in Support filed simultaneously herewith, the plaintiffs are attempting to convert what should be a straightforward

breach of contract claim into a 162-paragraph, three-count complaint, sounding in both contract and tort.

3. Both Nationwide and Allied should be dismissed from this lawsuit, as to all counts and causes of action, because they did not insure Pinata Graphics, Inc. or Victor G. Perez.

4. Count II of the Complaint, which purports to state a cause of action for negligent claims handling, must be dismissed as it is barred by the economic loss doctrine and fails to state a cognizable claim under Illinois law.

5. Moreover, contrary to plaintiffs assertions, Louis Benbow is not a subagent of AMCO, and even if he were deemed to be, the majority of jurisdictions have ruled that independent insurance adjusters do not owe a general duty of care to an insured. Accordingly, as plaintiffs do not have a valid cause of action against Mr. Benbow directly, they likewise do not have a cause of action against AMCO as the alleged principal of Mr. Benbow.

6. Furthermore, to the extent that plaintiffs are permitted to assert a negligence action based upon Mr. Benbow's alleged errors and omissions in handling the claim, Count II must nevertheless be dismissed because plaintiffs released AMCO "from any and all claims and causes of action for property damage and business interruption, arising as a result of Cracked Frame Loss which occurred on or about November 24, 2005."

7. Finally, Count III, which purports to state a cause of action for violation of Section 155 of the Illinois Insurance Code, must also be dismissed as it expressly predicated on the allegations contained within Count II for negligent claims handling. Alternatively, there was a *bona fide* dispute between AMCO and the plaintiffs regarding the total amount of business income and extra expense loss incurred by the plaintiffs for the fire damage to the printing press.

WHEREFORE, based on the foregoing arguments and authorities, and pursuant to Fed.R.Civ.P. 12(b)(6), the Defendants respectfully requests that this Court enter and Order:

 A. Dismissing Nationwide and Allied as named defendants as to all counts;

 B. Dismissing Count II in its entirety for failure to state a claim; and

 C. Dismissing Count III in its entirety for failure to state a claim; and

 D. Granting any other relief that this Court deems just and appropriate.

Date: August 7, 2008

            Respectfully submitted,

        By: s/ Jamie L. Hull_____
           John D. Hackett
           Jamie L. Hull
           Attorneys for Defendants
           CASSIDAY SCHADE LLP
           20 N. Wacker Dr., Suite 1040
           Chicago, Illinois 60606
           (312) 641-3100
           ARDC#6273814

7147498