32219/11874/JDH/JLH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VICTOR G. PEREZ, individually and as Assignee of PINATA GRAPHICS, INC., <br><br>     Plaintiff, <br><br> v. <br><br> AMCO INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, and ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, <br><br>     Defendants. | No. 1:08-cv-04364 <br><br> Judge: Robert M. Dow, Jr. <br><br> Magistrate Judge: Morton Denlow |

## CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on August 7, 2008, the following described documents were served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

| | |
|---|---|
| DOCUMENT DESCRIPTION: | AMCO Insurance Company's Answer and Defenses to Plaintiffs' Complaint; Defendants AMCO, Nationwide Property & Casualty Insurance Company and Allied Property & Casualty Insurance Company's Motion to Dismiss Plaintiffs' Complaint; and Defendants' Memorandum of Law in Support of Motion to Dismiss Complaint |
| ADDRESSED AS FOLLOWS: | To All Counsel of Record as per United States District Court Clerk's Office as recorded on Electronic Notice of Filing |

     Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                 s/ Jamie L. Hull
                                                 One of the Attorneys for Defendant

Jamie L. Hull
ARDC #: 6273814
CASSIDAY SCHADE LLP
20 N. Wacker Dr., #1040
Chicago, IL 60606
(312) 641-3100

7147992 JHULL;JFULLER