32219/11874/JDH/JLH

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICTOR G. PEREZ, Individually and as Assignee of PINATA GRAPHCIS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMCO INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, and ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendants. | No. 1:08-cv-04364<br><br>Judge Robert M. Dow, Jr.<br>Magistrate Morton Denlow |

### NOTICE OF MOTION

To: **Via Email and Regular Mail**
Hugo Chaviano (hchaviano@sanchezdh.com)
John J. Piegore (jpiegore@sanchezdh.com)
Sanchez Daniels & Hoffman, LLP
333 West Wacker Drive, Suite 5500
Chicago, IL 60606

    PLEASE TAKE NOTICE that on **August 27, 2008**, at **9:15 a.m.**, or as soon thereafter as counsel may be heard we shall appear before the **Honorable Judge Robert M. Dow, Jr.**, Room **1919**, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present Defendants' Motion to Dismiss Plaintiffs' Complaint.

                                                     CASSIDAY SCHADE LLP
                                                     By:    /s/ Jamie L. Hull
                                                     Attorneys for AMCO Insurance Company, Nationwide Property & Casualty Insurance Company, and Allied Property & Casualty Insurance Company

Jamie L. Hull
ARDC No. 6273817
CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1040
Chicago, IL 60606
(312) 641-3100

    The undersigned certifies that on **August 8, 2008**, the above-described documents were served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing User parties pursuant to LR 5.5. Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                                                     /s/ Danielle Legg

7148129