JJP/HC/ESB  
File No: SD-88548

F:\DATA\HISTORY\SD\88548\NOTICES\Notice.NOF.8.26.08.wpd  
JJP:lg

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR G. PEREZ, Individually and as Assignee of PINATA GRAPHICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMCO INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY and ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, <br><br> Defendants. | NO:   1:08-cv-04364 <br><br> Judge:   Robert M. Dow, Jr. <br><br> Magistrate Judge:  Morton Denlow |

## NOTICE OF FILING

TO:   John David Hackett (jdh@cassiday.com)  
      Jamie Lynn Hull (jlh@cassiday.com)  
      Cassiday Schade, LLP  
      20 North Wacker Drive, Suite 1040  
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE THAT ON** August 26, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCES,** copies of which we attach hereto and serve upon you herewith.

                                                    SANCHEZ DANIELS & HOFFMAN LLP  
                                                    333 W. Wacker Drive - Suite 500  
                                                    Chicago, IL 60606  
                                                    (312) 641-1555

                                                    By:   s/ John J. Piegore  
                                                          **John J. Piegore**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served a copy of the attached **APPEARANCES** via ECF and that a true and correct copy was served electronically to all attorneys of record on or about August 26, 2008.

_____