# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                           Case Number: 08 CV 4364
VICTOR G. PEREZ, individually and as Assignee of PINATA GRAPHICS, INC. - Plaintiff
         VS
AMCO INSURANCE COMPANY, et al.- Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VICTOR G. PEREZ, individually and as Assignee of PINATA GRAPHICS, INC.

| |
|---|
| NAME (Type or print)<br>HUGO CHAVIANO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ HUGO CHAVIANO |
| FIRM<br>SANCHEZ DANIELS & HOFFMAN LLP |
| STREET ADDRESS<br>333 W. Wacker Drive - Suite 500 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03126022 | TELEPHONE NUMBER<br>312-641-1555 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |