JJP/HC/ESB  
File No: SD-88548

F:\DATA\HISTORY\SD\88548\NOTICES\Notice.NOF.8.26.08.wpd  
JJP:lg

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VICTOR G. PEREZ, Individually and as Assignee of PINATA GRAPHICS, INC., | ) ) ) |
| Plaintiff, | ) NO:  1:08-cv-04364 ) |
| vs. | ) Judge:  Robert M. Dow, Jr. ) |
| AMCO INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY and ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, | ) Magistrate Judge:  Morton Denlow ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:   John David Hackett (jdh@cassiday.com)  
        Jamie Lynn Hull (jlh@cassiday.com)  
        Cassiday Schade, LLP  
        20 North Wacker Drive, Suite 1040  
        Chicago, Illinois 60606

**PLEASE TAKE NOTICE THAT ON** August 26, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCES,** copies of which we attach hereto and serve upon you herewith.

SANCHEZ DANIELS & HOFFMAN LLP  
333 W. Wacker Drive - Suite 500  
Chicago, IL 60606  
(312) 641-1555

By:   s/ John J. Piegore  
**John J. Piegore**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served a copy of the attached **APPEARANCES** via ECF and that a true and correct copy was served electronically to all attorneys of record on or about August 26, 2008.

_/s/ Lisa Guthrie_