U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 4364 |
|---|---|

VICTOR G. PEREZ, individually and as Assignee of PINATA GRAPHICS, INC. - Plaintiff
VS
AMCO INSURANCE COMPANY, et al.- Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VICTOR G. PEREZ, individually and as Assignee of PINATA GRAPHICS, INC.

| NAME (Type or print) |
|---|
| EDRIC S. BAUTISTA |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ EDRIC S. BAUTISTA |

| FIRM |
|---|
| SANCHEZ DANIELS & HOFFMAN LLP |

| STREET ADDRESS |
|---|
| 333 W. Wacker Drive - Suite 500 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6285719 | 312-641-1555 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |