UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Victor G. Perez, et al.
                               Plaintiff,

v.                                               Case No.: 1:08−cv−04364
                                                   Honorable Robert M. Dow Jr.

Amco Insurance Company, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendants Nationwide Property & Casualty Insurance Company, Allied Property & Casualty Insurance Company, Amco Insurance Company to dismiss [7] is taken under advisement; Plaintiffs response due 9/24/08; defendants reply due 10/15/08; ruling will be by mail. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.