32219/11874/JDH/JLH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR G. PEREZ, individually and as Assignee of PINATA GRAPHICS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:08-cv-04364 |
| AMCO INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, and ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) ) ) ) | Judge Robert M. Dow, Jr. Magistrate Judge Morton Denlow |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO:    **Via Email and Regular Mail**
Hugo Chaviano (hchaviano@sanchezdh.com)
John J. Piegore (jpiegore@sanchezdh.com)
Edric S Bautista (ebautista@sanchezdh.com)
Sanchez Daniels & Hoffman, LLP
333 West Wacker Drive, Suite 5500
Chicago, IL 60606

PLEASE TAKE NOTICE that on **September 8, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard we shall appear before the **Honorable Judge Dow**, **Room 1919**, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present **Defendants' Emergency Motion for Leave to File a Third-Party Complaint Against Hartford Steam Boiler Inspection and Insurance Company and Louis Benbow.**

CASSIDAY SCHADE LLP
By:    /s/ Jamie L. Hull
Attorneys for AMCO Insurance Company, Nationwide Property & Casualty Insurance Company, and Allied Property & Casualty Insurance Company

Jamie L. Hull
ARDC No. 6273817
CASSIDAY SCHADE LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois   60606
(312) 641-3100

The undersigned certifies that on September 4, 2008, the above-described document(s) was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing User parties pursuant to LR 5.5. Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

7157544 JHULL;DMARTINE